# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA McAULIFFE INTERMEDIATE SCHOOL PTO, INC., ET AL.    Plaintiff,<br><br>-v-<br><br>BILL DE BLASIO, in his official capacity as Mayor of New York, et al.<br>                  Defendant. | Case No._____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Christa McAuliffe Intermediate School PTO, Inc.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 12/13/18 _____

S/ Joshua P. Thompson _____
**Signature of Attorney**

**Attorney Bar Code:** Cal. Bar #250955 _____