# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHRISTA McAULIFFE INTERMEDIATE SCHOOL PTO, INC., ET AL.<br><br>-v-<br><br>BILL DE BLASIO, in his official capacity as Mayor of New York, et al. Plaintiff,<br><br>Defendant. | Case No._____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Chinese American Citizens Alliance of Greater New York (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 12/13/18

S/ Joshua P. Thompson
**Signature of Attorney**

**Attorney Bar Code:** Cal. Bar #250955

Form Rule7_1.pdf  SDNY Web 10/2007