UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTA McAULIFFE INTERMEDIATE
SCHOOL PTO, INC., ET AL.

Plaintiff,

-v-

BILL DE BLASIO, in his official capacity as
Mayor of New York, et al.

Defendant.

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Asian American Coalition for Education (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 12/13/18

S/ Joshua P. Thompson
**Signature of Attorney**

**Attorney Bar Code:** Cal. Bar #250955