UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA McAULIFFE INTERMEDIATE SCHOOL PTO, INC.; CHINESE AMERICAN CITIZENS ALLIANCE OF GREATER NEW YORK; ASIAN AMERICAN COALITION FOR EDUCATION; PHILLIP YAN HING WONG; YI FANG CHEN; and CHI WANG, <br><br> Plaintiffs, <br><br> -against- <br><br> BILL DE BLASIO, in his official capacity as Mayor of New York; and RICHARD A. CARRANZA, in his official capacity as Chancellor of the New York City Department of Education, <br><br> Defendants. | _____ Civ. _____ (____) <br><br> **NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Federal Rule of Civil Procedure 65(a), and for the reasons set forth in the accompanying memorandum of law, Plaintiffs move for a preliminary injunction prohibiting Defendants and their agents from enforcing, while this action is pending, the challenged policy to expand and reorganize the Discovery Program for admission into New York City's Specialized High Schools.

DATED: December 13, 2018.

Respectfully Submitted,

S/ Joshua P. Thompson
JOSHUA P. THOMPSON, Cal. Bar No. 250955*
WENCONG FA, Cal. Bar No. 301679*
OLIVER J. DUNFORD, Cal Bar No. 320143*
CHRISTOPHER M. KIESER, Cal. Bar. No. 298486*
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
E-Mail: JThompson@pacificlegal.org
E-Mail: WFa@pacificlegal.org
E-Mail: ODunford@pacificlegal.org
E-Mail: CKieser@pacificlegal.org

*Counsel for Plaintiffs*

*Pro Hac Vice Motions Pending*