## Declaration of Vito LaBella

I, Vito LaBella, declare as follows:

1. The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I am a retired lieutenant with the New York City Police Department.

3. Currently, I serve as President of the Christa McAuliffe Intermediate School PTO, Inc., a plaintiff in this lawsuit. Christa McAuliffe Intermediate School (IS 187) is a New York City public school, located at 1171 65th Street, Brooklyn, New York 11219. All officers of the Christa McAuliffe PTO are parents of students at the Christa McAuliffe Intermediate School.

4. The mission of the Christa McAuliffe PTO is to raise funds to further the education of the children at the Christa McAuliffe Intermediate School, to establish a close relationship between home and school by advancing the opportunity for all parents to become involved in the school community, provide assistance to teachers and other staff members for supplemental educational materials and trainings, and provide a transparent forum for sharing information on issues that impact the students of the Christa McAuliffe Intermediate School.

5. The Christa McAuliffe PTO was formed in part to influence legislation or administrative proposals that could affect how students from the Christa McAuliffe Intermediate School are accepted in New York City's Specialized High Schools.

6. It is my understanding that Mayor Bill de Blasio and New York City's Department of Education Chancellor Richard Carranza have adopted a plan to alter the admissions process for New York City's Specialized High Schools.

7. As part of its mission to influence proposals like that made by Mayor de Blasio and the City's Department of Education, the Christa McAuliffe PTO joins this lawsuit.

8. Additionally, the Christa McAuliffe PTO brings this lawsuit on behalf of its parent-members and their children, who intend to take the Specialized High School Admissions Test and apply to the city's Specialized High Schools. The Christa McAuliffe PTO represents its parent-members in this lawsuit.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30 day of November, 2018 at Brooklyn, New York.

*[signature]*
VITO LABELLA