# DECLARATION OF WAI WAH CHIN

I, Wai Wah Chin, declare as follows:

1. The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matter that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I am the President of the Chinese American Citizens Alliance of Greater New York (CACAGNY). In that capacity, I have chief responsibility for advancing CACAGNY's mission and monitoring the implementation of a number of laws that affect CACAGNY and its members.

3. CACAGNY is a 501-C8 organization. CACAGNY is incorporated in Delaware and has its principal place of business in New York.

4. CACAGNY's mission is to empower Chinese Americans by advocacy for Chinese-American interests based on the principles of fairness and equal opportunity, and guided by the ideals of patriotism, civility, dedication to family and culture, and the highest ethical and moral standards.

5. In furtherance of its institutional mission, CACAGNY has criticized Mayor de Blasio for scapegoating Asian kids for his educational failures. CACAGNY has also organized rallies in City Hall for SHSAT, and issued press releases noting its opposition to state legislation to abolish the test. In addition, CACAGNY has endorsed bills that improve education for all.

6. CACAGNY initiated this lawsuit to further its institutional mission. The lawsuit seeks redress for the mayor's discriminatory actions against Chinese Americans and Asian Americans with regards to admissions to New York's specialized high schools.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of December, 2018 at New York, NY 10002.

Wai Wah Chin