## Declaration of Phillip Yan Hing Wong

I, Phillip Yan Hing Wong, declare as follows:

1. The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. Originally from Hong Kong, I moved to the United States in September 1974, and I have lived in the Elmhurst neighborhood of Queens, New York, since September 1976. My wife is originally from China and moved to the United States in 1979.

3. I am a self-employed translator.

4. My wife and I have three daughters.

5. Our daughter A.W. is in eighth grade at I.S. 5 – The Walter Crowley Intermediate School, located in Elmhurst.

6. A.W. would like to attend one of New York City's Specialized High Schools, and she took the Specialized High School Admissions Test in October.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of November, 2018 at Queens, New York, NY 11373.

_____
Phillip Yan Hing Wong