## DECLARATION OF YI FANG CHEN

I, YI FANG CHEN, declare as follows:

1. The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I was born in China and moved to the United States with my parents in 1996. I believe in the American Dream. I came to this country speaking little English. But through hard work—and after taking entrance examinations for admission to undergraduate and graduate schools—I obtained a Ph.D. in Statistics from Stanford University.

3. I have a six-year-old son, who attends Public School 102 in Brooklyn.

4. I have joined this lawsuit so that my son can take the SHSAT and seek admission to New York City's Specialized High Schools on an equal basis with all other applicants.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of November, 2018 at Brooklyn, NY 11220.

*/s/ Yi Fang Chen*
YI FANG CHEN