# Declaration of Chi Wang

I, CHI WANG, declare as follows:

1. The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. My family and I live in Queens, New York.

3. I have two children, ages 5 and 9, both of whom attend New York City public schools. My nine-year-old, S.F., is in the 4th grade at P.S. 203Q, also known as Oakland Gardens.

4. I was not born in the United States, and I did not speak English until the second grade. I eventually took the SHSAT test and was accepted into all of New York City's Specialized High Schools.

5. I want my children to have the same opportunity that I had—an equal opportunity for admission to New York City's Specialized High Schools.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of December, 2018 at Queens, New York.

_____
Chi Wang