# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA McAULIFFE INTERMEDIATE SCHOOL PTO, INC.; CHINESE AMERICAN CITIZENS ALLIANCE OF GREATER NEW YORK; ASIAN AMERICAN COALITION FOR EDUCATION; PHILLIP YAN HING WONG; YI FANG CHEN; and CHI WANG, <br><br> Plaintiffs, <br><br> -against- <br><br> BILL DE BLASIO, in his official capacity as Mayor of New York; and RICHARD A. CARRANZA, in his official capacity as Chancellor of the New York City Department of Education, <br><br> Defendants. | _____ Civ. _____ (_____) <br><br> **DECLARATION OF CHRISTOHER M. KIESER** |

I, Christopher M. Kieser, declare:

1.      The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath.

2.      I am an attorney for Plaintiffs Christa McAuliffe Intermediate School PTO, Inc., et al. My office address and telephone number are: Pacific Legal Foundation, 930 G Street, Sacramento, California 95814; 916.419.7111.

3.      To present to the Court the data central to Plaintiffs' claims in this case, I used New York City's Demographic Snapshot, an Excel file located at http://infohub.nyced.org/docs/default-source/default-document-library/demographicsnapshot201314to201718public_final.xlsx.

4.      To create Exhibits 1 through 4, I started with the Demographic Snapshot and removed extraneous data, as explained here.

5.      Exhibit 1 includes racial and poverty data for every New York City public school with eighth grade enrollment in 2017-18. To create this exhibit, I started with the school-by-school Demographic Snapshot data and removed all schools without eighth grade enrollment. I then removed all rows relating to other years and all columns with data not relevant to the claims presented in this case.

6.      Exhibit 2 includes racial and poverty data for every New York City public school with eighth grade enrollment in 2016-17. To create this exhibit, I started with the school-by-school Demographic Snapshot data and removed all schools without eighth grade enrollment. I then removed all rows relating to other years and all columns with data not relevant to the claims presented in this case.

7. Exhibit 3 includes Citywide racial and poverty data for the past five years. To create this exhibit, I started with the Citywide Demographic Snapshot and removed all columns containing data not relevant to the claims presented in this case.

8. Exhibit 4 includes racial and demographic data for the Specialized High Schools in 2017-18. To create this exhibit, I started with the school-by-school Demographic Snapshot data and removed all schools other than the Specialized High Schools, and all years other than 2017-18. Then I removed all columns with data not relevant to the claims presented in this case.

9. Exhibit 5 is an identical copy of the NOTES tab on the City's Demographic Snapshot Excel file. It provides the City's method of calculating a school's Economic Need Index.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on this 11th day of December, 2018, in South Bend, Indiana.

Respectfully Submitted,

S/ Christopher M. Kieser
JOSHUA P. THOMPSON, Cal. Bar No. 250955*
WENCONG FA, Cal. Bar No. 301679*
OLIVER J. DUNFORD, Cal Bar No. 320143*
CHRISTOPHER M. KIESER, Cal. Bar. No. 298486*
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
E-Mail: JThompson@pacificlegal.org
E-Mail: WFa@pacificlegal.org
E-Mail: ODunford@pacificlegal.org
E-Mail: CKieser@pacificlegal.org

*Counsel for Plaintiffs*

*Pro Hac Vice Motions Pending*