| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Year | Grade 8 | % Asian | % Black | % Hispanic | % White | % Poverty | Economic Need Index |
| 2013-14 | 75,999 | 15.3% | 28.3% | 40.2% | 14.5% | 73.5% | |
| 2014-15 | 74,793 | 15.3% | 27.8% | 40.4% | 14.7% | 72.2% | 63.2% |
| 2015-16 | 75,405 | 15.5% | 27.1% | 40.5% | 14.8% | 70.7% | 61.9% |
| 2016-17 | 76,283 | 15.8% | 26.5% | 40.4% | 14.9% | 70.2% | 60.6% |
| 2017-18 | 76,816 | 16.1% | 26.0% | 40.5% | 15.0% | 74.0% | 70.7% |