| School Name | Year | Total Enroll | % Asian | % Black | % Hispanic | % White | % Poverty | Economic Need Index |
|---|---|---|---|---|---|---|---|---|
| Stuyvesant High School | 2017-18 | 3336 | 73.5% | 0.7% | 2.8% | 17.8% | 44.3% | 41.8% |
| High School for Mathematics, Science and Engineeri | 2017-18 | 500 | 36.2% | 9.6% | 15.6% | 27.2% | 42.6% | 41.5% |
| The Bronx High School of Science | 2017-18 | 2995 | 65.6% | 2.5% | 6.2% | 23.3% | 44.2% | 39.5% |
| High School of American Studies at Lehman College | 2017-18 | 400 | 22.0% | 3.5% | 11.5% | 58.5% | 20.3% | 24.1% |
| Brooklyn Technical High School | 2017-18 | 5838 | 61.3% | 6.4% | 7.1% | 23.3% | 60.8% | 52.0% |
| Brooklyn Latin School, The | 2017-18 | 678 | 51.5% | 12.8% | 11.1% | 13.9% | 61.7% | 52.7% |
| Queens High School for the Sciences at York Colleg | 2017-18 | 473 | 81.0% | 4.2% | 4.2% | 5.9% | 60.5% | 47.1% |
| Staten Island Technical High School | 2017-18 | 1320 | 48.4% | 0.8% | 2.7% | 44.8% | 40.8% | 35.1% |