Case 1:18-cv-11657-ER   Document 19-1   Filed 12/13/18   Page 1 of 12



Menu

Select Language    ▼

Powered by Google Translate

Search...

**Home** ▸ **Meeting Student Needs** ▸ Diversity in Admissions

# Diversity in Admissions

**On this page...** ▲

1. **Pre-K** ⌄
2. **Kindergarten** ⌄
3. **Gifted & Talented** ⌄
4. **Middle School** ⌄
5. **High School** ⌄
6. **Specialized High Schools** ⌄

Schools across New York City are participating in a pilot initiative to increase diversity within their schools. Some of these schools give an admissions priority to English Language Learners (ELLs), students in the child welfare system, students in families impacted by incarceration, students in temporary housing, and/or students who qualify for Free and Reduced Lunch (FRL). The schools and programs that are participating will still make offers using standard admissions priorities.

Learn about participating programs, schools, and other diversity initiatives for each grade level below.



The following programs are participating in the pilot initiative for the 2018-2019 school year:

- **District 1 District Schools** | Priority to applicants living in temporary housing, who have a home language other than English, and/or are eligible for Free and Reduced Lunch (based on family income) for 67% of offers at every District 1 elementary school for pre-K. Applicants who do not fall into any of these groups will get a priority for the remaining 33% of offers.
- **Charrette School** (02M003) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) after all zoned students are admitted.
- **P.S. 452** (03M452) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) after all zoned students are admitted.
- **Ralph Bunch School** (05M125) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) and/or who have a home language other than English for 60% of seats.
- **Washington Heights Expeditionary Learning School (WHEELS)** (06M348) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) and/or in temporary housing for 75% of seats.
- **Castle Bridge School** (06M513) | Priority to applicants whose family has been impacted by incarcerations for 10% of seats. Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for 60% of seats.
- **Brooklyn New School** (15K146) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) after all siblings are admitted.
- **Brooklyn Arts and Science Elementary School** (17K705) | Priority to applicants who have a home language other than English and/or are in the child welfare system for 20% of seats.
- **New American Academy** (17K770) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for 40% of seats.
- **Big Birds Playhouse** (RAFF) | Priority to applicants who have a home language other than English after all current students are admitted.

- **Higher Level School** (KCAD) | Priority to applicants who have a home language other than English for 20% of seats.
- **Little Scholars II** (KCPE) | Priority to applicants who have a home language other than English after all current students are admitted.
- **Sugar Hill Museum Preschool** (MBGU) | Priority to applicants who have a home language other than English, are eligible for Free or Reduced Price Lunch (based on family income), and/or live in supportive housing for 50% of seats.
- **Yearling Nursery School** (XAZG) | Priority to applicants who have a home language other than English for 20% of seats.

Use Pre-K Finder to learn more about these programs:

**3-K / Pre-K Finder**

# Kindergarten

The following programs are participating in the pilot initiative for the 2018-2019 school year:

- **District 1 District Schools** | Priority to applicants living in temporary housing, who are English Language Learners, and/or are eligible for Free and Reduced Lunch (based on family income) for 67% of offers at every District 1 elementary school for kindergarten. Students who do not fall into any of these groups will get a priority for the remaining 33% of offers.
- **Charrette School** (02M003) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) after all zoned students are admitted.
- **P.S. 234 Independence School** (02M234) | Priority to applicants living in temporary housing after all zoned students are admitted.

- **East Side School for Social Action** (02M527) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) after all zoned students are admitted.
- **P.S. 452** (03M452) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) after all zoned students are admitted.
- **P.S. 125 Ralph Bunche** (05M125) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) and/or who are English Language Learners for 60% of seats.
- **Muscota** (06M314) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) and/or live in temporary housing for 30% of seats.
- **Washington Heights Expeditionary Learning School (WHEELS)** (06M348) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) and/or in temporary housing for 75% of seats.
- **Castle Bridge School** (06M513) | Priority to applicants whose family has been impacted by incarcerations for 10% of seats. Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for 60% of seats.
- **The Academy of Arts and Letters** (13K492) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for 40% of seats.
- **Brooklyn New School** (15K146) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) after siblings and current pre-K students are admitted.
- **The Children's School** (15K418) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) and/or who are English Language Learners for 33% of seats.
- **Brooklyn Arts and Science Elementary School** (17K705) | Priority to applicants who are English Language Learners and/or are in the child welfare system for 20% of seats.
- **New American Academy** (17K770) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for 40% of seats.

