


# Specialized High Schools Proposal

**Making Admissions to the Specialized High Schools More Equitable for All Students**

# The Specialized High Schools are:

- The Bronx High School of Science
- The Brooklyn Latin School
- Brooklyn Technical High School
- High School for Mathematics, Science and Engineering at City College of New York
- High School of American Studies at Lehman College
- Queens High School for the Sciences at York College
- Staten Island Technical High School
- Stuyvesant High School

A ninth Specialized High School, LaGuardia High School, is not part of this proposal.

# A better and fairer admissions process:

**GOALS**

- Consider more than a single exam
- Maintain academic rigor
- Increase diversity

- **Use multiple factors—not the Specialized High Schools Admissions Test (SHSAT)—to make offers to students.**
  - A single exam is not the best indicator of student potential.
  - New York City is the only district in the country to admit students based on a single exam.*

- **Maintain the academic rigor of the Specialized High Schools (SHS).**

- **Increase diversity at the Specialized High Schools.**
  - In 2016, 50% of SHS offers went to students at only 4% of all New York City middle schools. We want the students attending the SHS to come from middle schools across the city and to better reflect our city's diverse populations.
  - Black and Latino students make up 68% of the NYC high school population, but only 9% of those offered a seat.
  - Low-income students make up 75% of the NYC high school population, but only 40% of those offered a seat.

*Research based on *Exam Schools: Inside America's Most Selective Public High Schools* by Finn and Hockett

3

# What is the proposal?

**NOW**

Expand the Discovery program to 20% of seats

Target students at high-poverty schools

# Part 1

- Begin to expand the Discovery program to 20% of seats at each SHS.

The Discovery program is a summer enrichment program that helps high-performing, disadvantaged students gain admission to a SHS.

| | Students will be eligible if they meet all of the following three criteria: |
|---|---|
| 1 | Score right below the cutoff score on the SHSAT. |
| 2 | Are disadvantaged based on their household income, housing situation, or English Language Learner status. |
| 3 | Attend a high-poverty school. |

A high-poverty school has an Economic Need Index (ENI) of at least 60%. This estimates the percentage of students in a school who face economic hardship. Look up any school's ENI on the school performance dashboard: tools.nycenet.edu/dashboard/.

5

# Part 2

**NEXT**

**Phase out SHSAT**

**Offers go to top-performing students**

- Over three years, phase out the SHSAT.
- Make SHS offers to the top 7% of students from each DOE public middle school.
  - Students would receive ranks based on (1) their 7th grade New York State Math and ELA exam scores and (2) their 7th grade English, math, social studies, and science course grades compared to other students in their school.*
  - Students would be ordered by their rank to determine top performers at each school.
  - To receive a SHS offer, top-performing students' ranks would also need to be in the top 25% of the city.

New York State Law currently requires the SHSAT as the sole criterion for admission to the SHS. In order for any of these changes to go into effect, the New York State legislature must vote to change state law.

*Composite score formula: 55% average course grade performance + 45% average ELA and math NY state exam performance

6

# NEXT

# Part 2: Phase-out proposal

**Phase out SHSAT**

**Offers go to top-performing students**

| | Offers would be made… |
|---|---|
| Year 1 | <u>First</u> to: Top 3% of students from each middle school (~25% of offers)<br><u>Then</u> to: Students who qualify through the SHSAT (~75% of offers) |
| Year 2 | <u>First</u> to: Top 5% of students from each middle school (~50% of offers)<br><u>Then</u> to: Students who qualify through the SHSAT (~50% of offers) |
| Year 3 | <u>First</u> to: Top 7% of students from each middle school (~90% of offers)<br><u>Then</u> to: Non-public students, students new to New York City, and any other student interested in applying to the SHS with a minimum course grade average of 93% (A-). These students would participate in a lottery for any remaining seats. (~10% of offers)<br>**This means that offers will no longer be made based on the SHSAT.** |



Top Performers
SHSAT

The DOE would calculate each student's middle school rank.
Schools and students would not need to provide any additional information.

