12/10/2018
Case 1:18-cv-11657-ER   Document 19-3   Filed 12/13/18   Page 1 of 22
Where Specialized high school students come from (and where they don't)

NEWSLETTERS

Locations ⌄    Topics ⌄    Connect ⌄    About Us ⌄

SPONSOR

BY THE NUMBERS

# Where specialized high school students come from (and where they don't)

BY CHRISTINA VEIGA, SAM PARK  -  JUNE 14, 2018



PHOTO: *Flickr*

Brooklyn Technical is one of the city's prestigious specialized high schools.

Early every school day, private charter buses rumble through the Upper West Side to ferry students from the city's wealthiest school district into one of the poorest.

The students head to Bronx High School of Science and the High School of American Studies at Lehman College, just two of the city's coveted specialized high schools that draw virtually no students from their surrounding neighborhoods.

Across New York City, just a handful of school districts and middle schools send an outsized share of students to specialized high schools, celebrated for their track record of preparing graduates for Ivy League colleges and high-powered careers.

The numbers are striking: Students from only 10 middle schools make up a quarter of all specialized high school admissions offers — a total of 1,274 offers, according to

data provided to Chalkbeat. That's almost four times more than all of the admissions offers to students living in the city's 10 poorest districts combined.



That reality could be upended with a controversial proposal put forward by Mayor Bill de Blasio to overhaul admissions to specialized high schools. Rather than admit students based on the results of a single test, the city is pushing a plan to admit the top 7 percent of students from every middle school, based on a combination of their state test scores and report card grades

The proposal would require a change in state law, and lawmakers have already shelved the plan for this year. But if city officials can persuade lawmakers to approve the change, it would cut off a reliable pipeline into the city's most elite high schools — a tiny subset of selective middle schools — and draw more top performers from every corner of the five boroughs.

"ZIP code is limiting destiny right now in New York City," de Blasio said at a recent press conference.

Critics, though, say the Specialized High Schools Admissions Test helps preserve the high standards at the schools, considered by many to be the crown jewels of the system. They suggest other ways for diversifying the schools, such as making test preparation more widespread.

Chalkbeat compared education department data of specialized high school offers in schools and districts across the city. Here are some highlights from the numbers.

## Some districts send many students to specialized high schools, while others send almost none.

Affluent District 2 — which stretches across Lower Manhattan, most of Chinatown and the Upper East Side —  accounts for almost 13 percent of all specialized high school admission offers. That number is even more eye-popping when you consider that it enrolls only about 4 percent of all the city's public school eighth graders.



*Click on the map to learn which districts send the most students to specialized high schools.*

The 10 districts that are home to the most black and Hispanic students made up about 4 percent of admissions offers.

Just because a student was offered admission, that doesn't mean that he or she will ultimately choose to go to a specialized high school. In fact, research has shown that black and Hispanic students, and girls, are less likely to accept their offers, compared with Asian students.

The district figures include admissions offers that were made to students in private schools and those who were homeschooled. Private school students earned about 13 percent of offers.

## A tiny number of schools send a disproportionate number of students to specialized high schools

The disparities are so large that just two middle schools — The Christa McAuliffe School and Mark Twain I.S. 239 — get more students into specialized high schools than the city's 10 poorest districts combined. (One caveat about these numbers: The district offers are based on where students live, not where they attended school. So it's possible that students living in the poorest districts are enrolled at Mark Twain, which is open to all students regardless of where they live in the city.)

"If you think it's unlikely that only a couple of dozen schools have a monopoly on talent, then we have a problem," said Richard Buery, a former deputy mayor for the city who has endorsed de Blasio's proposal to change specialized high school admissions.

All together, the top 10 middle schools enroll only about 18 percent black and Hispanic students. They are among the most sought-after in the city, but they are also extremely selective.

