**Mayor Bill de Blasio** @NYCMayor · Jun 3

Zipcode is limiting destiny in New York City and in our Specialized High Schools. Only 14% of students at Bronx Science come from the Bronx. Only 3.4% of Brooklyn Tech students come from Central Brooklyn.

64 41 170

**Mayor Bill de Blasio**
@NYCMayor

Follow

Stuyvesant High School just admitted almost a thousand students, but only ten of those students were African American and less than thirty were Latino. In a city that is majority African American and Latino.

5:15 PM - 3 Jun 2018

**33** Retweets **102** Likes

60 33 102

Tweet your reply

**Mayor Bill de Blasio** @NYCMayor · Jun 3

These schools are the proving grounds for future leaders, and unless we believe our leaders should only come from certain communities, we cannot have our most prestigious schools available to only some.

27 10 53

**Mayor Bill de Blasio** @NYCMayor · Jun 3

Our first reforms will commit 20% of the seats to kids from disadvantaged communities. And we will work with Albany to eliminate a system where one broken test dictates a child's future.

47 9 80

**Mayor Bill de Blasio** @NYCMayor · Jun 3

So much talent is being locked out right now. Justice has been delayed, but it does not have to be denied. We can fix this. These schools will get better when they reflect all of New York City.

57 22 72

**Shiva** @SVTnSTi · Jun 3

Replying to @NYCMayor @NYCMayorsOffice