12/10/2018 Mayor Bill de Blasio on Twitter: "A single standardized test can never capture the talent of young people. We need a fairer way to admit …

Case 1:18-cv-11657-ER   Document 19-9   Filed 12/13/18   Page 1 of 1



**Mayor Bill de Blasio** ✓
@NYCMayor

Follow

A single standardized test can never capture the talent of young people. We need a fairer way to admit students to our Specialized High Schools.

22.7K views  1:42 / 2:08

9:06 PM - 3 Jun 2018

110 Retweets  388 Likes

💬 206   🔁 110   ❤ 388   ✉