UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BILL DE BLASIO, in his official capacity as Mayor of New York City, et al., <br><br> Defendants. | _____ Civ. _____ (____) <br><br><br> **DECLARATION OF WENCONG FA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, WENCONG FA, declare:

1. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath.

2. I am an attorney for Plaintiffs Christa McAuliffe Intermediate School PTO, Inc., et al. My office address and telephone number are: Pacific Legal Foundation, 930 G Street, Sacramento, California 95814; 916.419.7111.

3. I am a member in good standing of the State Bar of California (Bar No. 301679) and of the State Bar of Texas (Bar No. 24087487).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on this 10th day of December, 2018, in Sacramento, California.

                                                  /s/ *Wencong Fa*
                                                        WENCONG FA