UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: PACIFIC LEGAL FOUNDATION

CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC., ETAL

Plaintiff(s)

- against -

BILL DE BLASIO, IN HIS OFFICIAL CAPACITY AS MAYOR OF NEW YORK, ETANO

Defendant(s)

Index # 1:18-CV-11657

Purchased December 13, 2018
File # 306.32 (CC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 20, 2018 at 10:59 AM at

C/O CORP. COUNSEL
ATTN: MESSENGER CENTER
100 CHURCH STREET
1ST FLOOR
NEW YORK, NY 10007

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, NOTICE OF MOTION FOR PRELIMINARY INJUNCTION, MEMORANDUM IN SUPPORT* on BILL DE BLASIO, IN HIS OFFICIAL CAPACITY AS MAYOR OF NEW YORK therein named.

BY LEAVING A TRUE COPY WITH BETTY MAZYCK, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | GRAY | 55 | 5'6 | 160 |

*OF NOTICE OF MOTION FOR PRELIMINARY INJUNCTION, DECLARATIONS, MOTION FOR JUDICIAL NOTICE, MEMORANDUM IN SUPPORT OF MOTION FOR JUDICIAL NOTICE, MOTION FOR ADMISSION PRO HAC VICE, MOTION FOR JUDICIAL NOTICE, NOTICE OF ELECTRONIC FILING

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 21, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

CHRISTOPHER J. KLEIN
License #: 1188546
Invoice #: 709302

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045