CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC., ETAL

Plaintiff(s)

- against -

BILL DE BLASIO, IN HIS OFFICIAL CAPACITY AS MAYOR OF NEW YORK, ETANO

Defendant(s)

Index # 1:18-CV-11657

Purchased December 13, 2018

File # 306.32 (CC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 20, 2018 at 10:59 AM at

C/O CORP. COUNSEL
ATTN: MESSENGER CENTER
100 CHURCH STREET
1ST FLOOR
NEW YORK, NY 10007

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, NOTICE OF MOTION FOR PRELIMINARY INJUNCTION, MEMORANDUM IN SUPPORT* on RICHARD A. CARRANZA, IN HIS OFFICIAL CAPACITY AS CHANCELLOR OF THE NEW YORK CITY DEPARTMENT OF EDUCATION therein named.

BY LEAVING A TRUE COPY WITH BETTY MAZYCK, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | GRAY | 55 | 5'6 | 160 |

*OF NOTICE OF MOTION FOR PRELIMINARY INJUNCTION, DECLARATIONS, MOTION FOR JUDICIAL NOTICE, MEMORANDUM IN SUPPORT OF MOTION FOR JUDICIAL NOTICE, MOTION FOR ADMISSION PRO HAC VICE, MOTION FOR JUDICIAL NOTICE, NOTICE OF ELECTRONIC FILING

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 21, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 |

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 709302