UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CHRISTA MCAULIFFE INTERMEDIATE SCHOOL
PTO, ET AL.,

18-CV-11657(ER)(OTW)

Plaintiffs,

-against-

**NOTICE OF APPEARANCE**

BILL de BLASIO, in his official capacity as Mayor of New York City, et al.,

Defendants.

------------------------------------------------------------------- x

**PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf the defendants in the above-titled action.

Dated: New York, New York
December 31, 2018

**ZACHARY W. CARTER**
Corporation Counsel of the
 City of New York
Attorney for Officer Noble
100 Church Street, Room 2-110
New York, New York 10007
(212) 356-0872
e-mail: throbert@law.nyc.gov

By: _____
Thomas B. Roberts
Assistant Corporation Counsel

Cc: All counsel. Via ECF