## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CHRISTA MCAULIFFE INTERMEDIATE SCHOOL
PTO, INC., et al.,

Case No. 1:18-cv-11657

Plaintiffs,

-against-

**MOTION FOR ADMISSION
PRO HAC VICE**

BILL DE BLASIO, in his official capacity as
Mayor of New York City, et al.,

Defendants.

_____

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, WENCONG FA hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Christa McAuliffe Intermediate School PTO, Inc., et al., in the above-captioned action.

I am in good standing in the bars of the states of California and Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3 and a proposed order.

DATED: January 2, 2019.

Respectfully Submitted,

*/s/ Wencong Fa*
WENCONG FA
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
Telephone: 916.419.7111
Facsimile: 916.419.7747
WFa@pacificlegal.org

*Attorney for Plaintiffs*

1