

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

RICHTER, MARILYN
(212) 356-2083

January 4, 2019

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y.   10007

    Re: *Christa McAuliffe Intermediate School PTO, Inc. v. Bill De Blasio*,
       18 CV11657 (ER)(OTW)

Your Honor:

    I am an Assistant Corporation Counsel and am one of the lawyers assigned to represent the Defendants in the above-subject case. I write to inform the Court that counsel for the parties are discussing a proposed briefing schedule for Plaintiffs' motion for a preliminary injunction and that we will submit a further letter on Monday, January 7, 2019, following a conference call among the lawyers for both sides.

    Sincerely yours,

    Marilyn Richter
    Assistant Corporation Counsel

cc:    Counsel for Plaintiffs (via email and ECF)