

**PACIFIC LEGAL FOUNDATION**

January 16, 2019

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     _Christa McAuliffe Intermediate School PTO, Inc. v. Bill De Blasio_, 18 CV11657 (ER)(OTW)

Your Honor:

        We represent the plaintiffs in the above-referenced case. Plaintiffs' complaint alleges that Defendants' expansion and reorganization of the Discovery program violates their equal protection rights because it was done for the purpose of limiting Asian-American enrollment at the Specialized High Schools. Our motion for a preliminary injunction asks the Court to halt those changes before they can have the anticipated discriminatory effect. As such, we support Defendants' letter motion asking the Court to decide our motion for a preliminary injunction by February 25. Plaintiffs seek resolution of the motion before Defendants distribute Specialized High School offer letters for the 2019-20 school year. We appreciate Defendants' efforts to recalibrate the admissions process in order to give the Court time to consider our motion, and we reiterate Defendants' request that the Court render a decision on that motion by February 25.

        Sincerely,

        _Christopher M. Kieser_

        JOSHUA P. THOMPSON*
        WENCONG FA*
        OLIVER J. DUNFORD*
        CHRISTOPHER M. KIESER*
        Counsel for Plaintiffs

        *_Pro hac Vice_ pending