

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

THOMAS B. ROBERTS
Phone: (212) 356-0872
Fax: (212) 356-2089
E-mail: throbert@law.nyc.gov
(not for service)

January 16, 2019

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: *Christa McAuliffe Intermediate School PTO, Inc. v. Bill De Blasio*, 18cv11657 (ER)(OTW)

Dear Judge Ramos:

Marilyn Richter and I are Assistants Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and are responsible for representing Mayor de Blasio and Chancellor Carranza ("Defendants") in the above-referenced matter.

I write to request leave to file a 35 page Memorandum of Law in response to Plaintiffs' motion for a Preliminary Injunction. Plaintiffs' Memorandum of Law was 31 pages. (dkt. no. 11) We have made diligent efforts to be concise, but in light of the importance of the case and the legal issues presented, we have been unable to confine the memorandum to 25 pages. Plaintiffs' counsel consents to the request. In accordance with your prior order, we will file the Memorandum on Thursday, January 17.

Respectfully,

Thomas B. Roberts
Assistant Corporation Counsel