EXHIBIT 2

# NYLS' GOVERNOR'S BILL JACKET

**LAW LIBRARY**

JUL 1·3 2007

OFFICE OF THE
CORPORATION COUNSEL

## 1971
## CHAPTER 1212

## 55 PAGES

### EDUCATION LAW

**Establishment and Maintenance of Special High Schools in New York City**

## Terms and Conditions

This legislative history has been furnished by New York Legislative Service, Inc. It consists of the official Governor's Bill Jacket, with enhancements consisting of any other relevant material that we can supply such as Committee Reports, Commission Reports, Senate and Assembly debate transcripts, public hearing transcripts, memoranda, and news clippings. It *may* be specifically tailored to a section of the Statutes which you requested, and may also be updated from time to time. These additional pages are clearly marked and are copyrighted as a compilation.

**Legislative histories purchased on behalf of your client may not be copied for archiving in your library, nor for distribution. This compiled legislative history may not be loaned or copied, nor submitted for inclusion on a union list for loan or copy.**

New York Legislative Service is a completely self-supporting, not-for-profit organization which operates as a service to the community. Essentially, our expert services are provided at cost, and we keep our fees as low as possible. These document fees are based upon a one-time usage by our clients and are our main source of income. Thank you for supporting our organization and helping us to maintain our services!

## © Copyrighted as a compilation by
# NEW YORK LEGISLATIVE SERVICE, INC.
The Research Specialists on Legislative Intent and Current Legislation.
A NEW YORK NOT-FOR-PROFIT CORPORATION. ESTABLISHED 1932.
15 Maiden Lane, New York, NY 10038  (212) 962-2826  www.nyls.org

CHAPTER _13/3_

Cal. No. 1236   *Senate* / *Reprint* 30,052   A - _7005_ / Rec. 7005

1971-1972 Regular Sessions

# IN SENATE

March 2, 1971

Assembly bill No. 7005-A introduced by Mr. HECHT—Multi-Sponsored by—Messrs. STEINGUT, Miss GUNNING, MONDELLO, CHANANAU, MERCORELLA, LERNER, HOCHBERG, H. A. POSNER, H. J. MILLER, RODELL, DiCARLO, STRELZIN, SCHMIDT, BATTISTA, M. H. MILLER, GALLAGHER, KOPPELL, SHAROFF, RICCIO, RUSSO, DiFALCO, FLACK, SOLARZ, COOPERMAN, GOLD, MIRTO, STAVISKY, FINK, CALABRETTA, KUNZEMAN, KELLY, LOPRESTO, AMANN, STELLA, SIMON, VERDERAME, STEIN, LAMA, SILVERMAN, CINCOTTA, GRIECO, WALSH—read twice and referred to the Committee on City of New York—substituted for Senate bill No. 5668-A—ordered to a third reading, amended and ordered reprinted retaining its place in the order of third reading

# AN ACT

To amend the education law, in relation to the establishment and maintenance of special high schools in the city of New York

Compared by

Approved

NEW YORK STATE LIBRARY

MICROFILMED

Date ___7/26/7?___

No. of printed bills ___1___

No. of expenses ___57___

exclusive of bills

Rec.............1087

A. No. .............7005-A

Reprint

S. No. .............30,052

Cal.No.

3rd Rdg.............1236

# In  Senate

..................................................................19..71..

Passed with the following amendments:

By Messrs. Calandra, Bernstein, Bloom, Bookson, Bronston, Conklin,
Ferraro, Goldin, Goodman, Knorr, Lentol, Lewis, Marchi, Giordano
To amend Senate Bill No. 5668-A, as follows:-

By Mr. Hecht - Multi-Sponsored by Messrs. Steingut, Miss Gunning,
Mondello, Chananau, Mercorella, Lerner, Hochberg, H.A. Posner,
H. J. Miller, Rodell, DiCarlo, Strelzin, Schmidt, Battista,
M. H. Miller, Gallagher, Koppell, Sharoff, Riccio, Russo, DiFalco
Flack, Solarz, Cooperman, Gold, Mirto, Stavisky, Fink, Calabretta
Kunzeman, Kelly, Lopresto, Amann, Stella, Simon, Verderame, Stein,
Lama, Silverman, Cincotta, Grieco, Walsh
To amend Assembly Bill No. 7005-A, as follows:

Page 3, line 22 - after "satisfactory." delete remainder of line
    "      23 - delete entire line
    "      24 - delete entire line
    "      25 - delete entire line
    "      26 - delete entire line
Page 3, between lines 26 and 27    insert    § 2.  This act
    shall not be considered as a limitation on the
    development of comprehensive high schools in all
    school districts.
Page 3, line 27 - strike out "2" and insert       3

By order of the Senate,

Secretary.

Multiple memorandum received from the
State Comptroller dated _____   JUN 3 1971
stating the following bill is of
"No Interest" to the Department of
Audit and Control..

Intro. No.                Print No.

A- 7005-A

The original memorandum filed with:

A- 857

Multiple memorandum received from the
State Comptroller dated _6-2-71_
stating the following bill is of
"No Interest" to the Department of
Audit and Control.

Intro. No.        Print No.

A 200 5-A

The original memorandum filed with:

A-3875-A

02



**THE ASSEMBLY**
**STATE OF NEW YORK**
**ALBANY**

BURTON G. HECHT
83RD ASSEMBLY DISTRICT
BRONX COUNTY
50 EAST 42ND STREET
NEW YORK, N.Y. 10017
YUKON 6-4733 · 4734

June 4, 1971

Honorable Michael Whiteman
Counsel to the Governor
Executive Chambers
The Capitol
Albany, New York

Re:  Senate Reprint 30,052, Amending A. 7005-A

Dear Mr. Whiteman:

Enclosed please find memorandum in support of the above bill which is commonly known as the Calandra-Hecht bill to save the specialized high schools in the City of New York.

When the bill was debated in the Assembly there was considerable objection by Black and Puerto Rican Assemblymen concerning a clause in the bill limiting the Discovery Program in these schools to fourteen per cent of the students who were accepted under the regular procedure.

After the bill passed the Assembly, Senator Calandra and I conferred with the Black and Puerto Rican members of the Assembly and the Senate and we agreed to amend the bill to eliminate the fourteen per cent limit in the Discovery Program.

The bill was amended in the Senate and this controversial clause was removed thereby continuing the discretion of the Board of Education with regard to the number of students who can be admitted under the Discovery Program.

After the bill was amended the Black and Puerto Rican Assemblymen withdrew their objections to the bill. The bill then passed the Senate by a vote of 49 to 3 and was returned to the Assembly for its consideration of the amended bill.

The bill passed the Assembly without debate by a vote of 142 to 5. In fact Assemblyman Ramos and Assemblyman Wright, who are two of the leading spokesmen of the Puerto Rican and Black legislators set forth to the entire body that they approved the bill and congratulated me and the other co-sponsors for eliminating the controversial clause in the bill. They further stated that they support the continuance of the specialized high schools in the City of New York.

Honorable Michael Whiteman          -2-          June 4, 1971

      It is respectfully requested that the Governor sign
this bill into law.

                        Respectfully submitted,

                        BURTON G. HECHT
                        Member of Assembly

BGH:sk
Encs.



THE ASSEMBLY

STATE OF NEW YORK

ALBANY

**BURTON G. HECHT**
**83RD ASSEMBLY DISTRICT**
**BRONX COUNTY**
**80 EAST 43RD STREET**
**NEW YORK, N.Y. 10017**
**YUKON 6-4733 · 4734**

June 4, 1971

MEMORANDUM IN SUPPORT OF SENATE REPRINT 30,052 AMENDING

ASSEMBLY BILL A. 7005-A

The purpose of this bill is to preserve and save the four specialized high schools in the City of New York. The four schools involved are the Bronx High School of Science, Stuyvesant High School, Brooklyn Technical High School and the Fiorello H. LaGuardia High School of Music and the Arts.

Bronx High School of Science, Stuyvesant High School and Brooklyn Technical High School were established many years ago for the special purpose of encouraging and developing students who were interested and talented in science and mathematics. The Fiorello H. LaGuardia High School of Music and the Arts was created for the special purpose of encouraging and developing students who were interested and talented in music and art.

The history of the United States and the world during the past thirty years has dramatized the role of science and mathematics in every field of human endeavor and have underlined the need to develop the nation's resources of talent in all areas, but particularly in the fields of science and mathematics. With this in view, the Bronx High School of Science, Stuyvesant High School and Brooklyn Technical High School offer special curriculum opportunities, special facilities and special guidance counseling to develop science and mathematics talent to its potential. The same opportunities are offered in the fields of music and art at the Fiorello H. LaGuardia High School of Music and the Arts.

The experience of these schools has shown that when students with a favorable initial disposition towards science, mathematics, music and art are exposed to the rich programs in these areas, large numbers of them are motivated to make their careers in these fields. At the same time, the educational programs of these schools are sufficiently broad to avoid narrow specialization and to enable those who complete it to become well rounded human beings.

The bill mandates into the law the four specialized high schools and any other specialized high schools which the Board of Education may designate from time to time. The bill further

- 2 -

mandates competitive, objective and scholastic achievement examinations as the basis for admission to the Bronx High School of Science, Stuyvesant High School and Brooklyn Technical High School. Candidates for admission to the Fiorello H. LaGuardia High School of Music and the Arts are required to pass competitive examinations in music and/or the arts.  In addition, the bill includes the Discovery Program presently in existence whereby disadvantaged students are admitted each year. These students, in order to qualify for the Discovery Program, must take the regular competitive entrance examination and score below the cut-off point for regular admission, must be certified by their local school as being disadvantaged, must be recommended by their local school as having high potential for the special high school program and must attend and pass a summer preparatory program administered by the special high school involved. (These are the procedures created by the Board of Education presently in existence with regard to each of the four specialized high schools.)

