**EXHIBIT 3**

# STATE OF NEW YORK

S. 5668—A  
Cal. No. 1236

A. 7005—A  
Cal. No. 1108

## 1971-1972 Regular Sessions

# SENATE — ASSEMBLY

### March 2, 1971

IN SENATE—Introduced by Messrs. CALANDRA, BERNSTEIN, BLOOM, BOOKSON, BRONSTON, CONKLIN, FERRARO, GOLDIN, GOODMAN, KNORR, LENTOL, LEWIS, MARCHI, GIORDANO—read twice and ordered printed, and when printed to be committed to the Committee on City of New York—reported favorably from said committee, committed to Committee of the Whole, amended in Committee of the Whole, ordered to a third reading, and to be reprinted as amended, retaining its place in its order of third reading

IN ASSEMBLY—Introduced by Mr. HECHT—Multi-Sponsored by—Messrs. STEINGUT, Miss GUNNING, MONDELLO, CHANANAU, MERCORELLA, LERNER, HOCHBERG, H. A. POSNER, H. J. MILLER, RODELL, DiCARLO, STRELZIN, SCHMIDT, BATTISTA, M. H. MILLER, GALLAGHER, KOPPELL, SHAROFF, RICCIO, RUSSO, DiFALCO, FLACK, SOLARZ, COOPERMAN, GOLD, MIRTO, STAVISKY, FINK, CALABRETTA, KUNZEMAN, KELLY, LOPRESTO, AMANN, STELLA, SIMON, VERDERAME, STEIN, LAMA, SILVERMAN, CINCOTTA, GRIECO, WALSH—read once and referred to the Committee on City of New York—reported from committee, advanced to a third reading, amended and ordered reprinted, retaining its place on the order of third reading

## AN ACT

To amend the education law, in relation to the establishment and maintenance of special high schools in the city of New York

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

EXPLANATION—Matter in *italics* is new; matter in brackets [ ] is old law to be omitted.

2

1  Section 1. Section twenty-five hundred ninety-g of the educa-
2  tion law is hereby amended by adding thereto a new subdivision,
3  to be subdivision twelve, to read as follows:
4    *12. (a) Establish and maintain special high schools which shall*
5  *include the present high schools known as:*
6    *The Bronx High School of Science, Stuyvesant High School,*
7  *Brooklyn Technical High School and Fiorello H. LaGuardia High*
8  *School of Music and the Arts and such further high schools which*
9  *the city board may designate from time to time.*
10   *(b) Admissions to the Bronx High School of Science, Stuyvesant*
11 *High School and Brooklyn Technical High School and such similar*
12 *further special high schools which may be established shall be solely*
13 *and exclusively by taking a competitive, objective and scholastic*
14 *achievement examination, which shall be open to each and every*
15 *child in the city of New York in either the eighth or ninth year*
16 *of study, without regard to any school district wherein the child*
17 *may reside. No candidate may be admitted to a special high school*
18 *unless he has successfully achieved a score above the cut-off score*
19 *for the openings in the school for which he has taken the examina-*
20 *tion. The cut-off score shall be determined by arranging the scores*
21 *of all candidates who took the examination and who then commit*
22 *themselves to attend the school in descending order from the high-*
23 *est score and counting down to the score of the first candidate*
24 *beyond the number of openings available.*
25   *(c) Candidates for admission to the Fiorello H. LaGuardia High*
26 *School of Music and the Arts, and other schools which may be estab-*
27 *lished with similar programs in the arts, shall be required to pass*

3

1 *competitive examinations in music and/or the arts in addition to*
2 *presenting evidence of satisfactory achievement.*
3   *(d) The special schools shall be permitted to maintain a discovery*
4 *program to give disadvantaged students of demonstrated high*
5 *potential an opportunity to try the special high school program*
6 *without in any manner interfering with the academic level of these*
7 *schools. A student may be considered for the discovery program*
8 *provided the student: (1) be one of those who takes the regular*
9 *entrance examination but scores below the cut-off score, (2) is cer-*
10 *tified by his local school as disadvantaged, (3) is recommended by*
11 *his local school as having high potential for the special high school*
12 *program, and (4) attends and then passes a summer preparatory*
13 *program administered by the special high school, demonstrating*
14 *thereby his ability to successfully cope with the special high school*
15 *program. All students recommended by their local school for such*
16 *a discovery program are to be arranged on a list according to their*
17 *entrance examination scores, in descending order, from the highest*
18 *to the lowest. Each special high school will then consider candi-*
19 *dates in turn, starting at the top of the list for that school. A can-*
20 *didate reached for consideration on the basis of his examination*
21 *score will be accepted for admission to the discovery program only*
22 *if his previous school record is satisfactory. Any discovery pro-*
23 *gram admissions to a special high school shall not exceed fourteen*
24 *(14) per cent of the number of students scoring above the cut-off*
25 *score and admitted under the regular procedure prescribed by para-*
26 *graphs (b) and (c) of this subdivision.*
27   § 2. This act shall take effect on the first day of January, nine-
28 teen hundred seventy-two.