# EXHIBIT 1

Class Entering September 2017 Offers by Race Under the Prior DOE Discovery Program and the Revised DOE Discovery Program

| Expanded and Adjusted Discovery Models | # of Students | Asian | Black | Hispanic | White | Other* |
|---|---|---|---|---|---|---|
| 2017 SHSAT Offers Only | 5,078 | 52.5% | 3.8% | 6.5% | 28.0% | 9.2% |
| 2017 SHSAT Offers + Summer 2017 Discovery | 5,281 | 53.0% | 4.0% | 6.8% | 27.2% | 9.0% |
| SHSAT Offers + ~20% of Seats for Discovery with 60% ENI floor | 5,215 | 50.9% | 6.4% | 10.2% | 24.7% | 7.8% |

* Multiple race categories not represented.