EXHIBIT 3A

**Class Entering September 2018 Offers by Race and School ENI**

| Ethnicity | Students attending schools with an ENI below 60% | Students attending schools with an ENI of 60% or greater | No ENI available for student[1] | Total |
|---|---|---|---|---|
| Asian | 1,474 | 1,060 | 1 | 2,535 |
| % of Asian | 58.15% | 41.81% | 0.04% | 100.00% |
| Black | 68 | 104 | 0 | 172 |
| % of Black | 39.53% | 60.47% | 0.00% | 100.00% |
| Hispanic | 154 | 143 | 1 | 298 |
| % of Hispanic | 51.68% | 47.99% | 0.34% | 100.00% |
| Other[2] | 147 | 22 | 9 | 178 |
| % of Other | 82.58% | 12.36% | 5.06% | 100.00% |
| Private School attendees | 0 | 0 | 659 | 659 |
| % of Private | 0.00% | 0.00% | 100.00% | 100.00% |
| White | 1,043 | 182 | 1 | 1,226 |
| % of White | 85.07% | 14.85% | 0.08% | 100.00% |
| Total | 2,886 | 1,511 | 671 | 5,068 |
| % of Total | 56.95% | 29.81% | 13.24% | 100.00% |

[1] Students attending private schools or public school students who do not attend a DOE district school or a charter school due to being home schooled, etc.

[2] Multiple race categories not represented.