# EXHIBIT 3B

### Class Entering September 2017 Offers by Race and School ENI

| Ethnicity | Students attending schools with an ENI below 60% | Students attending schools with an ENI of 60% or greater | No ENI available for student[1] | Total |
|---|---|---|---|---|
| Asian | 1,493 | 1,075 | 0 | 2,568 |
| % of Asian | 58.14% | 41.86% | 0.00% | 100.00% |
| Black | 68 | 109 | 0 | 177 |
| % of Black | 38.42% | 61.58% | 0.00% | 100.00% |
| Hispanic | 150 | 151 | 1 | 302 |
| % of Hispanic | 49.67% | 50.00% | 0.33% | 100.00% |
| Other[2] | 69 | 20 | 6 | 95 |
| % of Other | 72.63% | 21.05% | 6.32% | 100.00% |
| Private school attendees | 0 | 0 | 670 | 670 |
| % of Private | 0.00% | 0.00% | 100.00% | 100.00% |
| White | 1,079 | 185 | 3 | 1,267 |
| % of White | 85.16% | 14.60% | 0.24% | 100.00% |
| Total | 2,859 | 1,540 | 680 | 5,079 |
| % of Total | 56.29% | 30.32% | 13.39% | 100.00% |

---

[1] Students attending private schools or public school students who do not attend a DOE district school or a charter school due to being home schooled, etc.

[2] Multiple race categories not represented.