EXHIBIT 3C

## Class Entering September 2018 Test Takers by Race and School ENI

| Ethnicity | Students attending schools with an ENI below 60% | Students attending schools with an ENI of 60% or greater | No ENI available for student[1] | Total |
|---|---|---|---|---|
| Asian | 3,546 | 4,974 | 3 | 8,523 |
| % of Asian | 41.61% | 58.36% | 0.04% | 100.00% |
| Black | 1,076 | 4,361 | 1 | 5,438 |
| % of Black | 19.79% | 80.19% | 0.02% | 100.00% |
| Hispanic | 1,184 | 5,001 | 2 | 6,187 |
| % of Hispanic | 19.14% | 80.83% | 0.03% | 100.00% |
| Other[2] | 325 | 296 | 20 | 641 |
| % of Other | 50.70% | 46.18% | 3.12% | 100.00% |
| Private school attendees | 0 | 0 | 2794 | 2,794 |
| % of Private | 0.00% | 0.00% | 100.00% | 100.00% |
| White | 3,268 | 1,475 | 8 | 4,751 |
| % of White | 68.79% | 31.05% | 0.17% | 100.00% |
| Total | 9,399 | 16,107 | 2828 | 28,334 |
| % of Total | 33.17% | 56.85% | 9.98% | 100.00% |

---

[1] Students attending private schools or public school students who do not attend a DOE or charter schools due to being home schooled, etc.

[2] Multiple race categories not represented.