**EXHIBIT 1**

| School Name | % Asian | | | | | % Black | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1995-96 | 2000-01 | 2005-06 | 2010-11 | 2015-16 | 1995-96 | 2000-01 | 2005-06 | 2010-11 |
| Bronx High School of Science | 38% | 44% | 51% | 62% | 62% | 10% | 8% | 5% | 3% |
| Brooklyn Technical High School | 29% | 39% | 48% | 60% | 60% | 30% | 23% | 15% | 11% |
| High School for Mathematics, Science, and Engineering at | - | - | 25% | 31% | 35% | - | - | 19% | 18% |
| High School of American Studies at Lehman College | - | - | 20% | 16% | 22% | - | - | 23% | 13% |
| Queens High School for the Sciences at York College | - | - | 52% | 71% | 77% | - | - | 20% | 12% |
| Staten Island Technical High School | 15% | 14% | 13% | 30% | 43% | 2% | 3% | 1% | 2% |
| Stuyvesant High School | 48% | 50% | 58% | 72% | 73% | 4% | 3% | 2% | 1% |
| The Brooklyn Latin School | - | - | - | 36% | 40% | - | - | - | 29% |
| ALL SPECIALIZED HS STUDENTS | 35% | 42% | 47% | 59% | 60% | 17% | 12% | 9% | 7% |



Specialized High Schools Demographics, 2000-2

| 2015-16 | % Hispanic | | | | | % White | | | | | % Other/Unkno | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1995-96 | 2000-01 | 2005-06 | 2010-11 | 2015-16 | 1995-96 | 2000-01 | 2005-06 | 2010-11 | 2015-16 | 1995-96 | 2000-01 | 2005-06 |
| 2% | 8% | 10% | 6% | 8% | 5% | 35% | 37% | 28% | 26% | 21% | 8% | 0% | 9% |
| 8% | 12% | 12% | 8% | 8% | 7% | 15% | 26% | 24% | 21% | 21% | 14% | 0% | 5% |
| 10% | - | - | 27% | 24% | 23% | - | - | 24% | 25% | 27% | - | - | 5% |
| 4% | - | - | 24% | 21% | 15% | - | - | 32% | 48% | 56% | - | - | 0% |
| 5% | - | - | 10% | 8% | 10% | - | - | 10% | 9% | 7% | - | - | 8% |
| 1% | 8% | 6% | 3% | 5% | 4% | 72% | 77% | 68% | 63% | 51% | 4% | 0% | 15% |
| 1% | 3% | 4% | 3% | 3% | 3% | 41% | 43% | 36% | 24% | 19% | 4% | 0% | 1% |
| 17% | - | - | - | 21% | 14% | - | - | - | 13% | 14% | - | - | - |
| 5% | 9% | 9% | 7% | 8% | 7% | 30% | 37% | 31% | 26% | 23% | 10% | 0% | 6% |



2015-16

- % Other
- % White
- % Hispanic
- % Black
- % Asian

| wn | |
|---|---|
| 2010-11 | 2015-16 |
| 0% | 9% |
| 0% | 4% |
| 1% | 5% |
| 2% | 4% |
| 0% | 1% |
| 0% | 0% |
| 0% | 4% |
| 2% | 15% |
| 0% | 5% |