

January 22, 2019

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Christa McAuliffe Intermediate School PTO, Inc. v. Bill De Blasio*, 18 CV11657 (ER)(OTW)

Your Honor:

    We represent Plaintiffs in the above-referenced action. We recently consented to Defendants' motion to file a brief up to 35 pages in length in response to our motion for a preliminary injunction. In return, Defendants consented to a 15 page reply brief. We hereby move the Court for permission to file a 15 page reply brief.

Sincerely,

*Christopher M. Kieser*

JOSHUA P. THOMPSON\*
WENCONG FA\*
OLIVER J. DUNFORD\*
CHRISTOPHER M. KIESER\*
Counsel for Plaintiffs

\**Pro hac Vice* pending