UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTA McAULIFFE INTERMEDIATE SCHOOL PTO, INC.; CHINESE AMERICAN CITIZENS ALLIANCE OF GREATER NEW YORK; ASIAN AMERICAN COALITION FOR EDUCATION; PHILLIP YAN HING WONG; YI FANG CHEN; and CHI WANG,

Plaintiffs,

– against –

BILL DE BLASIO, in his official capacity as Mayor of New York; and RICHARD A. CARRANZA, in his official capacity as Chancellor of the New York City Department of Education,

Defendants.

**ORDER**

18 Civ. 11657 (ER)

Ramos, D.J.:

    In their reply papers, Plaintiffs Christa McAuliffe Intermediate School PTO, Inc. ("PTO"), Chinese American Citizens Alliance of Greater New York ("CACAGNY"), and Asian American Coalition For Education ("AACE") (jointly, "Plaintiffs") state that upon the request of the Court, they are able to provide additional evidence that PTO, CACAGNY, and AACE have had to spend resources, outside of filing this lawsuit, to counteract the challenged changes to the Discovery program. Doc. 55 at 4 n.4. The Court hereby orders Plaintiffs to provide such evidence to the Court by close of business, **February 8, 2019**.

SO ORDERED.

Dated:    February 4, 2019
            New York, New York

                                                        Edgardo Ramos, U.S.D.J.