SECOND DECLARATION OF WAI WAH CHIN

I, WAI WAH CHIN, declare as follows:

1. The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment on the matter.

2. I am the president of the Chinese American Citizens Alliance of Greater New York (CACAGNY). CACAGNY is the New York chapter of the Chinese American Citizens Alliance. Founded in 1895, Chinese American Citizens Alliance is the oldest Asian American advocacy group in the United States.

3. CACAGNY's mission is to empower Chinese Americans, as citizens of the United States of America, by advocacy for Chinese-American interests based on the principles of fairness and equal opportunity, and guided by the ideals of patriotism, civility, dedication to family and culture, and the highest ethical and moral standards.

4. Consistent with that mission, CACAGNY has supported the specialized high schools and advocated against changing the standards to pursue racial diversity at the expense of Asian-American children. As early as August 2017, CACAGNY surveyed Chinese-American candidates running for New York City office to determine their position on the Specialized High School Admissions Test (SHSAT). *See* http://nebula.wsimg.com/8e9f33f06f854f4c5f5aa47c60f5c720?AccessKeyId=45A6F09DA41DB93D9538&disposition=0&alloworigin=1.

5. Since CACAGNY became active in 2016, it has been more active on specialized high school admissions than any other issue.

6. Since Mayor de Blasio and Chancellor Carranza announced their plan to overhaul specialized high school admissions on June 3, 2018, CACAGNY members have spent thousands of hours organizing events, speaking at public forums, lobbying legislators, doing research, analyzing data, formulating public statements, and making contacts with like-minded groups as part of CACAGNY's effort to oppose changes to the specialized high school admissions process that would hurt Chinese-American New Yorkers.

7. CACAGNY is not a high-budget organization. It is run entirely by volunteers. Nevertheless, CACAGNY spent approximately $2,800 organizing various events and rallies in an attempt to shift public opinion on the Mayor and Chancellor's specialized high schools policy. This amount does not include expenditures of time and money by volunteers that made our events possible.

8. On June 4, 2018, the day after Mayor de Blasio and Chancellor Carranza announced the expansion of Discovery and desired repeal of Hecht-Calandra, CACAGNY issued a statement in opposition. With respect to the Discovery expansion, it said de Blasio's "proposal to expand vastly the Discovery Program and set aside 20% of the seats for selected students who fail to meet the admission scores is unfair and unjust to the thousands of students who score higher than these favored students and would have otherwise been admitted." Further, CACAGNY's statement noted that "[m]ore than half the students in the Specialized High Schools qualify as poor. Many are immigrants who rely on the objectivity guaranteed by Hecht-Calandra to compete on a level playing field for educational opportunities. Despite his denials, Bill de Blasio's proposals target Asian American kids and callously toss out their hard-won achievements."

9. That same day, CACAGNY members (including me) joined community leaders at Golden Imperial Palace restaurant at 618 62nd Street, Brooklyn, to protest the changes. *See* http://www.cacagny.org/20180604_shameondeblasiophotosjun04b.html.

10. On June 5, 2018, CACAGNY helped to organize a rally in front of City Hall to protest the specialized high school admissions changes. Hundreds of Asian-American parents attended. *See* http://www.cacagny.org/20180604_shameondeblasiophotosjun05.html.

11. On June 6, 2018, I represented CACAGNY at a meeting with Brooklyn borough president Eric Adams at Park Asia, 6521 8th Avenue in Brooklyn. I explained our position that the plans to reorganize specialized high school admissions unduly penalize Asian-American children and serve to mask the real problem of the City's failing K-8 education system. My exchange with Mr. Adams is available at https://www.youtube.com/watch?v=9aKWH_Z7g-4.

12. Also on June 6, 2018, CACAGNY issued a statement demanding an apology for Chancellor Carranza's statement "I just don't buy into the narrative that any one ethnic group owns admissions to these schools." Our full statement is available here: http://nebula.wsimg.com/07578372485d82f9f56fa237a6ea5811?AccessKeyId=45A6F09DA41DB93D9538&disposition=0&alloworigin=1.

13. On June 10, 2018, we sponsored an event in front of City Hall in conjunction with the Coalition of Asian-Americans for Civil Rights in support of the specialized high schools and merit-based admissions criteria. Five thousand Asian-American citizens, parents, and students demonstrated. We emphasized that the City should do more to fix K-8 education so that everyone could be prepared to pass the SHSAT. Pictures of the CACAGNY event

are available at this link:

http://www.cacagny.org/20180604_shameondeblasiophotosjun10.html.

14. On June 13, 2018, CACAGNY members joined Korean-Americans in the Murray Hill neighborhood of Queens to protest Mayor de Blasio and Chancellor Carranza's policies towards the specialized high schools. Pictures of that event are here:

http://www.cacagny.org/20180604_shameondeblasiophotosjun13.html.

15. On June 15, 2018, CACAGNY members helped organize the Children's March across the Brooklyn Bridge to City Hall to protest changes to the specialized high school admissions process. I addressed the media at this event, and several CACAGNY members spoke to the crowd. Again, we focused our arguments on the City's lagging K-8 education and that changing admissions criteria for the specialized high schools would not solve that issue. Pictures of this event are here:

http://www.cacagny.org/20180604_shameondeblasiophotosjun15.html. A video of the march across the bridge is available here: https://www.youtube.com/watch?v=TBZtNJZkLm4.

16. On June 16, 2018, I joined CACAGNY members at an event with State Assemblyman William Colton of Brooklyn. We focused our discussion on "treating the problem" (the proficiency of K-8 schools) instead of the symptom (the racial makeup of the specialized high schools). I sat with Assemblyman Colton at the front and addressed the room. Pictures of this event are available here:

http://www.cacagny.org/20180604_shameondeblasiophotosjun16.html.

