# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA McAULIFFE INTERMEDIATE SCHOOL PTO, INC.; CHINESE AMERICAN CITIZENS ALLIANCE OF GREATER NEW YORK; ASIAN AMERICAN COALITION FOR EDUCATION; PHILLIP YAN HING WONG; YI FANG CHEN; and CHI WANG, | 18 Civ. 11657 (ER) <br><br> **NOTICE OF APPEAL** |
| Plaintiffs, | |
| -against- | |
| BILL DE BLASIO, in his official capacity as Mayor of New York; and RICHARD A. CARRANZA, in his official capacity as Chancellor of the New York City Department of Education, | |
| Defendants. | |

Notice is hereby given that Plaintiffs Christa McAuliffe Intermediate School PTO, Inc., Chinese American Citizens Alliance of Greater New York, Asian American Coalition for Education, and Phillip Yan Hing Wong appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on February 25, 2019, denying Plaintiffs' motion for a preliminary injunction and denying in part Plaintiffs' motion for judicial notice.

DATED: March 1, 2019.

                              Respectfully Submitted,

                              S/ Joshua P. Thompson
JOSHUA P. THOMPSON, Cal. Bar No. 250955*
WENCONG FA, Cal. Bar No. 301679*
OLIVER J. DUNFORD, Cal Bar No. 320143*
CHRISTOPHER M. KIESER, Cal. Bar. No. 298486*
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
E-Mail: JThompson@pacificlegal.org
E-Mail: WFa@pacificlegal.org
E-Mail: ODunford@pacificlegal.org
E-Mail: CKieser@pacificlegal.org

*Counsel for Plaintiffs*

\*Pro Hac Vice