UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC., et al.,<br><br>   *Plaintiffs,*<br><br> v.<br><br>BILL DE BLASIO, in his official capacity as mayor of New York, et al.,<br><br>   *Defendants,*<br><br> -and-<br><br>TEENS TAKE CHARGE; HISPANIC FEDERATION; DESIS RISING UP AND MOVING; O.B, a minor by and through his mother and next friend, ELIZABETH PIERRET; A.S., a minor by and through his father and next friend, ODUNLAMI SHOWA; C.M., a minor by and through his mother and next friend, ROSA VELASQUEZ; K.B., a minor by and through her mother and next friend, TIFFANY M. BOND; N.E.F. and N.D.F., minor children by and through their mother and next friend, LAUREN R. MAHONEY,<br><br>   *Proposed Defendant-Intervenors.* | Case No. 1:18-cv-11657 |

## NOTICE OF APPEARANCE

Please enter the appearance of Liliana Zaragoza, Assistant Counsel, NAACP Legal Defense & Educational Fund, Inc., as attorney for Proposed Defendant-Intervenors Teens Take Charge; Hispanic Federation; Desis Rising Up And Moving; O.B, a minor by and through his mother and next friend, Elizabeth Pierret; A.S., a minor by and through his father and next friend, Odunlami Showa; C.M., a minor by and through his mother and next friend, Rosa Velasquez; K.B., a minor by and through her mother and next friend, Tiffany M. Bond; N.E.F. and N.D.F., minor

children by and through their mother and next friend, Lauren R. Mahoney, in the above captioned action.

                                        Respectfully submitted,

Dated: March 29, 2019  
New York, New York

/s/ Liliana Zaragoza  
Liliana Zaragoza  
Bar No. LZ6087  
NAACP LEGAL DEFENSE &  
    EDUCATIONAL FUND, INC  
40 Rector Street, 5th Floor  
New York, NY 10006  
Tel: (212) 965.2200  
Fax: (212) 226.7592  
lzaragoza@naacpldf.org

**CERTIFICATE OF SERVICE**

I certify that on March 29, 2019, I filed the foregoing NOTICE OF APPEARANCE electronically via the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Liliana Zaragoza
Liliana Zaragoza
Bar No. LZ6087
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965.2200
Fax: (212) 226.7592
lzaragoza@naacpldf.org