AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Christa McAuliffe Intermediate School PTO, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cv-11657 |
| Bill de Blasio, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All proposed Defendant-Intervenors                                                                             .

Date:     03/28/2019

/s/ Sarah Hinger
*Attorney's signature*

Sarah Hinger
*Printed name and bar number*
American Civil Liberties Union Foundation
125 Broad Street, Fl 18
New York, NY 10004

*Address*

shinger@aclu.org
*E-mail address*

(212) 519-7882
*Telephone number*

(212) 549-2654
*FAX number*