AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Christa McAuliffe Intermediate School PTO, Inc., et a | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    18-cv-11657 |
| Bill de Blasio, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All proposed Defendant-Intervenors                                                                                                          .

Date:      03/28/2019

/s/ Nusrat Choudhury
*Attorney's signature*

Nusrat Choudhury
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, Fl 18
New York, NY 10004

*Address*

nchoudhury@aclu.org
*E-mail address*

(212) 519-7876
*Telephone number*

(212) 549-2654
*FAX number*