**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC., et al., | Case No. 1:18-cv-11657-ER |
| Plaintiffs, | |
| -against- | **MOTION FOR ADMISSION PRO HAC VICE** |
| BILL DE BLASIO, in his official capacity as Mayor of New York City, et al., | |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, GLENN E. ROPER hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Christa McAuliffe Intermediate School PTO, Inc., et al., in the above-captioned action.

I am in good standing in the bar of the state of Colorado, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

DATED: May 13, 2019.

Respectfully Submitted,

*/s/ Glenn E. Roper*
GLENN E. ROPER
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: 916.419.7111
Facsimile: 916.419.7747
GERoper@pacificlegal.org

*Attorney for Plaintiffs*