UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC., et al., | Case No. 1:18-cv-11657-ER |
| Plaintiffs, | |
| -against- | DECLARATION OF GLENN E. ROPER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |
| BILL DE BLASIO, in his official capacity as Mayor of New York City, et al., | |
| Defendants. | |

I, GLENN E. ROPER, declare:

1. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath.

2. I am an attorney for Plaintiffs Christa McAuliffe Intermediate School PTO, Inc., et al. My office address and telephone number are: Pacific Legal Foundation, 1745 Shea Center Drive, Suite 400, Highlands Ranch, Colorado 80129; 916.419.7111.

3. I am a member in good standing of the State Bar of Colorado (No. 38723).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

\* \* \*

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on this 13th day of May, 2019, in Highlands Ranch, Colorado.

                                          */s/ Glenn E. Roper*
                                            GLENN E. ROPER