UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BILL DE BLASIO, in his official capacity as mayor of New York, et al.,<br><br>*Defendants,*<br><br>and<br><br>TEENS TAKE CHARGE; HISPANIC FEDERATION; DESIS RISING UP AND MOVING; COALITION FOR ASIAN AMERICAN CHILDREN AND FAMILIES; O.R., a minor by and through his mother and next friend, ELIZABETH PIERRET; A.S., a minor by and through his father and next friend, ODUNLAMI SHOWA; C.M., a minor by and through his mother and next friend, ROSA VELASQUEZ; K.B., a minor by and through her mother and next friend, TIFFANY M. BOND; N.D.F. and N.E.F., minor children by and through their mother and next friend, LAUREN R. MAHONEY,<br><br>*Proposed Defendant-Intervenors.* | Case No. 1:18-cv-11657 |

**DECLARATION OF RACHEL M. KLEINMAN**

RACHEL M. KLEINMAN declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 18 and competent to make this declaration. I am an attorney with the NAACP Legal Defense & Educational Fund, Inc., and am admitted to practice law in this Court. I submit this declaration on behalf of the Proposed Defendant-Intervenors to provide the Court true and correct copies of certain documents submitted in connection with Proposed Defendant-Intervenors' Motion to Intervene.

2. A true and correct copy of the Declaration of O.R., dated March 22, 2019, is attached hereto as Exhibit 1.

3. A true and correct copy of the Declaration of Odunlami Showa, dated March 19, 2019, is attached hereto as Exhibit 2.

4. A true and correct copy of the Declaration of Rosa Velasquez, dated March 20, 2019, is attached hereto as Exhibit 3.

5. A true and correct copy of the Declaration of Tiffany M. Bond, dated March 28, 2019, is attached hereto as Exhibit 4.

6. A true and correct copy of the Declaration of Lauren R. Mahoney, dated March 28, 2019, is attached hereto as Exhibit 5.

7. A true and correct copy of the Declaration of B.M. (Teens Take Charge), and exhibits attached thereto, dated March 21, 2019, is attached hereto as Exhibit 6.

8. A true and correct copy of the Declaration of Nayim Islam (Desis Rising Up and Moving), dated April 5, 2019, is attached hereto as Exhibit 7.

9. A true and correct copy of the Declaration of Jose Calderon (Hispanic Federation), and exhibits attached thereto, dated April 2, 2019, is attached hereto as Exhibit 8.

10. A true and correct copy of the Declaration of Anita Gundanna (Coalition for Asian American Children and Families) and exhibits attached thereto, dated April 30, 2019, is attached hereto as Exhibit 9.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2019

*s/ Rachel M. Kleinman*
Rachel M. Kleinman