# Exhibit 8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHRISTA MCAULIFFE
INTERMEDIATE SCHOOL PTO, INC., et al.,

*Plaintiffs,*

v.

BILL DE BLASIO, in his official capacity
as mayor of New York, et al.,

*Defendants,*

and

TEENS TAKE CHARGE; HISPANIC
FEDERATION; DESIS RISING UP AND
MOVING; O.B, a minor by and through his mother
and next friend, ELIZABETH PIERRET; A.S., a
minor by and through his father and next friend,
ODUNLAMI SHOWA; C.M., a minor by and
through his mother and next friend, ROSA
VELASQUEZ; K.B., a minor by and through her
mother and next friend, TIFFANY M. BOND;
N.E.F. and N.D.F., minor children by and through
their mother and next friend, LAUREN R.
MAHONEY,

*Defendant-Intervenors.*

Case No. 1:18-cv-11657

**DECLARATION OF JOSE CALDERON**

Jose Calderon, pursuant to 28 U.S.C. § 1746, declares as follows:

1)      I am the Executive Director of the Hispanic Federation ("HF"), a Proposed Defendant-Intervenor in the above captioned case. I have been HF's Executive Director for seven years. I have worked for HF in various capacities for more than eighteen years.

2)      I am acutely aware of the dearth of Latinx students at the prestigious publicly funded Specialized High Schools, even though they comprise more than 40 percent of public school students.

1

3)      HF, which I lead, is a nonprofit membership organization that supports Hispanic families and strengthens Latinx institutions through work in areas, such as education, immigration, civic engagement and economic empowerment.

4)      HF's network of organizations has over 100 Latinx grassroots and nonprofits, many of which have students who attend middle schools that would benefit from an expanded Discovery Program enhancing their chances of admission to the Specialized High Schools. HF, as set forth below, has promoted the benefits of the Discovery Program, provided workshops on topics of interest to students, including gaining admission to the Specialized High Schools.

5)      HF has been committed, for nearly two decades, to advancing educational equity, promoting racial diversity and diminishing racial isolation for students of color, particularly Latinx students. HF promotes its education objectives through several initiatives, including Pathways to Academic Excellence with its Pathways to College Prep and Pathways for Early Childhood Literacy components, and forums and townhalls. In 2018 alone, through these initiatives and in collaboration with the New York City Department of Education, HF served more than 5,000 students, parents or caregivers and community members.

6)      On October 9, 2018, for example, HF hosted a Hispanic Education Summit, which focused on a range of issues, including increasing diversity, desegregating New York City's public schools and fostering pathways to college for Latinx students. At the event, Chancellor Carranza spoke about remedying the exclusion of Latinx and Black students from Specialized High Schools by eliminating the Specialized High Schools Admission Test—the single test determinant of admission—by promoting economic and geographic diversity and by expanding summer programs. *See* Exhibit A (Alex Zimmerman & Reema Amin, *Carranza says the city could get rid of the SHSAT at 5 Specialized Schools on its own, contradicting de Blasio*, Chalkbeat (October 9, 2018)).

7)      In August 2018, in partnership with the New York City Department of Education, HF held a first-of-its-kind Spanish Specialized High School Information Session and fair—keynoted by Chancellor Carranza—at the Bronx High School of Science—a Specialized High School—aimed at bridging the information gap between Latinx students and their counterparts seeking admission to the Specialized High Schools. The workshop helped Limited and non-English speaking community members learn about the Discovery Program as a pathway for preparing their students to gain admission to the Specialized High Schools. *See* Exhibit B (informational flyer).

8)      Also, in 2018, HF held a Back-to-School Town Hall at Washington Heights in collaboration with Univision and ABC. The workshop, like others, focused on expanding educational opportunities. Over the years, HF has conducted numerous educational forums highlighting barriers to educational opportunities for Latinx students, promoting initiatives that advance academic success, college readiness and retention of Latinx students in competitive institutions of secondary and higher learning.

9)      I believe that for far too long, discriminatory practices have limited the educational opportunities afforded to far too many of New York City's students. The paucity of Latinx and

Black students enrolled in the Specialized High Schools, even though both populations make up almost 70 percent of public school students, is an injustice that must end, and it is why HF seeks to intervene to support efforts to open the doors of opportunity of these elite institutions to more Latinx and Black students. It is the right thing to do and long overdue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⟨2⟩ day of April 2019

Jose Calderon

3

# Exhibit A

Case 1:18-cv-11657-ER   Document 102-8   Filed 06/27/19   Page 6 of 11

NEWSLETTERS

Locations ⌄   Topics ⌄   Connect ⌄   About Us ⌄

SPONSOR

AT ODDS

# Carranza says the city could get rid of the SHSAT at 5 specialized schools on its own, contradicting de Blasio

BY ALEX ZIMMERMAN, REEMA AMIN  ·  OCTOBER 9, 2018



PHOTO: *Alex Zimmerman*

Mayor Bill de Blasio and Chancellor Richard Carranza at City Hall

f

Case 1:18-cv-11633-ER   Document 102-8   Filed 06/27/19   Page 7 of 11

Schools Chancellor Richard Carranza said Tuesday that the education department could "probably" change the admissions requirements at five of the city's eight specialized high schools immediately, in an apparent contradiction to Mayor Bill de Blasio's position that such a move could invite a legal challenge.