Learn more about kindergarten admissions:



**Kindergarten**

# Gifted & Talented

The following programs are participating in the pilot initiative for the 2018-2019 school year:

- **P.S. 15 Roberto Clemente** (01M015) | Priority to applicants living in temporary housing, who are English Language Learners, and/or are eligible for Free and Reduced Lunch (based on family income) for 67% of offers at every District 1 elementary school for kindergarten. Students who do not fall into any of these groups will get a priority for the remaining 33% of offers.
- **P.S. 110 Florence Nightingale** (01M110) | Priority to applicants living in temporary housing, who are English Language Learners, and/or are eligible for Free and Reduced Lunch (based on family income) for 67% of offers at every District 1 elementary school for kindergarten. Students who do not fall into any of these groups will get a priority for the remaining 33% of offers.
- **P.S. 11 William T. Harri**s (02M011) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income), who live in temporary housing and/or live in Public Housing for 30% of kindergarten and 1st grade seats.
- **Lower Lab School** (02M077) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for 12% of kindergarten seats.
- **Tag Young Scholars** (04M012) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for 40% of kindergarten seats.
- **Brooklyn School of Inquiry** (20K686) | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for 40% of kindergarten seats.

Learn more about Gifted and Talented admissions:

**Gifted and Talented**

# Middle School

The following programs are participating in pilot initiatives this year:

## District 3 Schools

Priority to applicants eligible for Free or Reduced Price Lunch and who are lower-performing for 25% of seats. The following District 3 district schools are participating in the pilot:

- J.H.S. 054 Booker T. Washington (03M054)
- P.S. 076 A. Philip Randolph (03M076)
- P.S. 149 Sojourner Truth (03M149)
- P.S. 180 Hugo Newman (03M180)
- The Riverside School for Makers and Artists (03M191)
- M.S. M245 The Computer School (03M245)
- M.S. M247 Dual Language Middle School (03M247)
- M.S. 250 West Side Collaborative Middle School (03M250)
- Lafayette Academy (03M256)
- Community Action School - MS 258 (03M258)
- West End Secondary School (03M291)
- P.S. 333 Manhattan School for Children (03M333)
- Wadleigh Secondary School for the Performing & Visual Arts (03M415)
- West Prep Academy (03M421)
- Frederick Douglass Academy II Secondary School (03M860)
- Mott Hall II (03M862)

## District 15 Schools

As part of a districtwide plan to increase middle school diversity, all District 15 middle schools will now:

- Use an open admissions method. These schools will no longer screen or select students based on their academic records.
- Give priority to the following applicants for 52% of seats at each school: students from low-income families, students in temporary housing, and English Language Learners.

Interested in hearing more about the D15 diversity plan? <u>Fill out this form</u> ⬀ and we'll call you.

## Other Middle Schools

- **East Side Community School** (01M450): Priority to applicants eligible for Free and Reduced Lunch (FRL) for up to 62% of seats.
- **East Side Middle School** (02M114): Priority to applicants eligible for Free and Reduced Lunch (FRL) for up to 17% of seats.
- **The Clinton School** (02M260): Applicants eligible for free or reduced price lunch receive priority for 17% of seats.
- **Academy of Applied Mathematics and Technology** (07X343): Prioritize up to 25% of seats for applicants currently attending the following District 7 Elementary Schools: PS 1, PS49, PS 154, PS 277, PS 359, and PS 369; Prioritize up to 15% of seats for applicants currently attending the following District 7 Elementary Schools: PS 5, PS 18, PS 25, PS 29, PS 31, PS 157, and PS 161.
- **M.S. 255 Salk School of Science** (02M255): Priority to applicants eligible for Free or Reduced Price Lunch for up to 17% of seats.
- **Quest to Learn** (02M422): Expanded eligibility to all NYC residents; priority to applicants eligible for Free or Reduced Price Lunch for up to 60% of seats.

Learn more about these programs and their participation in the diversity initiative by reading their school pages in the NYC Middle School Directory. Find the directory for your district on our Middle School admissions page:

<u>Middle School</u>



# High School

High schools that are participating in the diversity initiative will give a certain percentage of applicants in the incoming ninth and tenth grades an admissions priority. Applicants who qualify as economically disadvantaged, based on federal income guidelines, will have this priority.