7

# What would this proposal accomplish?

8

# ACADEMICS

Top 7% of middle schoolers have similar academic records to students who receive SHSAT offers



Students with current offers

- Average GPA: 94%
- Average State exam proficiency level: 4.1



Top 7% of middle schoolers

- Average GPA: 94%
- Average State exam proficiency level: 3.9

9

# Proficiency rating

# Average Grades




**The students who currently get offers and the students in the top 7% score similarly on State exams and average grades**

ACADEMICS

10

# GEOGRAPHY

**2x** increase in middle school representation

**4x** increase in offers to Bronx students

## Current Offers by School



## Top 7% Offers by School





Number of Offers: 1, 50, 100, 150, 204

11

# DEMOGRAPHICS

**SHS demographics will mirror NYC demographics more closely**

**36%** point increase in offers to Black and Latino students

**18%** point increase in offers to female students



Racial Demographics

# POVERTY

**21% point increase in offers to low-income students**

**All groups will see an increase in offers to students in poverty**



Percent of Students in Poverty by Race

| | Current Offers | Top 7% Offers |
|---|---|---|
| Overall | 46% | 67% |
| Asian | 61% | 69% |
| Black | 61% | 76% |
| Latino | 53% | 82% |
| Other | 20% | 50% |
| White | 16% | 30% |

Note: Data shown only for public school students whose family income data is available.

# HOME LANGUAGE

**More diversity of home languages represented at the SHS**

Our modeling shows that we would see an increase in students from the following ethnicities who speak these languages:

### Asian
Urdu, Tagalog (Filipino)

### African
French, Fulani, Twi, Mandinka, and Soninke

### Caribbean/Latino
Haitian Creole, Spanish

### Caucasian
Albanian, Polish

### Middle Eastern
Arabic



Top Non-English Home Languages

The non-English home languages represented under this model more closely reflect the home languages of 8th grade students across the city.

14

# WE ARE

Expanding early education

Offering more challenging coursework

Increasing school funding

# What else are we doing?
## Equity & Excellence for All

- The Equity and Excellence for All agenda is building a pathway to success in college and careers for all students.
    - Our students are starting school earlier, with free, full-day, high-quality education for three-year-olds and four-year-olds through **3-K for All** and **Pre-K for All**.
    - Our schools are strengthening foundational skills and instruction earlier, with **Universal Literacy** and **Algebra for All**.
    - Our schools are also offering students more challenging, hands-on, college and career-aligned coursework with **Computer Science for All** and **AP for All.**
    - We are investing **$350 million more annually** in "Fair Student Funding" for NYC public schools.
- What progress are we making?
    - The **highest-ever graduation rate** – 74.3% of the Class of 2017.
    - The **highest-ever postsecondary enrollment rate** – 57% of the Class of 2016.
    - The **highest-ever college readiness rate** – 64% of graduates in the Class of 2017.
    - City students **continue to improve on ELA and math State exams,** and **outperformed their New York State peers** on ELA State exams for the first time in 2016. Since 2013, the percentage of students proficient in English in New York City has increased by 54%.

**Through these initiatives, we are on path to ensure that by 2026, 80% of our students will graduate high school on time and two-thirds of our graduates will be college ready.**

15

# What's Next?



**We're engaging with communities, advocacy groups, and alumni groups across the city to better understand their needs, hear any concerns, and gather their feedback on this proposal.**

The New York State legislature must vote and approve changes to SHS admissions in the upcoming legislative session.

**Regardless of any changes to state law, we will launch Part 1 of our plan—expanding the Discovery program—in summer 2019.**

Questions? Email diversity@schools.nyc.gov

NYC Department of Education

16

# What supports already exist?

The Specialized High Schools have many transition supports already in place for current students. This includes:

- **Freshman Clusters** to support student bonding (Brooklyn Tech)
- **Mentoring/Big Sib** programs with upperclassmen or Alumni to welcome students and provide guidance/support (Brooklyn Tech, Stuyvesant, Bronx Science, Queens HS for Sciences)
- **Freshman Academy**, where instructors can support students by fostering an inclusive community, teaching time management, public speaking and presentation skills (HSMSE).
- **Parent workshops** to provide academic and emotional support to students (HSAS).
- **Team-building retreat** offsite to meet new classmates, teachers, and develop cooperative work styles (Brooklyn Latin).
- **VISIT (Visit Inside Staten Island Tech)** is an on-site, interactive, and collaborative STEM experience for new SI Tech students.

17