Show [ 100 ▼ ] entries

Search: [                    ]

| School ⇅ | SHS offers ⇅ | Share of all SHS offers ⇅ | % of school 8th graders who receive SHS offers ⇟ |
|---|---|---|---|
| THE ANDERSON SCHOOL | 58 | 1.14% | 76.32% |
| THE CHRISTA MCAULIFFE SCHOOL\I.S. 187 | 205 | 4.05% | 74.82% |
| NEW EXPLORATIONS INTO SCIENCE, TECHNOLOGY AND MATH SCHOOL | 91 | 1.80% | 66.91% |
| P.S. 122 MAMIE FAY | 49 | 0.97% | 65.33% |
| THE 30TH AVENUE SCHOOL | 26 | 0.51% | 63.41% |

| | | | |
|---|---|---|---|
| THE 30TH AVENUE SCHOOL (G&T CITYWIDE) | 26 | 0.51% | 65.41% |
| NEW YORK CITY LAB MIDDLE SCHOOL FOR COLLABORATIVE STUDIES | 113 | 2.23% | 62.43% |
| M.S. 255 SALK SCHOOL OF SCIENCE | 70 | 1.38% | 54.69% |
| BROOKLYN SCHOOL OF INQUIRY | 46 | 0.91% | 54.12% |
| J.H.S. 054 BOOKER T. WASHINGTON | 150 | 2.96% | 53.19% |
| BACCALAUREATE SCHOOL FOR GLOBAL EDUCATION | 62 | 1.22% | 52.10% |
| EAST SIDE MIDDLE SCHOOL | 75 | 1.48% | 49.34% |
| TAG YOUNG SCHOLARS | 27 | 0.53% | 48.21% |
| MARK TWAIN I.S. 239 FOR THE GIFTED & TALENTED | 196 | 3.87% | 45.69% |
| M.S. 51 WILLIAM ALEXANDER | 122 | 2.41% | 33.06% |
| THE MATH & SCIENCE EXPLORATORY SCHOOL | 51 | 1.01% | 28.65% |
| QUEENS GATEWAY TO HEALTH SCIENCES SECONDARY SCHOOL | 23 | 0.45% | 27.71% |
| I.S. 119 THE GLENDALE | 59 | 1.16% | 26.94% |
| J.H.S. 067 LOUIS PASTEUR | 82 | 1.62% | 26.54% |
| P.S. 184M SHUANG WEN | 23 | 0.45% | 26.44% |
| BATTERY PARK CITY SCHOOL | 22 | 0.43% | 26.19% |
| M.S. 243 CENTER SCHOOL | 14 | 0.28% | 24.56% |
| THE QUEENS COLLEGE SCHOOL FOR MATH, SCIENCE AND TECHNOLOGY | 13 | 0.26% | 24.53% |
| COLUMBIA SECONDARY | 23 | 0.45% | 23.71% |

| COLUMBIA SECONDARY SCHOOL | 23 | 0.45% | 23.71% |
|---|---|---|---|
| J.H.S. 074 NATHANIEL HAWTHORNE | 95 | 1.87% | 22.78% |
| M.S. 158 MARIE CURIE | 84 | 1.66% | 22.05% |
| THE SEEALL ACADEMY | 38 | 0.75% | 21.71% |
| I.S. 98 BAY ACADEMY | 104 | 2.05% | 21.01% |
| J.H.S. 216 GEORGE J. RYAN | 95 | 1.87% | 19.47% |
| J.H.S. 201 THE DYKER HEIGHTS | 101 | 1.99% | 19.27% |
| EAST-WEST SCHOOL OF INTERNATIONAL STUDIES | 20 | 0.39% | 19.05% |
| SPRUCE STREET SCHOOL | 10 | 0.20% | 18.18% |
| J.H.S. 167 ROBERT F. WAGNER | 77 | 1.52% | 17.95% |
| M.S. 260 CLINTON SCHOOL WRITERS & ARTISTS | 17 | 0.34% | 17.53% |
| J.H.S. 185 EDWARD BLEEKER | 93 | 1.84% | 17.35% |
| P.S. 126 JACOB AUGUST RIIS | 18 | 0.36% | 15.93% |
| P.S. 229 DYKER | 20 | 0.39% | 15.63% |
| J.H.S. 190 RUSSELL SAGE | 53 | 1.05% | 15.32% |
| BELL ACADEMY | 21 | 0.41% | 15.22% |
| J.H.S. 259 WILLIAM MCKINLEY | 86 | 1.70% | 14.83% |
| SCHOOL OF THE FUTURE HIGH SCHOOL | 15 | 0.30% | 14.56% |
| M.S. M245 THE COMPUTER SCHOOL | 19 | 0.37% | 14.39% |
| PAULA HEDBAVNY SCHOOL | 9 | 0.18% | 13.85% |
| J.H.S. 194 WILLIAM CARR | 54 | 1.07% | 13.74% |
| HELLENIC CLASSICAL CHARTER | 7 | 0.14% | 13.73% |