At the present time entrance examinations to each of the schools are open to any child in the City of New York in either the eighth or ninth year of study attending a public, parochial or private school. The competitive, scholastic examinations are prepared by a reputable professional testing service, the Columbia Testing Service of the Teachers College at Columbia University. The examination is marked by machine and the results forwarded to the individual schools. Candidates for admission are judged on the basis of their scores on the admission test. The cut-off point on the examination is determined solely by counting down from the top score to the number of candidates who will be admitted. Ethnic and religious backgrounds have nothing to do with admission to these schools. In fact there is no way for any of the schools to know the ethnic, racial or religious background of any of its applicants since no candidate is interviewed prior to acceptance and no such information appears on the application. The Fiorello H. LaGuardia School of Music and the Arts conducts their own examinations with regard to acceptance based upon talent in music and/or the arts.

This bill will not prevent the Board of Education from changing the organization retained to prepare the examinations nor would it prevent the Board from changing the type of examination given or the contents of same, but said examination must be a competitive, objective, scholastic achievement examination.

The bill does not limit the number of students admitted under the Discovery Program. This is left to the discretion of the Board of Education.

During the past ten or fifteen years there have been a number of threats made by political pressure groups to the continued existence of the four specialized high schools. Appearing frequently in the guise of something completely different, these continuous attacks have been the cause for deep and aroused concern of parents, students, faculty, alumni and all those who believe in educational excellence. These repeated attacks have diverted countless hours and enormous energy of the people associated with the specialized high

- 3 -

schools whose apparent "crime" appears to have been the excellent
education they have provided for thousands of youngsters in this
City, without discrimination, save the one based on demonstrated
capacity to use effectively the broad programs available in the
four specialized high schools.

The High School Division of the Board of Education has
conducted numerous investigations with regard to these unfounded
attacks made against the specialized high schools. They have always
given these four schools a clean bill of health.

Recently another baseless and reckless attack was made by
a superintendent of a local school district in the City of New York.
Although Chancellor Scribner refuted each and every charge made, in
a letter to the source of the attack, he still saw fit to place
another cloud over the heads of the specialized high schools by
appointing a committee to investigate the schools and their admission
procedures. In fact the Chancellor went so far as to hold up
acceptance letters to students who passed the examinations for
admission to the September 1971 term. After a hue and cry was
raised in opposition to the Chancellor's actions, he relented and
permitted the letters of acceptance to be sent out. As a result, the
continued threat to the four specialized high schools remains, and
the Chancellor has been unmoved by any evidence save his own limited
experience with these schools whose principals have not been con-
sulted by him at any point in this process.

It is the opinion of the sponsors of this bill that the
political pressure groups who continue to attack the four specialized
high schools intend to eventually destroy these schools and their
specialized status in science, mathematics, music and art. The
Chancellor is being used by these groups as a tool in their eventual
goal of destruction.

The sole purpose of this legislation is to preserve these
specialized high schools where excellence is the criteria. As other
academic high schools and colleges move in the direction of more
generalized education, the need for specialized high schools that
provide a thorough grounding in mathematics, science, music and art
for our future scientists, mathematicians, musicians and artists
becomes more acute then ever. These highly successful schools
should not therefore be tampered with, but should be permitted to
continue their outstanding work in developing the science, mathematic
and artistic talents of the young people who are interested in these
vital areas. It is imperative that this bill be enacted into law
for the continued existence of these schools.

This bill, which overwhelmingly passed both houses of the
State Legislature, is supported by the following organizations:

1.  The non-partisan "Citizens Union".
2.  The principals of the Bronx High School of Science,
    Stuyvesant High School, Brooklyn Technical High School,
    and the Fiorello H. LaGuardia High School of Music and the
    Arts. (Letters and memoranda in support of this bill by
    each of the said principals are attached hereto.)

67

- 4 -

3. The "New York Daily News". (Editorial attached hereto)
4. WCBS - Radio. (Editorial attached hereto)
5. The Parents' Association of each of the four specialized high schools representing approximately 17,000 students and their parents.
6. Twenty-three New York City Councilmen who have signed a Resolution requesting the Legislature to pass this bill and the Governor to sign same into law. (Copy of Resolution attached hereto.)

The bill is co-sponsored by fifty-seven members of the New York State Senate and Assembly, Republicans and Democrats, evidencing a bi-partisan support for same.

It is respectfully requested that the Governor sign this bill into law.

Respectfully submitted,

BURTON G. HECHT
Member of Assembly

BGH:sk
Encs.

08

# The Bronx High School of Science

## 75 WEST 205TH STREET                 BRONX, N.Y. 10468

DR. ALEXANDER TAFFEL
PRINCIPAL

ADM. ASS'TS                                                                TELEPHONE
MR. A. BREINAN                                                             885-0200
MR. B. MANSON

May 26, 1971

Hon. Nelson A. Rockefeller
State Capitol
Albany, New York

Dear Governor Rockefeller:

I am urgently requesting your approval of the Calandra-Hecht Bill
#S30-052 amending S7005A. This bill mandates the present system
of admissions to the Bronx High School of Science and the other
specialized high schools based upon open competitive, objective exam-
inations. It also continues the Discovery Program established at
Science, Stuyvesant, and Brooklyn Technical High School which ex-
tends a special opportunity for admission to disadvantaged students
of demonstrated high potential.

In the twelve years I have been principal of the Bronx High School
of Science, the threats against its continuance as a specialized
high school have never ceased. In spite of the school's remarkable
record, in spite of its hard won nationwide and worldwide reputation
for excellence, in spite of the fact that it has been considered
worthy of imitation in the U.S.S.R., in Turkey, in the Philippines and
in other countries, our own Boards of Education have from time to
time made moves that would effectively have destroyed the school by
converting it into a regular or comprehensive high school. Only a
month ago, another attack was launched against the school, this time
via the false charge that its admissions program is discriminatory.
Although Chancellor Scribner refuted this latest charge, he nevertheless
saw fit to launch still another investigation of the specialized high
schools. Once again the school lives under a cloud and must divert
its creative energies to meet this new challenge instead of devoting
them to the further improvement of its educational program.

The time has come to put an end to the perennial war of nerves. That
is the purpose of the Calandra-Hecht Bill. That is why I am asking
you to sign this bill.

Yours sincerely,

*Alexander Taffel*

Alexander Taffel
Principal

119

AT:EW

BOARD OF EDUCATION · CITY OF NEW YORK

*The Bronx High School of Science*

75 WEST 205TH STREET          BRONX, N. Y. 10468

DR. ALEXANDER TAFFEL
PRINCIPAL

ADM. ASS'TS
MR. A. DREINAN
MR. D. MANSON

TELEPHONE
295-0200

## MEMORANDUM ON WHY THE CALANDRA-HECHT BILL SHOULD BE SIGNED BY GOVERNOR ROCKEFELLER

1. Despite the outstanding record and international reknown of the Bronx High School of Science, efforts to change its character and its standards have continued through the years and are even now in progress.

2. An admissions program that selects students solely on their demonstrated ability to do well in the specialized high level program of the specialized high schools is essential to the life of these schools. The present admissions program has successfully selected students for more than 20 years and has demonstrated its validity by selecting students year after year who succeed in fulfilling the objectives for which the school was founded. It is also a procedure that guarantees fairness and equal consideration to each and every candidate who applies.

3. As the other academic high schools and the colleges move in the direction of more generalized education, the need for a specialized high school that provides a thorough grounding in mathematics and science for our future scientists and mathematicians becomes more acute than ever. These highly successful schools should not therefore be tampered with but should be permitted to continue their outstanding work in developing the science and mathematics talents of those young people who are interested in those vocational areas.

10

BOARD OF EDUCATION OF THE CITY OF NEW YORK
BROOKLYN TECHNICAL HIGH SCHOOL
TWENTY-NINE FORT GREENE PLACE, BROOKLYN, N.Y. 11217
ISIDOR AUERBACH, PRINCIPAL
TELEPHONE: 858-5150

May 26, 1971

Governor Nelson Rockefeller
State Capitol
Albany, New York

Dear Governor:

I respectfully urge you to sign into law the Calandra-Hecht Bill, S-30-052, amending S-7005-A. This would assure the continuation of the outstanding specialized high schools, including ours, in New York City. They provide opportunities for quality education for all gifted children, including those who are disadvantaged. Our graduates for the last fifty years have contributed meritorious services to industry, government, and university life in our city, state, and nation.

In anticipation of your approval of the Calandra-Hecht Bill, I extend to you the sincerest gratitude of the students, faculty, parents, alumni of our school, and community.

Very respectfully yours,

Louis Weiss
Acting Principal

LW:mn

BOARD OF EDUCATION OF THE CITY OF NEW YORK
**BROOKLYN TECHNICAL HIGH SCHOOL**
TWENTY-NINE FORT GREENE PLACE, BROOKLYN, N.Y. 11217
Isidor Auerbach, Principal
Telephone: 855-5150

June 1, 1971

Some Facts About Brooklyn Technical High School

1. It is the only high school of its kind in New York City and its reputation is worldwide. It offers courses in various phases of technology: Chemical, Electrical, Electronics, Structural, Aeronautical, and Mechanical Engineering, Industrial Design, and Architecture. It is anticipated that the student enrollment in September 1971 will be approximately 6,000.

2. This school was founded almost fifty years ago and admission has always been on the basis of an entrance examination. Its alumni occupy prominent positions in government, industry, and universities.