17. On June 21, 2018, CACAGNY joined with the Square Deal Committee at a protest in Bayside, Queens, against the Mayor and Chancellor's proposals to alter specialized high

school admissions. The protest was timed to occur before a meeting of the Community Education Council (CEC) for District 26, which includes parts of Queens. A CACAGNY official issued a statement directed at the CEC urging it to pass a resolution opposed to Discovery expansion and elimination of the SHSAT. That statement can be found here: http://nebula.wsimg.com/06c463648b68af863493f63f94f4aed6?AccessKeyId=45A6F09DA41DB93D9538&disposition=0&alloworigin=1. Partly as a result of CACAGNY's activism, the District 26 CEC endorsed a resolution opposing all changes to the process, including the 20 percent Discovery set-aside, at its next meeting on July 5. *See* http://www.qchron.com/editions/north/cec-votes-against-mayor-s-plan-to-kill-the-shsat/article_fdf7bbf2-8168-11e8-a565-d36e35983137.html. CACAGNY's page referencing our District 26 activism can be found here: http://www.cacagny.org/20180604_shameondeblasiophotosjun21.html.

18. On June 24, 2018, CACAGNY joined South Asian allies including the Indian Diaspora Council (IDC) at Queens Borough Hall for a rally against specialized high school admissions changes. Along with the IDC, we endorsed expanding the available number of specialized high school seats. CACAGNY's page for the event is here: http://www.cacagny.org/20180604_shameondeblasiophotosjun24.html.

19. On July 12, 2018, CACAGNY issued a statement supporting a resolution sponsored by City Councilman Robert Holden to expand access to Gifted and Talented programs in New York City's elementary and intermediate schools. CACAGNY supported the resolution "as a path to better education and a better pipeline for all groups of students, regardless of background, to excel and enter the best high schools in the city." Our full statement is here: http://nebula.wsimg.com/b1a77f44bfa2c4a8e7609d1e34059c54?AccessKeyId=45A6F09DA41DB93D9538&disposition=0&alloworigin=1.

20. On July 31, 2018, CACAGNY issued a statement supporting companion bills in both Houses of the New York legislature corresponding to Councilman Holden's Gifted and Talented resolution. The bills were introduced by Senator Tony Avella and Assemblyman William Colton. CACAGNY accompanied the legislators to City Hall to announce the proposed bills. These bills, along with Councilman Holden's resolution, represented CACAGNY's attempt to counteract the Mayor and Chancellor's policies by supporting those that would, in our words, help ensure "that all NYC students interested in pursuing high academic achievement have access to these programs will raise many students who are being left behind, particularly in Black and Hispanic communities." Our full statement can be found here: http://nebula.wsimg.com/174cd959d4b47a2cbeb9c1aaf05c8591?AccessKeyId=45A6F09DA41DB93D9538&disposition=0&alloworigin=1.

Pictures and coverage of the event can be found here:

http://www.cacagny.org/20180731_3billsrally.html

21. On September 9, 2018, CACAGNY sponsored a rally at Foley Square to protest changes to the specialized high school admissions criteria. Hundreds of parents and children participated and multiple elected officials appeared. Pictures and coverage of the event can be found here: http://www.cacagny.org/20180909_foleysquarerally.html.

22. On September 26, 2018, CACAGNY hosted Marc Molinaro, the Republican candidate for governor of New York, for a tour of Chinatown. Molinaro expressed his support for the SHSAT and opposition to the Mayor and Chancellor's changes to the specialized high school admissions process.

23. Between October 2018 and January 2019, CACAGNY members participated in activism designed to influence various CECs, including Districts 1, 2, 3, 15, 20, 24, 25, 26, and 30,

to oppose the specialized high school admissions changes. My speeches are here: https://www.youtube.com/watch?v=OLfnqCYFGr0 (District 2 CEC, December 3); https://www.youtube.com/watch?v=vY-0nf7HAll&feature=youtu.be (District 30 CEC, November 19). A CACAGNY member made a presentation to the District 3 CEC which can be found here: http://nebula.wsimg.com/9bc7f1ca90f4ca7065d4578aa1ccc8f6?AccessKeyId=45A6F09DA41DB93D9538&disposition=0&alloworigin=1. This presentation discussed the impact of the Discovery expansion and the elimination of the SHSAT.

24. On January 25, 2019, in conjunction with the IS 187 PTO, CACAGNY hosted a press conference with Assemblywoman Malliotakis and IS 187 parents. The Assemblywoman pledged to support expanded Gifted and Talented programs and stronger K-8 education to give all students a better opportunity to pass the SHSAT. We issued a press release that can be found here: http://nebula.wsimg.com/719daa55990f4bc79f7982b7463bfa61?AccessKeyId=45A6F09DA41DB93D9538&disposition=0&alloworigin=1. Pictures of the event can be found here: http://www.cacagny.org/20190125_malliotakisis187.html.

25. As these efforts demonstrate, CACAGNY has expended significant time and energy to counteract the Mayor and Chancellor's effort to change the admissions criteria for the specialized high schools. Thousands of volunteer hours went into our efforts not only to oppose these policies, but to support ones we believe would provide better access to great schools for children of all races. The above list of events and rallies only captures part of the time and energy CACAGNY and its members have deployed to counteract the changes to the specialized high school admissions process.

26. If no changes to the specialized high school admissions process had been proposed, CACAGNY could have spent this time organizing and advocating for other issues important to New York's Chinese-American community.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of February 2019, at 311 Greenwich St New York, NY 10013.

WAI WAH CHIN