SPONSOR

Carranza's comments, which came during a fiery speech at the Hispanic Education Summit, represent a rare break from the mayor. Carranza told the audience that the city could likely change the admissions requirements at those five schools, which weren't named in the 1971 state law creating the enrollment process at the elite schools. But Carranza suggested he would not push for those changes because the principals at those schools advised him against it.

"As I've met with the principals of those eight schools, I've actually listened to the people doing the work," Carranza added. "They said: 'don't break us up. We're a group. We have the same challenges, we have the same obstacles, don't break us up [...] I'm not going to break them up, mayor's not going to break them up."

Admission to eight of the city's elite high schools are governed by a single test, which advocates say disadvantages black and Hispanic students, who earn a small fraction of admissions offers to those schools. In a bid to integrate them, de Blasio announced a push to get rid of the single admissions test across all eight schools, but has long claimed that the city can't redesign the enrollment process at specialized schools without a vote from the state legislature.

In fact, just three specialized high schools are actually written into state law: Stuyvesant High School, Bronx High School of Science, and Brooklyn Technical High School — and many legal experts say the city could simply change the admissions

Case 1:18-cv-11633-ER Document 102-8 Filed 06/27/19 Page 8 of 11

standards at the five others, which were designated as specialized schools by the Bloomberg administration.

Carranza seemed to agree with that expert consensus Tuesday. "We have a law now with the state that says you have to use this one test for a subgroup of those schools," Carranza said. "'Now why wouldn't you just break them apart, Mr. Chancellor? You can do whatever you want with those five schools.' Probably."

City officials have previously argued that there are other reasons not to focus on changing the admissions rules at five of the eight specialized schools. For one, those five schools represent less than one-quarter of seats at all specialized high schools, which means that changing admissions requirements at those schools would not dramatically increase overall black and Hispanic enrollment. Another reason, officials said, is that it does not make sense to have different specialized high schools operate under different admissions rules.

Education department spokesman Will Mantell said in a statement that "New York City is the only school system that uses a single exam for admissions, and the Chancellor continues to believe that we need to eliminate the SHSAT for all eight specialized high schools."

Mantell said Carranza believes "state law is not entirely clear about the status of five of the specialized schools."

Spokespeople for Mayor de Blasio did not immediately respond to requests for comment.

---

**By Alex Zimmerman**   @AGZIMMERMAN   AZIMMERMAN@CHALKBEAT.ORG
**Reema Amin**   RAMIN@CHALKBEAT.ORG

---

IN THIS STORY: BILL DE BLASIO, CHANCELLOR CARRANZA, SHSAT, SPECIALIZED HIGH SCHOOLS

**f**

💬 **View Comments**

3/29/2019    Carranza says the city could get rid of the SHSAT at 5 specialized schools without help from Albany, contradicting de Blasio

Case 1:18-cv-11657-ER   Document 162-8   Filed 06/27/19   Page 9 of 11

# RELATED STORIES

**Chicago**                                                      *1 hour ago*

With Toni Preckwinkle trailing in polls, Chicago Teachers Union looks to critical battles ahead

**Newark**                                                      *8 hours ago*

Newark's traditional schools need more money, officials say, amid rising charter school costs

**Detroit**                                                      *1 day ago*

With contract talks in the works, Detroit's school leaders look to raise pay for veteran teachers



## Education news.
## In your inbox.
Email Address:

Email Address

Select Edition:

Rise & Shine Tennessee

SUBSCRIBE

Education news. In context.

About        Ethics        Contact        Events        Jobs        Become A Sponsor        Republish Our Stories        RSS

Work With Us        Donate

**More From:**

Chicago        Colorado        Detroit        Indiana        Newark        New York        Tennessee        National

# Exhibit B

# Your community, your voice, your language!

## SPANISH LANGUAGE INFORMATION SESSIONS ABOUT THE SPECIALIZED HIGH SCHOOL ADMISSIONS PROCESS



### You're invited to a free information session!

**If your child is a rising 5th, 6th, 7th and 8th grader:**
- ✓ Has a 3.5 or higher in the ELA or Math state exams and/or
- ✓ Is part of an academic program for honor students

- ✓ Come meet Specialized High School representatives
- ✓ Get information about local programs
- ✓ Listen to presentations in Spanish

  *Refreshments will be served.*

**WHEN:** August 16TH, 5:00PM & 6:30PM
*Doors open to the High School and Resource Fair at 4pm. Presentation starts at 5pm.*

**WHERE:** THE BRONX HIGH SCHOOL OF SCIENCE
75 WEST 205TH STREET
Bronx, NY, 10468
*For wheelchair access, enter through the parking lot in the back, then use the elevator.*

**Reserve your spot in advance! – LIMITED SPACE AVAILABLE**
**SIGN UP FOR A SESSION:**
- ▯ **Online:** http://sgiz.mobi/s3/High-School-Admissions-Workshop-Spanish
- ✉ **Via e-mail:** shsat@schools.nyc.gov
- ☏ **Or by phone:** 212-637-8080



NYC
**Department of Education**
Chancellor Richard A. Carranza



hispanic**federation**