The following programs are participating in the pilot initiative for the 2018-2019 school year:

- **Academy for Careers in Film and Television** (30Q301) | **Program Code:** Q01A | Priority to applicants eligible for Free Lunch (based on family income) for up to 63% of seats.
- **Academy for Software Engineering** (02M546) | **Program Code:** A54A | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for up to 69% of seats.
- **Bard Early High School Queens** (24Q299) | **Program Code:** Q74B | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for up to 63% of seats.
- **Central Park East High School** (04M555) | **Program Code:** M86A | Priority to applicants eligible for Free Lunch (based on family income) for up to 64% of seats.
- **Harvest Collegiate High School** (02M534) | **Program Code:** A53A | Priority to applicants eligible for Free Lunch (based on family income) for up to 63% of seats: first to Manhattan students or residents, and then to New York City residents.
- **The Heritage School** (04M680) | **Program Code:** M97A | Priority to District 4 residents eligible for Free or Reduced Price Lunch (based on family income) for up to 43% of seats.
- **Manhattan / Hunter Science High School** (03M541) | **Program Code:** M55A | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for up to 69% of seats.
- **Millennium Brooklyn High School** (15K684) | **Program Code:** L63A | Priority to applicants eligible for Free or Reduced Price Lunch

(based on family income) for up to 50% of seats: first to Brooklyn students or residents, and then to New York City residents.

- **NYC iSchool** (02M376) | **Program Code:** M52A | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for up to 60% of seats.
- **Park East High School** (04M495) | **Program Code:** M17J | Priority to District 4 residents eligible for Free or Reduced Price Lunch (based on family income) for up to 26% of seats.
- **Urban Assembly High School of Music and Art** (13K350) | **Program Code:** L02R | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for up to 69% of seats.
- **Urban Assembly Institute of Math and Science for Young Women** (13K527) | **Program Code:** L54A | Priority to English Language Learners for up to 15 seats: first to continuing 8th grade students and then to New York City residents.
- **Urban Assembly Maker Academy** (02M282) | **Program Code:** M61A | Priority to applicants eligible for Free Lunch (based on family income) for up to 63% of seats.
- **Urban Assembly New York Harbor School** (02M551) | **Program Codes:** K51A, K51B | Priority to applicants eligible for Free or Reduced Price Lunch (based on family income) for up to 69% of seats.
- **Williamsburg High School for Architecture and Design** (14K558) | **Program Code:** K09X | Priority to applicants eligible for Free Lunch (based on family income) for up to 63% of seats: first to Brooklyn students or residents, and then to New York City residents.
- **Williamsburg Preparatory School** (14K561) | **Program Code:** K39X | Priority to applicants eligible for Free Lunch (based on family income) for up to 63% of seats.

Learn more about high school admissions and programs:

MySchools



# Specialized High Schools

## Discovery Program

The Discovery program is a summer enrichment program for eligible rising ninth grade students who take the specialized high schools admissions test (SHSAT) and score right below the cutoff score. Eligible scores will vary from year to year and will be based on seat availability.

Students will only be considered for Discovery programs at the specialized high school(s) they list on their SHSAT answer sheet.

To be eligible for the Discovery program, a specialized high schools applicant must:

1. Be one or more of the following: a student from a low-income household, a student in temporary housing, or an English Language Learner who moved to NYC within the past four years; and
2. Have scored within a certain range below the cutoff score on the SHSAT; and
3. Attend a high-poverty school. A school is defined as high-poverty if it has an Economic Need Index (ENI) of at least 60%. You can see a school's historical ENI by visiting the School Performance Dashboard ↗ and selecting the school from the list.

If students are eligible to participate in the Discovery program, we'll let them know in the spring as part of their high school results. Families of eligible students should then meet with their current school counselor to discuss the Discovery program application.

Students who participate and complete program requirements are admitted to the specialized high schools. By the summer of 2020, 20% of seats at each specialized high school will be reserved for participants of the Discovery program.

## DREAM Program

DREAM (Determination, Resiliency, Enthusiasm, Ambition, Motivation) is an extracurricular academic program that prepares eligible New York City public school students for the SHSAT. Learn more:

**DREAM Program**

- Find out more about the specialized high schools:

**Specialized High Schools**

- Learn about a proposal to make admissions to the eight testing specialized high schools better and fairer:

**Diversity in Our Schools**



**Call Us**

Call Monday-Friday, 8am-6pm at 718-935-2009.



**Visit Us**



Get help in person at a Family Welcome Center.



## Follow Us



Twitter



Facebook



Vimeo



Notify NYC



Connect

Copyright © 2018 The New York City Department of Education.

Sitemap     Privacy Policy     Employees     Contact Us