| SCHOOL | | | |
|---|---|---|---|
| J.H.S. 104 SIMON BARUCH | 53 | 1.05% | 13.66% |
| P.S. 008 ROBERT FULTON | 8 | 0.16% | 12.50% |
| I.S. 237 | 53 | 1.05% | 12.44% |
| P.S. 102 BAYVIEW | 17 | 0.34% | 11.89% |
| SCHOLARS' ACADEMY | 27 | 0.53% | 11.69% |
| YOUNG WOMEN'S LEADERSHIP SCHOOL, QUEENS | 9 | 0.18% | 11.54% |
| J.H.S. 234 ARTHUR W. CUNNINGHAM | 79 | 1.56% | 11.53% |
| TOMPKINS SQUARE MIDDLE SCHOOL | 14 | 0.28% | 11.11% |
| I.S. 075 FRANK D. PAULO | 46 | 0.91% | 10.70% |
| INSTITUTE FOR COLLABORATIVE EDUCATION | 8 | 0.16% | 10.67% |
| P.S. 049 DOROTHY BONAWIT KOLE | 14 | 0.28% | 10.53% |
| ALBERT SHANKER SCHOOL FOR VISUAL AND PERFORMING ARTS | 19 | 0.37% | 10.50% |
| P.S./I.S. 266 | 8 | 0.16% | 10.39% |
| NEW VOICES SCHOOL OF ACADEMIC & CREATIVE ARTS | 19 | 0.37% | 10.27% |
| MOTT HALL II | 12 | 0.24% | 9.92% |
| J.H.S. 157 STEPHEN A. HALSEY | 52 | 1.03% | 9.76% |
| IRWIN ALTMAN MIDDLE SCHOOL 172 | 33 | 0.65% | 9.71% |
| I.S. 73 - THE FRANK SANSIVIERI INTERMEDIATE SCHOOL | 73 | 1.44% | 9.51% |
| P.S. 219 PAUL KLAPPER | 7 | 0.14% | 9.33% |

| | | | |
|---|---|---|---|
| SUCCESS ACADEMY CHARTER SCHOOL - BRONX 2 | 6 | 0.12% | 9.09% |
| I.S. 025 ADRIEN BLOCK | 29 | 0.57% | 8.81% |
| P.S. 163 BATH BEACH | 7 | 0.14% | 7.78% |
| P.S. 206 JOSEPH F LAMB | 9 | 0.18% | 7.76% |
| HUNTERS POINT COMMUNITY MIDDLE SCHOOL | 11 | 0.22% | 7.69% |
| P.S. 128 THE LORRAINE TUZZO, JUNIPER VALLEY ELEMENTARY SCHOOL | 9 | 0.18% | 7.69% |
| P.S. 235 JANICE MARIE KNIGHT SCHOOL | 7 | 0.14% | 7.69% |
| P.S. 048 WILLIAM G. WILCOX | 9 | 0.18% | 7.63% |
| I.S. 141 THE STEINWAY | 26 | 0.51% | 7.49% |
| BROOKLYN PROSPECT CHARTER SCHOOL | 8 | 0.16% | 7.41% |
| I.S. 281 JOSEPH B CAVALLARO | 30 | 0.59% | 7.39% |
| BROOKLYN URBAN GARDEN CHARTER SCHOOL | 7 | 0.14% | 7.00% |
| P.S. 226 ALFRED DE B.MASON | 7 | 0.14% | 7.00% |
| J.H.S. 118 WILLIAM W. NILES | 29 | 0.57% | 6.97% |
| P.S. 164 QUEENS VALLEY | 6 | 0.12% | 6.90% |
| J.H.S. 189 DANIEL CARTER BEARD | 17 | 0.34% | 6.85% |
| M.S. 839 | 7 | 0.14% | 6.67% |
| P.S./I.S. 104 THE FORT HAMILTON SCHOOL | 11 | 0.22% | 6.47% |
| I.S. 125 THOM J. MCCANN WOODSIDE | 34 | 0.67% | 6.36% |