3. The entrance examination is prepared by Columbia Testing Service and graded by them. The faculty, students, alumni, and parents of this school are overwhelmingly in favor of retaining admission via a competitive examination. Increasing numbers of disadvantaged children, Black, Puerto Rican, and Oriental are being admitted each year, mainly through their success in the entrance examination. They now number nearly 25% of the total student body.

4. Some students enter the school through the Discovery Program. Those disadvantaged students who do not quite pass the entrance examination, but who are highly recommended by their current schools, are selected for a summer of remedial work and further evaluation. In previous years they numbered approximately 5% of the entering class. This September, 1971, we anticipate a larger group, approximately 275 or 13% of the incoming students. A larger class is being admitted in order to increase the utilization of our edifice. Many of the 275 students would not be able to survive in our school without the remedial work of the Discovery Program.

12          (Continued)

- 2 -

5. The signing of the Calandra-Hecht Bill into law is essential for the survival of this school and the maintenance of its high quality of education. Every few years we face threats from local officials and self-appointed critics. Too much time and energy must then be spent by the Principal and the staff in counteracting.

6. Attacks against the specialized high schools invariably get much attention in the news media. This tends to drive more middle class out of the city and many gifted children into parochial and private high schools. This year only 30% of those who attend parochial schools and have passed our examination, have actually committed themselves to enrollment in September, 1971. Only if our future is assured by State law can we convince parents that the school will be maintained.

Respectfully submitted,

*Louis Weiss*

Louis Weiss
Acting Principal

13

NEW YORK'S FIRST SCIENCE HIGH SCHOOL                    FOUNDED 1904

# STUYVESANT HIGH SCHOOL
### 345 EAST 15TH STREET, NEW YORK, NEW YORK 10003

LEONARD J. FLIEDNER, Principal                         OREGON 3-9080

Dear Legislator,

I urge your support of the Callandra - Hecht Bill,
A 7005 S 5668 now before you for consideration.

The bill will insure the continuation of the high
degree of excellence of our school and the other specialized
high schools in the city.  Further, it would eliminate the
perennial "sword of Damocles" that hangs above the head of
these fine schools which afford all the students of our
city the opportunity of a fine education based on an objec-
tive examination.

I would appreciate your support in maintaining
academic excellence in New York City.

Very truly yours,

Gaspar R. Fabbricante
Acting Principal

14

BOARD OF EDUCATION OF THE CITY OF NEW YORK

# THE  HIGH  SCHOOL  OF
# MUSIC AND ART

A DIVISION OF THE FIORELLO H. LA GUARDIA HIGH SCHOOL OF MUSIC AND THE ARTS

135 STREET AT CONVENT AVENUE • NEW YORK 10031

RICHARD A. KLEIN, PRINCIPAL          PHONE: 926-0870

Dear Legislator:

As Principal of the LaGuardia High School of Music and the
Arts (High School of Music and Art and School of Performing
Arts) I feel that I must impart to you my feelings concerning
the Calandra-Hecht bill (A-7005 and S-5668) which is designed
to protect the integrity of the four specialized academic
high schools of New York City.

Over the years our schools have earned a reputation for
excellence while meeting the specific needs of gifted and
talented youngsters of every racial and ethnic origin and
from every neighborhood in the City.  This legislation would
insure that we be allowed to continue to serve the community
of New York with integrity, free from threat or intimidation.

The special programs we offer are challenging and demanding.
In order to profit from such a program a youngster must
demonstrate some potential and achievement in addition to the
interest and desire to attend which all of our applicants
possess.  I believe the Calandra-Hecht bill will guarantee
that we be allowed to continue to admit candidates strictly
on the basis of their ability to profit from our special courses
as determined by our entrance examination and I urge your
support.

Yours sincerely,

RICHARD A. KLEIN
Principal

RAK:dc

15

DAILY NEWS, MONDAY, MAY 24, 1971

## DAILY NEWS

**320 East 42d St.**   NEW YORK'S PICTURE NEWSPAPER   (212) MU 2-1234

Published daily except Sunday by New York News Inc., 220 East 42d St., New York, N.Y. 10017; F. M. Flynn, Chairman and Publisher; W. H. James, President; Floyd Barger, Executive Editor and Vice Pres.; D. O. McCauley, Secretary; and R. J. Rohrbach, Treasurer.

Mail subscription rates per year: U.S. Daily and Sunday $49.00, Daily $33.00, Sunday $16.50. Armed Forces Special Rates: Daily and Sunday $31.00, Daily $22.00, Sunday $11.00. Foreign and short term rates upon request.

MEMBER OF THE ASSOCIATED PRESS
The Associated Press is entitled exclusively to the use for republication of all the local news printed in this newspaper as well as all AP. news dispatches.

## KEEP THOSE STANDARDS HIGH

The State Assembly has approved overwhelmingly a bill that would prohibit New York City from tampering with the admissions requirements for its four top-grade



Hecht.        Calandra

schools—Bronx Science, Brooklyn Tech, Stuyvesant and the High School of Music and Art.

Entrance to these schools is now, and for years past has been, governed almost entirely by competitive exams.

The current legislation co-authored by Assemblyman Burton Hecht (D-L-Bronx) and State Sen. John Calandra (R-Bronx) would continue this policy in the face of charges that it constitutes something called "cultural bias" against minority students.

It is true that blacks and Puerto Ricans make up a small percentage of the student bodies in Bronx Science, et al. That fact is less an indictment of them and the tough standards for admission than a sad commentary on the general level of education in the city's schools.

City educators should address themselves to systemwide improvements that would better prepare those now considered disadvantaged for the demanding, but objective, quizzes required to earn a place in our four elite schools.

Just in case said educators are unwilling or unable to resist pressures for diluting these requirements, let's put the Hecht-Calandra Bill on the books.

# WCBS NEWSRADIO 88

51 WEST 52 STREET
NEW YORK, NEW YORK 10019
PHONE (212) 765-4321/CBS OWNED

# EDITORIAL

This is one of a continuing series of WCBS Radio editorials on topics of vital interest to the community. Responsible representatives of opposing viewpoints are given the opportunity to reply on the air. If you missed the broadcast of this editorial, we hope you will read it. Your comments are always most welcome.

Joseph T. Dembo, Vice President, CBS Radio Division
General Manager, WCBS Radio

SUBJECT: High Schools – II
71-51

BROADCAST: May 9, 1971, 12:20,
3:20, 8:20, 11:20 p.m.
May 10, 1971, 5:20, 8:20 a.m.

About two months ago, we supported the retention of entrance requirements at the four specialized high schools in New York City.

We pointed out that these specialized schools--Bronx High School of Science, the High School of Music and Art, Stuyvesant and Brooklyn Technical--were established to develop already demonstrated talents.

Now, Assemblyman Burton Hecht and State Senator John Calandra have introduced legislation in Albany which would mandate into law the preservation of the four schools, plus any other high schools which the Board of Education may designate from time to time.

WCBS RADIO urges the swift passage of the Hecht-Calandra bill.

The bill says, in effect, that competitive, objective and scholastic entrance examinations must be the basis for admission. And it endorses the so-called "discovery program" in the four high schools, giving disadvantaged students of demonstrated high potential a chance to attend each year.

17

-2-

The Hecht-Calandra bill insures that these schools will
continue their good work, without the shadow of political pressures.

-WCBS RADIO-

18

RESOLUTION URGING THE NEW YORK STATE
LEGISLATURE AND THE GOVERNOR TO
ENACT INTO LAW A BILL MANDATING THAT
THE BOARD OF EDUCATION OF THE CITY
OF NEW YORK CONTINUE THE OPERATION
OF ITS FOUR SPECIALIZED HIGH SCHOOLS
WITH      ADMISSIONS BASED UPON MERIT.

by Messrs. Guire, Gelfand, Merola, DeMarco, Mrs. Ryan,
Mrs. Stromberg, Troy, Ribustello, Mrs. Greitzer,
Burden, Friedland, Postel, Manton, Sadowsky, Manes,
Ward, Scholnick, Arculeo, Silverman, Golden, Mrs. Lerner
and Haber, Salvano,

WHEREAS, the Bronx High School of Science,

High School of Music and Art, Stuyvesant High School,

and Brooklyn Technical High School have outstanding

educational records, and

WHEREAS, these institutions provide critically

needed programs for the fullest development of the

gifted child, and

WHEREAS, there is an obligation to provide

the fullest education opportunity to all children, and

WHEREAS, the special programs for gifted

children will be dissipated should admissions cease to

be on the basis of merit, and

WHEREAS, the committment of the Board of

Education for the retention of specialized high schools

is uncertain, and

WHEREAS, their survival is critically dependent

upon the mandate by state law, be it

RESOLVED, that the City Council urges the passage

of the Calandra-Hecht bill mandating continuation of such

(S.S668, Ass.7005)

schools and be it further

RESOLVED, that the City Council urges Governor

Nelson Rockefeller to sign said bill into law after

its passage by the State Legislature.

19





STATE OF NEW YORK
DEPARTMENT OF LAW
ALBANY

LOUIS J. LEFKOWITZ
ATTORNEY GENERAL

MEMORANDUM FOR THE GOVERNOR

Re: Assembly 7005-A, Senate Reprint 30,052

The purpose of this bill is to provide a new provision under Art. 52 of the Education Law (which concerns the New York City Community School District System). This bill would amend Section 2590-g of the Education Law which deals with the powers and duties of the city board, to provide for the establishment and maintenance of special high schools in the City of New York.

The bill would become effective on January 1, 1972.

The bill provides that four existing high schools shall become Special High Schools and that admission thereto shall be by competitive, objective and scholastic achievement examination, which shall be open to every child without regard to the school district where they reside. The bill also provides for the establishment of a discovery program for disadvantaged students.

I find no legal objection to this bill.