| | | | |
|---|---|---|---|
| I.S. 5 - THE WALTER CROWLEY INTERMEDIATE SCHOOL | 40 | 0.79% | 6.35% |
| THE BOERUM HILL SCHOOL FOR INTERNATIONAL STUDIES | 6 | 0.12% | 6.25% |
| LOWER MANHATTAN COMMUNITY MIDDLE SCHOOL | 8 | 0.16% | 6.20% |
| RIVERDALE / KINGSBRIDGE ACADEMY (MIDDLE SCHOOL / HIGH SCHOOL 141) | 15 | 0.30% | 6.00% |
| I.S. 230 | 26 | 0.51% | 5.99% |
| J.H.S. 223 THE MONTAUK | 19 | 0.37% | 5.88% |
| I.S. 227 LOUIS ARMSTRONG | 27 | 0.53% | 5.87% |
| I.S. 318 EUGENIO MARIA DE HOSTOS | 27 | 0.53% | 5.79% |
| P.S. 083 DONALD HERTZ | 13 | 0.26% | 5.68% |
| I.S. 072 ROCCO LAURIE | 26 | 0.51% | 5.62% |
| I.S. 007 ELIAS BERNSTEIN | 22 | 0.43% | 5.60% |
| J.H.S. 227 EDWARD B. SHALLOW | 25 | 0.49% | 5.45% |
| MIDDLE VILLAGE PREP CHARTER SCHOOL | 6 | 0.12% | 5.13% |
| J.H.S. 220 JOHN J. PERSHING | 27 | 0.53% | 5.12% |
| M.S. 131 | 7 | 0.14% | 5.04% |
| P.S./M.S. 194 | 8 | 0.16% | 4.94% |
| J.H.S. 088 PETER ROUGET | 20 | 0.39% | 4.88% |

Many top-sending middle schools select their students based on test scores, their own exams, interviews, attendance, and other factors.

The numbers get at an ongoing debate over whether schools should be allowed to "screen" students in this way: While some say high-performers are better served in classrooms where most students are like them, others say that separating students by ability exacerbates segregation because black and Hispanic students are more likely to struggle in school.

Among the middle schools sending the most students to specialized high schools is Booker T. Washington in District 3, which is at the center of another contentious integration battle. The superintendent there has proposed setting aside a quarter of seats at every district middle school for students who are low-performing.

The plan has sparked an uproar from parents who worry their high-achieving kids will be shut out of the most sought-after middle schools. The city's numbers sheds light on the backlash: More than 53 percent of Booker T. Washington eighth graders are offered a spot at specialized high schools.

Kristen Berger, a parent on the local Community Education Council who has pushed to integrate the district's middle schools, said the current system fuels competition for the few schools that feed students into top-tier high schools.

"I think it's part of a wider New York angst," she said. "We're looking downstream like, 'What elementary school goes to what middle school, goes to which high school, goes to which college?'"

She also said that it calls into question the city's high school choice process, which is supposed to allow students to aim for any school, regardless of where they may live.

"We certainly wouldn't want middle schools to be a limiting factor," she said. "We would want all students to have the full range of options, whether it's for middle school or for high school."

# Chalkbeat New York

Stay on top of New York education news with our morning newsletter.

Email Address

SUBSCRIBE

*"I didn't even know what I was missing, but as soon as Chalkbeat's info started rolling in, it was like a part of my brain just started lighting up. You need what they have to offer." — Tim L.*

---

**By Christina Veiga**     @CVEIGA     CVEIGA@CHALKBEAT.ORG

**Sam Park**     SPARK@CHALKBEAT.ORG

---

IN THIS STORY: SHSAT, SPECIALIZED HIGH SCHOOLS

f

💬 **View Comments**

---

PAYROLL DATA

# From pay to personnel, changes in the principal's office shed light on Vitti's first year — and his plans for the next

BY KOBY LEVIN  -  1 HOUR AGO

**PHOTO:** *Erin Einhorn*

On his first day as Detroit schools superintendent, Nikolai Vitti, with former interim superintendent Alycia Meriweather, greets principals at a teacher hiring fair at Martin Luther King Jr. High School.

f

Take a look at the Detroit district's payroll, and you'd be forgiven for thinking that Superintendent Nikolai Vitti has already brought major changes to the principal's office.