Dated:    JUN 10 1971

Respectfully submitted,

LOUIS J. LEFKOWITZ
Attorney General

20



THE CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW·YORK, N.Y. 10007

June 14, 1971

A#7005-A - SRP. 30,052 - by Mr. Hecht

AN ACT  To amend the education law, in re-
lation to the establishment and
maintenance of special high schools
in the city of New York

<u>DISAPPROVAL RECOMMENDED</u>

Honorable Nelson A. Rockefeller
Governor of the State of New York
Albany, New York

Dear Governor Rockefeller:

The above bill is before you for executive action.

This bill would require that admission (1) to the Bronx High
School and Brooklyn Technical High School in the New York City School
District be based on competitive, objective and scholastic examination,
and (2) to the Fiorello H. LaGuardia High School of Music and Art be
based on competitive evidence of satisfactory achievement. It also per-
mits these schools to maintain a discovery program to give disadvant-
aged students of demonstrated potential, meeting stated criteria, an
opportunity to try the special high school program.

It has been alleged that the competitive method for as-
certaining admission to these schools discriminates against Black and
Puerto Rican applicants. These changes are now being carefully studied
by a committee appointed by the Chancellor of the New York City Board
of Education. Any action aimed at reform of the admission policies of
these schools should be taken pursuant to the committee's report.

I fully endorse and support the aims and goals of special-
ized high schools. At the same time I believe that policy decisions
specifically designed to affect schools and education in New York City
are properly within the province of the New York City Board of Education.

31

Honorable Nelson A. Rockefeller
Page 2
June 14, 1971

      Accordingly, I urge your disapproval of this bill.

            Very truly yours,

               JOHN V. LINDSAY, Mayor

               Legislative Representative

22



THE COUNCIL
OF
THE CITY OF NEW YORK
CITY HALL
New York, N. Y. 10007

BERTRAM R. GELFAND
COUNCILMAN, 8TH DISTRICT, BRONX
150 BROADWAY
NEW YORK, N. Y. 10036

June 2, 1971

A7005A

Hon. Nelson A. Rockefeller
Governor of New York
State Capitol
Albany, New York   12224

Re:   Hecht/Calandra Bill (A7005,
S5668) on New York City
Specialized High Schools

Dear Governor Rockefeller:

I am writing you to urge that you sign into law
the above legislation passed by the Assembly and Senate
to protect the future of New York City's four specialized
high schools.

To indicate the broad support for this legislation,
I enclose a copy of a resolution introduced in the New York
City Council urging enactment of this legislation.  Although
this resolution has not been enacted as yet, it is sponsored
by 23 of the 37 members of the Council.  Included in this
majority are Councilmen from all of the boroughs except
Staten Island.  The sponsors include Republicans, Regular
Democrats, Reform Democrats, and Liberals.

It is entirely fitting that the future of these
high schools should be protected by state law when they
are threatened by the action by a Board of Education whose
control over the city's school system was imposed by
state legislation, and whose membership has just recently

23

Hon. Nelson A. Rockefeller      -2-      June 2, 1971

been perpetuated in office by additional state legislation
enacted this year.  These schools fulfill a critical need
to provide facilities for the gifted children of this
city.  The continuing threat that their existence based
on merit admissions will be diluted is a source of deep
concern to the thousands of parents who now depend upon
these schools for their children and the additional
thousands to whom these schools offer the only hope of
providing their children with the fullest educational
opportunity.

        Your favorable consideration of this legislation
will earn you the appreciation of all who are interested
in quality education for all children in New York City.

                        Sincerely,

                        BERTRAM R. GELFAND
                        City Councilman

BRG:cml

21

# THE COUNCIL

— No. 346

May 11, 1971.

Res. No. 513

Resolution Urging the New York State Legislature and the Governor to Enact Into Law a Bill Mandating That the Board of Education of The City of New York Continue the Operation of Its Four Specialized High Schools with Admissions Based Upon Merit.

By Messrs. Gelfand, Merola, DeMarco, and Mrs. Ryan, Mrs. Greitzer, Mrs. Lerner, Mrs. Stromberg and Messrs. Troy, Ribustello, Burden, Friedland, Postel, Manton, Sadowsky, Manes, Ward, Scholnick, Areuleo, Silverman, Golden, and Haber—

Whereas, The Bronx High School of Science, High School of Music and Art, Stuyvesant High School, and Brooklyn Technical High School have outstanding educational records, and

Whereas, These institutions provide critically needed programs for the fullest development of the gifted child, and

Whereas, There is an obligation to provide the fullest education opportunity to all children, and

Whereas, The special programs for gifted children will be dissipated should admissions cease to be on the basis of merit, and

Whereas, The committment of the Board of Education for the retention of specialized high schools is uncertain, and

Whereas, Their survival is critically dependent upon the mandate by state law, be it

Resolved, That the City Council urges the passage of the Calandra-Hecht bill (S5668, ASS7005) mandating continuation of such schools and be it further

Resolved, That the City Council urges Governor Nelson Rockefeller to sign said bill into law after its passage by the State Legislature.

Referred to the Committee on Health and Education.

Added sponsors:  Vice-Chairman Cuite and Salman

STATE EDUCATION DEPARTMENT

June 8, 1971

TO:        Counsel to the Governor

FROM:      Robert D. Stone

SUBJECT:   A 7005-A (Senate Print No. 30,052)

RECOMMENDATION:  Disapproval

REASONS FOR RECOMMENDATION:

This bill adds a new subdivision 12 to section
2590-g of the Education Law to specify the procedure
for admission to the Bronx High School of Science,
Stuyvesant High School, Brooklyn Technical High School
and Fiorello H. LaGuardia High School of Music and the
Arts.

Executive disapproval is urged because legislative
determination of the requirements and procedures for
admission to public schools is directly contrary to the
concept of local governance of school districts, in
conformity with applicable law, rules, regulations and
educational policy.

THE UNIVERSITY OF THE STATE OF NEW YORK
THE STATE EDUCATION DEPARTMENT

EWALD B. NYQUIST, PRESIDENT OF THE UNIVERGITY
AND COMMISSIONER OF EDUCATION

REGENTS

JOSEPH W. McGOVERN, new york
    CHANCELLOR
EVERETT J. PENNY, white plains
    VICE CHANCELLOR
ALEXANDER J. ALLAN, JR., troy
CHARLES W. MILLARD, JR., buffalo
CARL H. PFORZHEIMER, JR., purchase
EDWARD M. M. WARBURG, new york
JOSEPH T. KING, queens
JOSEPH C. INDELICATO, M.D., brooklyn
HELEN B. POWER, rochester
FRANCIS W. McGINLEY, glens falls
MAX J. RUBIN, new york
KENNETH B. CLARK, hastings on hudson
STEPHEN K. BAILEY, syracuse
HAROLD E. NEWCOMB, owego
THEODORE M. BLACK, sands point

JOSEPH W. McGOVERN
70 PINE STREET
NEW YORK, NEW YORK 10005

June 1, 1971

A 7005A

Dear Governor Rockefeller:

At our recent meeting the Board of Regents discussed
the passage of Senate Reprint No. 30052 (Assembly No.
7005-A).  This bill, if enacted into law, would estab-
lish entrance examination requirements and other con-
ditions for four New York City High Schools:  Bronx
High School of Science, Stuyvesant High School, Brooklyn
Technical High School and the Fiorello H. LaGuardia High
School of Music and the Arts.  This legislation is
designed to limit the New York City Board of Education's
power to alter operation of the schools included, and
strikes directly at one of the most basic tenets on
which New York State public education is founded, local
control of the schools and their operation within estab-
lished general Education Law and regulations.

The basic argument which the Regents present, and with
which I concur, does not center on the advisability or
inadvisability of restrictive admission policies in the
listed schools.  These issues can and should be debated
on their merits in the particular context applicable in
New York City and by those most concerned with their
impact, the citizens and Board of Education in that City.

Inherent in this bill are far more serious implications
of statutes dictating operation patterns for particular
schools or particular districts.  Enactment of such a
law as proposed here will raise the spector of State
level interference with individual school curricular,
administration or direction whenever political expediency
or pressures seem to demand.  No local school district,
even though operating scrupulously within the general
educational constraints established by our State, would

27    -1-

Hon. Nelson A. Rockefeller
Page 2
June 1, 1971


thence further feel itself truly free to direct its
own destiny in terms of its own peculiar needs.

I will not belabor the issue further.  New York's
pattern of shared responsibility between State and
local authorities has a long and proud history and
has served our citizens exceedingly well.  You will
understand that the Regents feel it their duty to
bring the extreme consequences of enactment of this
bill to your attention and to urge your veto of the
measure.

                    Sincerely,

                    Joseph W. McGovern
                    Joseph W. McGovern


The Honorable Nelson A. Rockefeller
Governor
State Capitol
Albany, New York 12201

S - 5668 to Bill Sort



**BOARD OF EDUCATION**
OF THE CITY OF NEW YORK
110 LIVINGSTON STREET
BROOKLYN, N.Y. 11201

PETER A. PISCITELLI

<u>MEMORANDUM IN OPPOSITION</u>

S 5668-A   Calandra, et al.                    Senate Calendar (Cal #1236)
A 7005-A   Hecht, et al.                        Senate Calendar (Cal #1108)

            AN ACT to amend the education law, in relation
                 to the establishment and maintenance of
                 special high schools in the City of New
                 York

     This bill requires that admission (1) to the Bronx High School
of Science, Stuyvesant High School and Brooklyn Technical High
School in the New York City School District be based on competitive,
objective and scholastic examinations, and (2) to the Fiorello H.
LaGuardia High School of Music and Art be based on competitive
examinations in music and/or the arts in addition to presenting
evidence of satisfactory achievement. It also permits these schools
to maintain a discovery program (with a specified limitation) to
give disadvantaged students of demonstrated potential, meeting
stated criteria, an opportunity to try the special high school
program.