SPONSOR

Fully 17 new principals have been hired at the Detroit Public Schools Community District since Vitti took over the superintendent's office last summer, and another nine have transferred to new schools. Pay is up three percent, and principals now report to "principal leaders" — former principals whom Vitti tasked with overseeing turnaround efforts building-by-building.

*(Find salary and staffing data for principals in the Detroit Public Schools Community District below. Chalkbeat has requested but has not yet received salary data for charter school principals from Michigan's education department.)*

But more than a year into a turnaround effort led by Vitti, those changes are likely only a start.

Vitti spent much of his first year moving the district to a new K-8 curriculum and reshaping the central office. It's common for turnaround districts to replace principals — an Obama-era school improvement grant even required it as a first step. While Vitti's administration hasn't yet sought to completely overhaul the principal corps, he said this week that deeper changes can be expected next summer.

"This will be the first year we focus more closely on performance (staffing, attendance, enrollment, climate and culture, and student achievement)," he wrote in an email. "Last year the focus was on operations and setting the right culture and climate in schools to begin implementation of this year's reform.

"We are not satisfied with principal salaries right now," Vitti added, saying he wants to further increase pay, especially for principals who help improve schools with especially low attendance or test scores.

---

# Rise & Shine Detroit

Chalkbeat's morning digest of Detroit education news, delivered straight to you

Email Address

SUBSCRIBE

*"Objective reporting on the sensitive, important topic of education, which is much needed in Detroit."*
— David D.

Education experts see principals as a key ingredient in any u-turn school improvement efforts like the ones underway in many Detroit district schools. They say principals deserve as much credit as anyone for a successful school turnaround, and they note that when things aren't going well, principals are very often the first to leave.

The pressure facing principals in the district is one reason Vitti hired four principal leaders, about one for every 25 principals in the district. Other districts have found that extra coaching for principals can pay off for schools, especially in large cities.

Staffing data obtained by Chalkbeat makes clear that changes to the principal corps are already a significant piece of Vitti's legacy. Nearly one-third of the district's roughly 100 schools have a new principal who was hired by Vitti's administration.

Still, the district hasn't seen the high level of principal turnover that often accompanies turnaround efforts.  Most of the departing principals retired or accepted a job elsewhere, Vitti said, and only a handful of school leaders were removed for low performance.

"We did not make more principal changes last year because we wanted to give principals the opportunity to learn and grow professionally," he said. "Under emergency management, time and resources were not spent on building principal capacity to drive instructional reform."

Despite a 3 percent raise this year, Vitti says pay for principals remains near the top of his to-do list. He wants to tie principal salaries to the size of the school, the principal's performance, and the school's historic performance. The idea is that principals should be paid more for helping a large, struggling school improve.

While it seems at first glance that principal salaries have already undergone major changes since June of 2016, Vitti says those changes are largely due to the district's decision to treat principal as 12-month employees instead of nine-month employees. Under the previous system, principals who chose to work summer school received an additional stipend that didn't appear in their overall salary, meaning their actual pay has changed less than it might appear on paper.

That's why the data shows that the average salary for principals increased by 10 percent even though they only received a 3 percent raise.

Vitti said principals received raises if they took on more responsibilities at their current school or were transferred to larger or more challenging schools. Still, their salaries aren't necessarily tied to their school or their level experience because principals in the district aren't unionized and aren't paid on a fixed scale.

There hasn't been much change at the top of the pay range. While the top salary increased from $117,000 in 2016 to $131,000 today, the people earning those salaries — including the principals at Cass Technical High School, Cody High School, Pershing High Schools, and John R. King Academic and Performing Arts Academy — remained the same. Cass is one of Detroit's elite high schools, while Cody and Pershing are among its most troubled. John R. King is a large K-8 program with low test scores and high rates of chronic absenteeism.

Nearly half of the district's 102 principals are clustered at the bottom of the pay range, making around $100,000 per year.

The lowest paid principals include dozens of returning principals, as well as new arrivals and two former Cass Tech teachers who Vitti tapped to lead Detroit School of Arts and Nolan Elementary-Middle School.