     <u>The New York City Board of Education strongly opposes this bill.</u>

     Charges of a serious nature were recently leveled against the
present admissions plan. These allege that the examinations dis-
criminate, on cultural grounds, against Negro and Puerto Rican
applicants. These charges are now under careful study by a
broad-based committee of outstanding citizens. The Chancellor
has announced that he has no intention of (1) changing the system
of admissions by competitive examinations or (2) substituting
some other system. He has merely proposed that a hard look be
taken at the entire matter.

     This committee should be given an opportunity to report its
findings on the charges made.

     This bill places a limit on the discovery program presently
in effect at the Bronx High School of Science, Brooklyn Technical
High School and Stuyvesant High School, so that admissions under
this program shall not exceed 14% of the number of students scoring
above the cut-off score and admitted under the regular procedure.
This limitation would reduce the numbers admitted under this pro-
gram in the case of Brooklyn Technical High School and Stuyvesant
High School. In September, 1970, the proportions admitted under
this program to these schools were 22.1% and 15.5%, respectively.
This, obviously, would be a step backward.

                              29

It is, therefore, our considered judgement that it would be most unfortunate for legislation to be enacted on matters of educational policy and administration that should be decided by officials of the educational system.

Accordingly, the Board of Education urges the defeat of this bill.

Respectfully submitted,

PAP/pnm
5/4/71

PETER A. PISCITELLI,
Legislative Representative

30



*S 5668-B,11*
*Section*

**BOARD OF EDUCATION**
OF THE CITY OF NEW YORK
**110 LIVINGSTON STREET**
BROOKLYN, N.Y. 11201
TELEPHONE 896-5984

PETER A. PISCITELLI
LEGISLATIVE REPRESENTATIVE

May 6, 1971

Mr. James Ayers
Counsel to the Governor
State Capitol Building
Albany, New York

Dear Jim:

Re: S 5668-A
A 7005-A

        Enclosed please find backup material we discussed on the
telephone today.

        It is my understanding that the New York City Commission
on Human Rights has come out with a report this week concerning
the problem of discrimination generally and specifically in the
special schools in the City of New York.   I will make an effort
to obtain a copy of this report for you.

        The New York City Board of Education is unanimously opposed
to this bill.

        It is my belief that it would be in the best interests of
the Governor to make his determination concerning this bill before
it reaches his desk for executive action and in the hope that his
determination would coincide with the opinion of my Board.
I would respectfully suggest that it be transmitted to the leader-
ship in either house with an attempt to have the bill starred
on the calendar.

                                          Sincerely,

PAP/pnm
Enclosures

                                          PETER A. PISCITELLI,
                                          Legislative Representative

31

515 West End Avenue
New York, N. Y.
April 30, 1971

Hon. John D. Calandra
Senate Chamber, State Capitol
Albany, N. Y.

Dear Senator Calandra,

My name is Regina Rosenthal. I am a student at the Bronx High School of Science. Throughout all my years as a student I have been taught to question. I have learned not to accept anything as truth, unless I am satisfied that it is the truth. I feel that education must constantly change to meet the needs of the youth at any given time. Education relevant to the 1930's and 1940's could not possibly be relevant to the 1970's, for people change, and problems change.

I took an admissions test to the Bronx High School of Science, and was accepted. I began to question the whole method of selection, since I knew many of the students who were both accepted and turned down. I began to wonder why some of the students who were really interested and creative in the maths and sciences were rejected, while other students who were interested in the liberal arts were accepted. I began to feel that something was very wrong with the whole method of selection. I was pleased when Chancellor Scribner promised to form a committee to investigate the subject. I also wondered why the Bronx High School of Science was 86.4% white. Could the test be invalid?

I am not in any position to "pass judgement". But I question. Maybe the admissions policy was able to determine learning potential in past years, but I question its ability to do so now. There is even the possibility that the test is completely obsolete. I know many Black and Puerto Rican students from my former Junior High School who, if accepted at Bronx Science, could have benefited greatly from our educational facilities. I know that everyone in Bronx Science could have benefited greatly from these students. You see, I believe that there are two kinds of education. One is the textbook education, mathematics, physics, American history, etc. The other kind of education is learning to live with other people. I believe in both. One can benefit greatly from the knowledge and exchange of different cultures. Only through living with, and going to school with peoples of many different racial backgrounds can we ever succeed in achieving true brotherhood.

I feel the admissions policy needs to be questioned. I ask why it is wrong for me to question. The Calandra-Hecht Bill says that it is wrong to question. It denies the right to question. I believe that only through questions, can we ever find the truth.

I feel that, as legislators, it is your duty to the youth of today to defeat the Calandra-Hecht Bill.

Sincerely yours,

Regina Rosenthal

Regina Rosenthal
Student at Bronx H.S. of Sci.

32

AD HOC COMMITTEE FOR THE SPECIALIZED HIGH SCHOOLS

An Open Letter to all State Legislators on the Calandra-Hecht Bill
(A7005/S5663)

Dear Sir:

We are New York City parents whose children are enrolled
in one of the City's specialized High Schools: Bronx Science,
Brooklyn Tech, Music and Art, Performing Arts or Stuyvesant.  We
write to urge you not to succumb to the deliberately misleading and
hysterically-conceived campaign which has culminated in the intro-
duction of the Calandra-Hecht Bill.  We urge you to vote against
this ill-conceived and harmful legislation.

The parents who are signatory to this letter strongly support
the concept of the specialized High Schools.  Indeed, each of us was
delighted when our own children were selected for admission to one of
these schools.  We are alarmed about this legislation because of the
fundamental public education policy issues involved, and because we
are deeply and personally concerned with the quality of our own
children's education and futures.  We are in favor not only of keeping
these schools, but of improving them.

This bill is destructive of that goal.  Rather than preserving
and strengthening the special schools, the bill cuts off the chance to
improve them.  It could, in the long run, accomplish the very thing it
professes to prevent:  the erosion and eventual destruction of these
schools.  We do not believe it is desirable or possible to attempt to
block, by legislation, the investigation of obvious, identifiable and
long-standing weaknesses in the admissions procedures and selection
criteria for these schools.

The questions raised about these criteria impelled Chancellor
Scribner to suggest that a sober, impartial and unemotional study is
required -- within the context of maintaining the educational quality
and excellence of the schools.  We believe such a study is needed.  We
believe it may indicate ways in which the admissions procedures can be
improved.  We believe that exceptionally qualified and gifted children
throughout our city are not being given equal opportunity to enter
these schools.

Many parents, who sincerely wish to maintain and improve our
specialized High Schools, have raised the possibility that there may
be more equable, more scientific, more defensible methods by which to
select highly qualified youngsters for admission to these schools --
that there may be ways to supplement the one-time, competitive examin-
ation approach.  Turgid, inflammatory and desperate rhetoric has been
unleashed in response to these questions.  An hysterical, illogical

33

and fearful barrage of charges has been leveled at those who
suggest there may be room for improvement.  Reckless accusations
have been made, such as:  "They are out to destroy the Bronx High
School of Science and the other specialized High Schools," or,
"they are advocating open enrollment" etc. ad nauseaum.

What a shameful exhibition!  And how untrue!  But how
effective this campaign must have been if it could convince 56
state legislators to support this Bill.  We sincerely hope that
you will give careful consideration to the attached fact sheet
before taking action on this legislation.

Thank you for your attention.

*[The remainder of the page consists of handwritten signatures and addresses, partially legible:]*

Yolanda Renyulli
J 24 W . 96 St
N.Y . N.Y.  Music + Art
High School

Letitia Ramos
10 Riverside Dr.
N.Y . N.Y.
Parent of Child at
Performing Arts

Sylvia E. Bluh
120 W 82nd St
N.Y.C N.Y.
Parent of Child at
Music + Art

Minnie Rosenthal
515 West End Rd
N.Y. N.Y
Parent of child at St.

Rhoda Karpatkin
280 Riverside Drive
N Y , NY
Parent of child at St.

Sheila A. Sugarman
110 Riverside Dr.
New York, N.Y.
Parent of child accept

Margaret Ziplar — 1295 Amsterdam # 13 E N.Y
(Music + Art High School.

Janie M. Rollins — 110 Riverside Drive — Parent of Semi
Performing —
and Freshman a

34

BOARD OF EDUCATION OF THE CITY OF NEW YORK
110 LIVINGSTON STREET, BROOKLYN, NEW YORK 11201
OFFICE OF THE CHANCELLOR

April 30, 1971

MEMORANDUM

TO:     NEOMA B. EPSTEIN

FROM:   JACOB LANDERS

RE:     MEMBERSHIP OF COMMITTEE TO REVIEW ADMISSION POLICIES
        TO SPECIAL ACADEMIC HIGH SCHOOLS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A list of individuals who have been invited to serve on the
above Committee is attached. While I have not yet received
acceptances from all, I have reason to believe that they will
accept. Msgr. Eugene Molloy, Secretary for Education of the
Diocese of Brooklyn, has also been invited to serve on the
Committee, and he has indicated that he will recommend a name.
You may be interested in noting that of the 24 members, at
least 3 attended or are attending a special academic high school.
As indicated, a number of other members are associated with the
special academic high schools in some capacity.

I am also attaching a table giving the information you requested
concerning admissions.


/lah



c.c.   Dr. Harvey B. Scribner, Chancellor




35

FACTS ABOUT THE CALANDRA-HECHT BILL

1. The goal of maintaining the Specialized High Schools as "citadels of excellence" is one in which we all share.

2. This bill does not help to accomplish that goal. Instead, it fixes by state law (and without the exhaustive, non-political study deserved by this complex question) one admissions procedure, one examination, one criterion.