As the state of Michigan ratchets up accountability for principals, Vitti's administration says higher pay will help attract replacements for principals who retire or who don't cut muster.

While philanthropists have stepped up to help train some principals, the district no longer has an internal training program for school leaders. It ended during a decades-long period of declining enrollment, budget cuts, and administrative turmoil, which also led many Detroit administrators to flee for more stable suburban districts.

Jeffery Robinson, principal at Paul Robeson Malcolm X Academy, stuck it out for the last 11 years without a raise, and he says he welcomes the changes Vitti is proposing, especially the changes in pay. Even with the raise earlier this year, he says Detroit principals are still undercompensated compared to similar districts, especially taking into account the challenges their schools face. Principals in the district don't have a union, but Robinson is part of a "focus group" that will meet with Vitti to hash out the details of changes to the pay scale.

Robinson says he supports the idea of paying principals based on the kind of school they manage.

"While both are complex, there are still some things that have to be managed at the high school level that don't have to be managed at the K-8 level" he said.

Both Robinson and Wendy Zdeb, executive director of the Michigan Association of Secondary School Principals, say the most important figure isn't how many principals have left the district — it's how many have stayed in spite of the difficult conditions.

"I find that administrators in Detroit are really committed," Zdeb said. "They're the consistency of the district, when you really think about it."

*See below for a list of current principals in the Detroit Public Schools Community District. You can search for names at the top right corner.*

*Note that the pay increases evident in this table largely weren't raises. Vitti shifted principals to a 12-month schedule instead of 10-month schedule, so their salaries rose. However, many had already been receiving that extra pay in the form of a stipend for running summer school.*

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

*Source: Detroit Public Schools Community District payroll as of June 2016 and October 2018. "NA" means the principal was not employed by the district in June 2016.*

## More in **Detroit's future**

- Equitable school funding prompts a tense moment during Detroit's second State of the Schools event

- Too few Michigan students are showing up to school. This study says fix unstable housing, not schools.

- Watch: The state of Detroit schools, according to the people leading them

- GOP power grab — or path to better schools? Lame-duck votes could shift some Michigan education powers

**By Koby Levin**      @LEVIN_KOBY      KLEVIN@CHALKBEAT.ORG

IN THIS STORY: DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT, PRINCIPALS, SALARY, SUPERINTENDENT NIKOLAI VITTI

f

💬 **View Comments**

FUTURE OF SCHOOLS

# New York state officials call for $2.1 billion bump in education funding

BY REEMA AMIN · 2 HOURS AGO

PHOTO: *Reema Amin/Chalkbeat*

The New York Board of Regents meet at their December 2018 meeting.

f

State officials proposed on Monday a \$2.1 billion funding boost for education across New York, largely focusing on increasing dollars to support high-needs school districts.

SPONSOR

The proposal — which still needs the Board of Regents' final approval on Tuesday — is about $500 million larger than the request last year, which was shrouded in concerns over a multi-billion-dollar state deficit, a threat of federal spending cuts, and a tax overhaul that could have hurt state revenue.

Monday's proposal focuses on several of last year's priorities: increased funding for foundation aid, the formula that sends extra dollars to high-needs districts; improving education for English language learners; and expanding pre-K programs throughout the state.

At the meeting, Regent Judith Johnson raised concerns over how many new initiatives or programs the state Department of Education could realistically shoulder without a promise for additional staffing.

The Educational Conference Board, a coalition of statewide organizations that includes the state teachers union, called for a slightly larger amount, $2.2 billion. Last year, the Regents' request was \$400 million short of what the ECB called for.

Each year, the Regents' proposal for state aid highlights their priorities for lawmakers, who make the final decision on what will get funded and by how much. Last year, the Assembly approved a budget that increased education funding by \$1 billion, still significantly short of what the Regents wanted.

One year later, the political climate in Albany is different. The state education department's budget request comes right after an election that ushered in Democratic control of the state Senate and new progressive-minded lawmakers who have campaigned on increasing school funding.

# Chalkbeat New York

Stay on top of New York education news with our morning newsletter.

Email Address

SUBSCRIBE

*"I didn't even know what I was missing, but as soon as Chalkbeat's info started rolling in, it was like a part of my brain just started lighting up. You need what they have to offer." — Tim L.*

State officials, however, dismissed the idea that the election influenced the size of their request.