3. It intrudes in an area of educational policy which is the province of the educational system of the city. That system is eminently more qualified to establish educational criteria, policy and admissions procedures -- which may require modification from year to year.

4. It imposes new scholastic achievement examination requirements for two of the specialized High Schools -- Music and Art and the High School of Performing Arts. These examinations have not been required up till now. The effect of this new requirement will be to screen out many talented black and Spanish-speaking youngsters.

5. The Calandra-Hecht Bill would prevent any examination of the many alternatives being used by educational institutions to discover excellence, potential, scientific and mathematical talent. It is a hasty and ill-defined response to an emotional, fearful and unrepresentative minority opinion.

6. This bill encourages the myopic view that injustice and unequal opportunity in education can continue to hide behind so-called objective, competitive tests which may be neither objective, nor truly competitive -- nor accurate measures of academic potential and achievement.

WE URGE YOU TO DEFEAT THE CALANDRA-HECHT BILL.

36

Pupils Admitted To Three Special Academic High Schools
Bronx H.S. of Sci., Brooklyn Tech. H.S., Stuyvesant H.S.
September 1969 and September 1970

| School | Admissions 9/69 | | | Admissions 9/70 | | |
|---|---|---|---|---|---|---|
| | Regular | Discovery | Total | Regular | Discovery | Total |
| Bronx Sci. | 996 | 155 | 1151 | 959 | 155 | 1114 |
| | 86.5% | 13.5% | 100% | 86.1% | 13.9% | 100% |
| Bk. Tech. | 1696 | 122 | 1818 | 1449 | 411 | 1860 |
| | 93.4% | 6.6% | 100% | 77.9% | 22.1% | 100% |
| Stuyv. | 743 | 126 | 869 | 743 | 136 | 879 |
| | 85.5% | 14.5% | 100% | 84.5% | 15.5% | 100% |
| Total | 3435 | 403 | 3838 | 3151 | 702 | 3853 |
| | 89.5% | 10.5% | 100% | 81.8% | 18.2% | 100% |

Totals 9/1969 and 9/1970:

| Regular | 6586 | 85.6% |
| Discovery | 1105 | 14.4% |
| Total | 7691 | 100 % |

37

April 30, 1971

## Committee to Review Admission Policies to Special Academic High Schools

| | Name | Affiliation or Occupation |
|---|---|---|
| 1. | Mr. George Altomare | V. Pres., U.F.T. |
| 2. | Mr. Thomas Avitabile | Pres., G.O.O., Gompers Voc. H.S. |
| 3. | Dr. Jack S. Bloomfield | Principal, J.H.S. 2 R |
| 4. | Dr. Ralph T. Brande | Comm. Supt., District No. 14 |
| 5. | Mr. John Burnell | Regional Director, Central Labor Council |
| 6. | Mr. Jose Cabranes | Attorney, and Law Professor |
| 7. | Mr. Peter Cassi | Parent of pupil at Bklyn Tech. H.S. |
| 8. | Dr. James A. Colston | President, Bronx Comm. College |
| ~~9.~~ | ~~Mr. Floyd Flom~~ | ~~Member, City-wide High School Council~~ |
| 10. | Mr. Joseph Francois | Member, Education Com., Council Against Poverty |
| 11. * | Dr. Jerry C. Jacobs | Professor in Pediatrics, Columbia University |
| 12. | Mr. Ira Marienhoff | President, Council for Specialized High Schools |
| 13. | Mrs. Marjorie Matthews | Chairman, C.S.B. No. 16 |
| 14. | Mr. Raul A. Morales | Member, C.S.B. No. 9 . |
| 15. * | Mr. Sid Morgan | President, G.O., H.S. of Music and Art |
| 16. | Mr. Luis Nieves | Executive Director, ASPIRA |
| 17. | Dr. Richard Pearson | Dean, John Jay College of Criminal Justice |
| 18. | Mr. Charles Pilgrim | Vice-President, United Parents Association |
| 19. | Mrs. J. Lawrence Poor | President, Public Education Association |
| 20. | Mrs. Sophie K. Price | President, Association of N.Y. City School Boards |
| 21. | Dr. Lincoln Reis | Member, Board of Trustees, Citizens Union |
| 22. | Mr. Elliott Sassoon | President, Student Council, J.H.S. 234 K |
| 23. | Dr. Alexander Taffel | Principal, Bronx H. S. of Science |
| 24. * | Mr. Leroy Watkins | Assistant Principal, P.S. 192 M |

* Known to have attended a special academic high school.

Mr. Harvey Scribner
Chancellor, Board of Education
110 Livingston Street
Brooklyn, New York

Dear Dr. Scribner,

Members of the administration and faculty of the Bronx High School of Science have launched a political campaign in the erroneous impression that they are "saving" the "integrity" of the school. The reference, of course, is to the very serious charges made against our admission procedures by superintendent Alfredo Mathew of district 9 on the ground that an admission policy based on a culturally biased examination screens out black and Puerto Rican pupils. It is precisely because we highly value the programs for the gifted child offered at the school that we must deplore this political thrust. An alignment of political forces which would duplicate that in the school struggle of 1968 (and we perceive them in the making) can only be ruinous for all the specialized high schools.

The State Education law and the directives of the Board of Education mandate integration as the highest priority goal for educators. For this reason, a goal of special education for intellectually gifted pupils can only find its justification in educational reasons that are compatible with integration. We believe that a school that services all the citizens of the city can only exist with the freely given acquiescence of all the people. If any large number of people should become antagonistic to our policies, it is impossible to see how we can continue in the long run.

We do not feel that a demand that our admission procedures be changed to admit more black and Puerto Rican pupils in any way constitutes a threat to our school. We feel confident that there are many gifted black and Puerto Rican pupils who have been overlooked by our admission procedures. Furthermore, Dr. Mathew has made it clear that he accepts the purpose of specialized high schools provided that they provide opportunities for larger numbers of black and Puerto Rican students. His point that more than 70% of our freshman class comes from private and parochial schools, while at the same time, there are many de facto segregated Junior High Schools that send us no-one, defies explication. His specific complaint against the nature of our entrance examination is a highly technical educational matter on which political figures have no competency to pass judgment. It is our firm belief that there certainly do exist methods of making a meaningful selection of students that would both serve gifted students and promote integration.

At this point, we must say that we have not heard anyone at Bronx Science seriously try to confront these educational issues on their merits. Rather, meetings have been called to rally political opposition to any attempt to change admission procedures so that they can be made to favor integration. Undocumented statements have been made that your office has issued a directive to the specialized high schools instructing them not to send out notices to students who have taken the 1971 entrance examinations. If such a directive was sent, we do not feel that it would constitute an effort on your part to unilaterally eliminate the specialized high schools as is implied by teachers and administrators who are now the focal point of political opposition to such a supposed "threat".

It is most calamitous that well-meaning political figures have been approached and have staked their reputations on the basis of the most nebulous information concerning the real issues involved here. Lines have already been drawn among members of school boards

39

on the foggiest of notions about some "threat" to the Bronx High School of Science. One respected member of local school board 20 at a public meeting of the Board had the temerity to threaten that white middle class citizens would move from the city if you re-evaluated our admissions procedure. It seems that the "adversary response" to Dr. Mathew and you, is a political steamroller motivated by people who have always maintained that the specialized high schools remain under your jurisdiction and control. Now, they become ardent advocates of "community control" and "local consultation" when it serves their purposes.

Our concern in writing this letter is to alert you to the fact that the specialized high schools are likely to become the first casualties in a political battle. We, therefore, appeal to you to take a firm stand for resolving Dr. Mathew's charges in accordance with the interests of all groups concerned on the basis of the Board of Education's long stated policy to promote integration. We welcome your proposal to create a broad-based commission to examine and re-evaluate the admissions procedures of the Bronx High School of Science so that schools for the gifted child in New York City can be preserved.

Sincerely yours,
Bernard Rudich and
Louis Weitner
Teachers at the Bronx
High School of Science

*Bernard Rudich*

*Louis Weitner*

Copies to:  Mayor John Lindsay
Dr. H. Bergtraum
Dr. Alfredo Mathew
Father Zicarelli
Albert Shanker
NY Times
N.Y. Post
Village Voice

40

MUNRY BENGTHAUM, President
ISAIAH E. ROBINSON, JR., Vice President
SEYMOUR P. LACHMAN
MARY E. MEADE
JOSEPH MONSERRAT

HARVEY B. SCRIBNER, Chancellor
HAROLD SIEGEL, Secretary

**BOARD OF EDUCATION**
OF THE CITY OF NEW YORK
110 LIVINGSTON STREET
BROOKLYN, N.Y. 11201

*Bill
Jackets*

June 4, 1971

MEMORANDUM IN OPPOSITION

A 7005-A        Mr. Hecht, et al
(S30,052)
                AN ACT

To amend the education law, in relation to the
establishment and maintenance of special high
schools in the city of New York

---

Dear Governor Rockefeller:

The above bill is before you for executive action.

This bill requires that admission (1) to the Bronx High School
of Science, Stuyvesant High School and Brooklyn Technical High
School in the New York City School District be based on competitive,
objective and scholastic examinations; and (2) to the Fiorello H.
LaGuardia High School of Music and Art be based on competitive
examinations in music and/or the arts in addition to presenting
evidence of satisfactory achievement.  It also permits these schools
to maintain a discovery program to give disadvantaged students of
demonstrated potential meeting stated criteria an opportunity to try
the special high school program.

The New York City Board of Education strongly opposes this bill.

Charges of a serious nature were recently leveled against the
present admissions plan.  These allege that the examinations dis-
criminate, on cultural ground, against Black and Puerto Rican
applicants.  These charges are now under careful study by a
broad-based committee of outstanding citizens.