When asked whether they think state lawmakers will be more receptive to their request this year, Regent and State Aid subcommittee co-chair Beverly L. Oudekirk said, "We can always hope."

Chancellor Betty Rosa said budget discussions start over the summer and involve conversations with education officials and groups, such as advocates for English language learners, who want to see certain programs or initiatives funded. Many of the funding requests were priorities last year, too, officials said.

"And in reality I don't think the chairs are thinking even in September, 'What's November going to look like?'" Rosa said.

Broken down, $1.66 billion of the state-aid request is for an increase of "foundation aid," which accounts for a third of the state education funding for New York City. Reflecting a focus on students who are learning English as a new language, about $85 million of this amount would specifically go toward "accelerating" initiatives for English language learners. If the legislature grants any part of this request for students learning English as a new language, the state Department of Education would guide districts on how to use the money.

The foundation aid apportionment grew out of a 13-year lawsuit contending the state's funding formula was unconstitutional and did not fairly provide for districts that

needed the most support.

But even after the formula was established, the state department of education says there is still a funding gap of $4.1 billion. In Monday's proposal, officials  proposed a three-year phase-in that would increase foundation aid by almost $5 billion dollars, accounting for inflation, by the 2021-2022 school year.

A total of $404 million was requested for reimbursement-based aid for districts, which funnels into support for buildings, transportation, special education, and the consolidation of federal pre-kindergarten programs.

Another $26 million would go toward more universal pre-K programs across the state, most of that to create 4,000 more seats for four-year-olds.

Career and technical education programs would receive a $25 million boost.

Regent Johnson was concerned that the ambitious request — which she applauded — would be too heavy of a lift without more staffing.

"This is not going to roll out the way it's described," Johnson said, calling the state education department "woefully understaffed."

In its request, the state asks lawmakers to fund any new programming with dollars to support staffing for its implementation. But, as is the case for the entire budget request, it's up to lawmakers to decide how big a staff is necessary.

"We are one of the agencies that often — we don't get the resources that are needed to do the best job we can," Elia said to Johnson. "It is a taxing process. As we get these approvals, I'm telling you right now we are not going to have the staff to do them at the level you want."

Regent Catherine Collins expressed anger over not seeing specific funding to address suspension rates, saying she was inspired by a Buffalo Daily News article about an Education Trust New York report that found black students in Buffalo are twice as likely as their white peers to be suspended.

In New York City, suspensions continue to stir discussions about school discipline reform. Mayor Bill de Blasio has implemented a set of reforms that have made it tougher to suspend students for certain issues. Under his administration, suspensions have fallen by about 32 percent over nearly five years.


Advocates are now pushing to reduce the maximum length of suspensions.

Elia said that it's up to local decision makers — such as school boards and superintendents — to determine what portion of state funds, if any, to use to address issues like suspensions.

The New York State United Teachers applauded the proposal.

"We welcome the Regents' strong, ongoing support for a significant new investment in public education — one that would enable our school districts from Long Island to Buffalo to better meet students' growing needs," said NYSUT President Andy Pallotta in a press release.

In a statement, the Alliance for Quality Education, a union-backed advocacy group, hopes the "new reality in the New York State legislature" will mean more funding for education and urged state lawmakers to heed funding calls from state education officials.

Gov. Andrew Cuomo is expected to present his entire budget proposal next month, while legislators will also consider a spending plan during their next session, which starts in January. The deadline to pass a budget is April 1.

**By Reema Amin**  RAMIN@CHALKBEAT.ORG

IN THIS STORY: 2019 BUDGET, ASSEMBLY BUDGET, BOARD OF REGENTS, BOARD OF REGENTS CHANCELLOR BETTY ROSA, FOUNDATION AID, GOVERNOR ANDREW CUOMO, NYSUT, STATE AID

f

💬 **View Comments**



Education news.
In your inbox.
Email Address:

Email Address

Select Edition:

Chalkbeat Chicago

SUBSCRIBE

Education news. In context.

About        Ethics        Contact        Events        Jobs        Become A Sponsor        Republish Our Stories        RSS
Work With Us        Donate

**More From:**        Colorado        Detroit        Indiana        New York        Tennessee        National