The Chancellor has announced that he has no intention of
(1) changing the system of admissions by competitive examinations
or (2) substituting some other system.  He has merely proposed that
a hard look be taken at the entire matter.

This committee should be given an opportunity to report its
findings on the charges made.

041

- 2 -

It is, therefore, the considered judgement of the New York City Board of Education that it would be most unfortunate for legislation to be enacted on matters of educational policy and administration that should be decided by officials of the educational system.

Accordingly, the Board of Education urges you to disapprove this bill.

Respectfully,

Murry Bergtraum
President

by Peter A. Piscitelli
Legislative Representative

The Honorable Nelson A. Rockefeller
Governor of the State of New York
The State Capitol
Albany, New York  12224

BOARD OF EDUCATION OF THE CITY OF NEW YORK

# THE HIGH SCHOOL OF

# MUSIC AND ART

A DIVISION OF THE FIORELLO H. LA GUARDIA HIGH SCHOOL OF MUSIC AND THE ARTS

135 STREET AT CONVENT AVENUE • NEW YORK 10031

RICHARD A. KLEIN, PRINCIPAL        PHONE: 926-0870

May 27, 1971

Governor Rockefeller
Albany, New York

Dear Mr. Rockefeller;

Now that the bill to safeguard the entrance examinations for
the four specialized high schools of New York City awaits your
signature I would like to explain my reasons for having urged
its passage and for now urging its being signed into law.

I have been principal of the LaGuardia High School of Music
and the Arts for the past three years and have, in that short
span been placed in the position of fending off repeated att-
empts to subvert, bypass, or do away with an entrance examina-
tion which fairly and objectively permits students of every
racial and ethnic origin, of every social and economic level
and from every neighborhood in the City of New York to receive
the benefits of the special training their talent and potential
indicates they deserve.

During the years of my tenure we have spent considerable time
reviewing these examinations with students, artists, parents,
community groups and other interested parties in an ongoing
attempt to guarantee the absolute objectivity of the perfor-
mance type examination we conduct.  Our results are available
for inspection by the parents of those students who are denied
admission following the annual examination and in every case
I make myself available to thoroughly discuss every aspect of
the youngsters performance, not only with the parents, but with
the friends of the family, former teachers, community groups
and any other interested or concerned parties.  I will continue
to do this after the new law goes into effect, the difference
being that I will be in a far better position to withstand the
threats to my (untenured) position if the son of a particular
political figure is not admitted despite his poor showing on
the examination, or the threats to my health and physical
safety if the child of a local racketeer is not similiarly
accepted, or the very real threats to the continued normal op-
erations of the school if a particular school district or
individual school is not given special consideration and par-
ticular advantage by means of a special quota arrangement
just for them, all of which, I assure you, have actually been
attempted these past three years.

413

BOARD OF EDUCATION OF THE CITY OF NEW YORK

# THE HIGH SCHOOL OF
# MUSIC AND ART

A DIVISION OF THE FIORELLO H. LA GUARDIA HIGH SCHOOL OF MUSIC AND THE ARTS

135 STREET AT CONVENT AVENUE • NEW YORK 10031

RICHARD A. KLEIN, PRINCIPAL        PHONE: 926-0870

May 27, 1971

Governor Rockefeller... Page 2

Our schools have reputations for excellence which are unique.
We attract visitors from all parts of the world who marvel
at our ability to provide quality integrated education for
so many youngsters from so many different backgrounds.
The answer is that our examinations test for potential and
our quality can be maintained only under the protection of
the bill which, when signed into law will guarantee that this
objective standard remains as the basis for admission.

Very truly,

Richard A. Klein
Principal

RAK/4c

THE ASSOCIATION OF THE BAR
OF THE CITY OF NEW YORK
42 WEST 44TH STREET
NEW YORK 10036

COMMITTEE ON STATE LEGISLATION

MICHAEL M. MANEY
CHAIRMAN
48 WALL STREET
NEW YORK 10006
TEL. HA 2-3100

M. BLANE MICHAEL,
SECRETARY
48 WALL STREET
NEW YORK 10006
TEL. HA 2-8100

June 11, 1971

Re:  A. 7005-A - Disapproved

Dear Mr. Whiteman:

In reply to your inquiry, we disapprove the referenced bill.

The bill, to take effect January 1, 1972, would amend Section 2590-g of the Education Law to require that admissions to the three special high schools in New York City (Bronx High School of Science, Stuyvesant High School, and Brooklyn Technical High School) be determined solely by taking a competitive, objective, and scholastic achievement examination, the students with the highest scores being admitted, and that the admission to the Fiorello H. LaGuardia High School of Music and the Arts be based on competitive examinations in music and/or the arts.

By such requirements the bill substitutes the judgment of the legislature for the judgment of the school authorities empowered by the legislature only recently to operate the New York City high schools on the question of admission procedures for these special schools.

Regardless of the wisdom and fairness of the present admissions examination method, there have been no findings by the legislature or by any committees of the legislature that such admission tests would be in the best interests of New York City education.  It is sound policy to leave such decisions to the discretion of the Chancellor and the New York City Board of Education where there are the requisite expertise and consultative services.  Indeed, the Chancellor has begun such a review and consultative procedures, as appears from the annexed release by the Board of Education.

45

Hon. Michael Whiteman                                    -2-


A further objection to the bill is that it attempts to establish, by legislative fiat and without prior investigation, an exclusive admission procedure whose intrinsic merit has been seriously questioned.

For the reasons stated, the bill is disapproved.

Sincerely,

Chairman

Hon. Michael Whiteman
Executive Chamber
State Capitol
Albany, New York 12224

This letter was prepared by the Association's Committee on Municipal Affairs.

45

LEONARD O. IKIN
COUNSELOR AT LAW
700 WHITE PLAINS ROAD
ROOM 240
SCARSDALE, NEW YORK 10583
914 - 472-4300

June 15, 1971

Hon. Michael Whiteman
Executive Chamber
State Capitol
Albany, New York 12224

Honorable Sir:

I am compelled to write to correct an erroneous impression given
by the letter of June 11, 1971 addressed to you by the chairman of
the State Legislation Committee of the Association of the Bar of the
City of New York, which letter disapproved bill A-7005A.

That letter was indicated to have been prepared by the Municipal
Affairs Committee of the Association.  It was not.  The members of
that Committee were not consulted with reference to the contents of
the letter, nor were their views polled concerning A-7005A.  The letter
was drafted by a few members of this committee who were not in any
manner authorized to speak on behalf of the committee.  It therefore
represents only their personal views.

Regrettably two of the drafters of that letter represent Community
School Board #3.  (One is a former member of that Board.)  You are
probably aware that this district is the one which inaugurated the
campaign to dilute the academic requirements for admission to the
Bronx High School of Science.  They therefore have a substantial com-
mittment to the defeat of this peice of legislation.

Unfortunately the letter distorts the plain meaning and intent of
A-7005A.  It states: "The bill...would...require that admissions to
the three special high schools in New York City...be determined solely
by taking a competitive, objective, and scholastic achievement examin-
ation, the students with the highest scores being admitted..."

It significantly omits to state that the bill specifically permits a
second means of admission to these schools - the "discovery program"

-2-

for "disadvantaged students".  The bill provides that disadvantaged
students who do not score sufficiently high on the competitive exam-
ination may be permitted to enter through this program.  The basis for
such selection is semi-objective.  The bill in no way limits either
the number or percentage of such students who may be admitted in this
manner.  It _does_ require that all students who enter the specialized
schools through this channel be required to take and pass a preparatory
summer program to insure that they will be able "to successfully cope
with the special high school program".

Very clearly then this piece of legislation represents a policy de-
cision by the legislature that efforts to provide "compensatory" educa-
tional opportunity to disadvantaged students by means of admission to
the specialized high schools be limited only by the necessity of main-
taining the academic standards of these schools.

The letter advances the argument that this determination is a matter
of educational expertise and should have been left to the educational
establishment.  The argument is specious.  The issue involved is purely
and simply one of value judgment and policy decision.  Particularly
during the present City Administration, our educational establishment
has been indulging in social engineering under the guise of exercising
educational expertise.  On the whole the results have been unhappy.  In
passing A-7005A the legislature has faced its obligation, as representa-
tive of the people, to determine policy.  This is exactly as it should
be.

I do not know the personal feelings of all of the members of the Munici-
pal Affairs Committee regarding the letter or the bill.  I would hope and
expect that the consensus would be that neither the Committee nor the
Association should take any position regarding this type of legislation.
The "elitist" premise implicit in a group of lawyers expressing their
personal value judgments as a "professional" opinion on a matter of
policy determined by the elected representatives of our State offends
my sense of democracy.

                                        Sincerely,

                                        Leonard G. Bein

                                        LEONARD G. BEIN

LGB:AW                          263



PUBLIC
EDUCATION
ASSOCIATION

OFFICERS

Chairman
Board of Trustees
Fred R. Fishman

Vice-Chairman
Mrs. Victor W. Ganz

President
Mrs. J. Lawrence Pool

Vice-Presidents
Mrs. Mones D. Ultizer
Peter B. Heller
Mrs. John H. Loeb
F. Franklin Moon
Mrs. Stanley D. Mottimer, Jr.
John Saunders

Treasurer
Irving Lipkowitz

Honorary Trustees
Mrs. Shirley C. Fisk
Alfred Jaretzki, Jr.
Frank E. Karelsen
Mrs. Henry Goddard Leach
Marjorie G. Lewisohn, M.D.
Bethuel M. Webster

TRUSTEES
Martin B. Abram
Mrs. Alvan L. Barach
Sheldon L. Berens
Mrs. Leonard H. Bernheim, Jr.
Mrs. Carter Burden
Robert L. Carter
Frank Espada
Mrs. Raymond K. Fohs, Jr.
Mrs. William H. Fiehl
John H. Fischer
Carl E. Pfemister
Mrs. Peter S. Heller
Mrs. Robert H. Knapp
Mrs. Richard Q. Loengard
Charles F. Luce
Georgia L. McMurray
Mrs. John D. Oakes
J. Robert Pigott
Mrs. Francis R. Roth
Mrs. Arnold Saltzster
Charles E. Silberman
John P. Sloan
Henry H. Villard
Mrs. Charlotte D. Winsor

STAFF
Director
David S. Seeley

Assistant Director
Mrs. Richard M. Leeklin

20 WEST 40 STREET, NEW YORK, NEW YORK 10018          212 - 524 - 3575

June 4, 1971

A 7005-A

Hon. Michael Whiteman
Counsel to the Governor
Executive Chamber
Albany, New York

Dear Mr. Whiteman:

We are writing to urge Governor Rockefeller to veto Assembly Bill No. 7005-A.

We believe in the concept of specialized high schools and feel that they should be maintained as part of the public school system. We also believe that along with maintenance and preservation goes the responsibility of improving them to meet the needs of the children of our city. Along these lines, Chancellor Scribner has recently appointed a study committee to reexamine admission procedures to ascertain whether all students are given a fair and equal opportunity to enter these specialized schools. This study should certainly go forward and its recommendations for improvement seriously considered. They should not be encumbered by the present legislation that mandates that there is only one avenue for admission. That decision should be a local one and decided only after thorough and thoughtful review.

With respect to subdivision (d) of the bill, we believe that the maintenance of a discovery program should not be based on ranked order of entrance examination scores. These examinations have questionable validity in measuring the true potential of disadvantaged students, and it would be educationally very unsound to admit such students strictly on the basis of rank order scores on such examinations.

Lastly, we believe this legislation would have exactly the opposite effect from that intended by its supporters, that is preservation of the special schools. It is seen on the part of many in the minority communities

49

ADVISORY BOARD

Mr. Whiteman          -2-          June 4, 1971

as vindictive legislation directed against them.  As
such it will breed resentment toward these schools, rather
than respect, and will hurt their chances for survival in
the long run.

Knowing the Governor's strong commitment in the past
to quality education, we hope he will seriously consider
these comments and veto Assembly Bill No. 7005-A.

Sincerely yours,

David S. Seeley
Director

DSS:fm

50

**The Cooper Union**
for the Advancement
of Science and Art

May 17, 1971

Cooper Square
New York, N.Y. 10003
(212) 254 6300

School of Engineering
and Science

Governor Nelson Rockefeller
Governor's Mansion
Albany, New York

Dear Governor Rockfeller,

As an educator who for almost 25 years has had extensive experience
in higher education with alumni of all the specialized high schools
of New York City, I most strongly urge your support for and govern-
atorial approval of the Calandra-Hecht Bill (S5668, A7005) which
would require that admission to these schools be based only on ac-
ademic promise, as demonstrated by examinations and previous school
record, except for up to 1/8 of the admittees who would come in on
the Discovery Program for previously educationally disadvantaged
pupils.

As I personally well know, the alumni of these schools, who were
aided immeasurably in their development by the curriculum and the
level of education they had been able to receive because of the qual-
ity of the student body, have developed into leaders in the disciplines
of technology, the sciences and the arts wherein evaluation of excel-
lence must be color-blind.

Unless this bill is legislated, the future of these schools is period-
ically in jeopardy. The City, the State, and indeed the nation can-
not lightly bear the loss of these sources of uncommon men and wo-
men.

Respectfully yours,

A. Aaron Yalow

A. Aaron Yalow, Ph.D.
Professor of Physics

AAY/dd

MAY 25 1971

51

NEW YORK STATE

# SCHOOL BOARDS ASSOCIATION, INC.

111 Washington Avenue — Albany, New York 12210

Telephone 518 465-3474

BOARD OF DIRECTORS

1971

*President*
P. TERRY WEATHERS
Farmingdale

*Retiring President*
JOHN B. GINTER
Hamilton-Fulton-
Montgomery BOCES

*Treasurer*
W. PARKER DODGE
Rensselaer BOCES

*Area 1 Director*
JOHN A. MATTISON
Clarence

*Area 2 Director*
JOHN J. WOODS
Greece 1

*Area 3 Director*
MRS. GEORGE W. RICHARDSON
Corning

*Area 4 Director*
WILSON ROBIN
Southern Cayuga

*Area 5 Director*
STANLEY H. WHEATER
South Lewis

*Area 6 Director*
*and*
*Vice President*
WILLIAM G. WALKER
Ogdensburg

*Area 7 Director*
ARTHUR J. WALLINGFORD
Albany

*Area 8 Director*
ANI P. COLONE
Greene-Delaware-
Schoharie-Otsego 2 BOCES

*Area 9 Director*
*and*
*Vice President*
BEN MILLER
Ulster BOCES

*Area 10 Director*
HUGH C. FALLON
Lakeland

*Area 11 Director*
MILTON KURLAND
West Hempstead

*Area 12 Director*
GEORGE HILLMAN
Middle Country

*Executive Director*
EVERETT R. DYER

*Counsel*
BERNARD T. McGIVERN

June 4, 1971

The Honorable Michael Whiteman
Counsel to the Governor
Executive Chamber
The Capitol
Albany, New York 12224

Dear Mr. Whiteman:

We have your request for our comments concerning A7005-A by Mr. Hecht et al which would amend the Education Law in relation to the establishment and maintenance of special high schools in the City of New York.

This bill not only authorizes the establishment of special high schools in New York City, but it also establishes the criteria for entrance to such schools.

Statutory entrance requirements for secondary schools have several shortcomings. They impose legislative judgment over that of educational authorities. They are inflexible in a period of rapid change. They prevent the people who are responsible for the operation of the school from making any meaningful decisions regarding the selection of students.

For these reasons this Association respectfully requests that the Governor veto this measure.

Sincerely yours,

EVERETT R. DYER
Executive Director

ERD/Fjls

52

⟨ A

# CONFERENCE OF LARGE CITY
# BOARDS OF EDUCATION

### 111 WASHINGTON AVENUE · ALBANY, NEW YORK 12210

June 23, 1971

EXECUTIVE SECRETARY
IRVING GOLDBERG

OFFICERS: —

CHAIRMAN
MR. CHARLES L. CURRAN
YONKERS

VICE CHAIRMAN
DR. MATT A. GAJEWSKI
BUFFALO

TREASURER
MRS. JOHN N. DILL
YONKERS

SECRETARY
MR. JAMES F. GALLAGHER
YONKERS

EXECUTIVE COMMITTEE: —

DR. MATT A. GAJEWSKI
BUFFALO

MR. MURRY BERGTRAUM
NEW YORK

MRS. ROBERT R. PHILLIPS
ROCHESTER

MR. DOUGLAS H. COON
SYRACUSE

MR. CHARLES L. CURRAN
YONKERS

Hon. Michael Whiteman
Counsel to the Governor
Executive Chambers
State Capitol
Albany, New York 12224

Dear Mr. Whiteman:

Re: A 7005-A/S 30052

This legislation appears to be a first step in having the Legislature determine educational policy. Issues un-related to the educational needs of young people could tend to determine these policies.

I would therefore strongly urge disapproval of this proposed legislation.

Very truly yours,

Irving Goldberg
Executive Secretary

IG:gl

53

**UNITED** Federation of Teachers
LOCAL 2 · AMERICAN FEDERATION OF TEACHERS, AFL-CIO
Affiliated with New York State AFL-CIO, New York City Central Labor Council,
Empire State Federation of Teachers

260 Park Avenue South
New York, N. Y. 10010
S P r i n g  7 - 7 5 0 0

N 7005 A

MEMORANDUM IN SUPPORT OF A. 7005A

## PROVISIONS OF THE BILL

Amends the education law to maintain the special high schools in New
York City.

## STATEMENT OF SUPPORT

These schools were established back in Mayor LaGuardia's administra-
tion.  Throughout the years they have been the pride of the New York
City educational system.  Their students have won more than their
share of Regents, Westinghouse and National Merit scholarships.

The parents of these students have been involved in the schools to a
much greater degree than parents in other high schools.

In order to enable more Black and Puerto Rican children to qualify for
these schools, a special Discovery program was initiated.  These stu-
dents who are recommended by their junior high school are given an
intensive course during the summer before entry in order to be able to
keep up with the other students.

We believe that the fears of the students and parents that the schools
were in danger of disolution will be laid to rest by the enactment of
this legislation.

We urge your support.

REUBEN W. MITCHELL
Associate Legislative Representative

ALICE F. MARSH
Legislative Representative

opeiu:153
RWM:AFM:sa
6/10/71

# New York State Council of Churches

3049 East Genesee Street, Syracuse, N. Y. 13224

Telephone 315—446-6151

Rev. Kenneth A. Roadarmel
General Secretary

Rev. Arthur C. Tennies
Director of Church Planning
and Research

Rev. Stanley E. Skinner
Director of Church Planning
and Development

Bishop W. Ralph Ward
President

Rev. Robert E. Baeth
Director of Christian
Education

Rev. Robert T. Cobb
Director of Life and Work

Rev. Charles H. Schultz
Director of Endowment
Development

June 15, 1971

MEMORANDUM on A. 7005-A -- to amend the education law in relation
to the establishment and maintenance of
special high schools in New York City.

We approve, no comment.

For the Legislative Commission

Rev. Robert T. Cobb, Director
The Legislative Commission

RTC/es

55