UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BILL DE BLASIO, in his official capacity as mayor of New York, et al.,<br><br>*Defendants,*<br><br>and<br><br>TEENS TAKE CHARGE; HISPANIC FEDERATION; DESIS RISING UP AND MOVING; COALITION FOR ASIAN AMERICAN CHILDREN AND FAMILIES; O.R., a minor by and through his mother and next friend, ELIZABETH PIERRET; A.S., a minor by and through his father and next friend, ODUNLAMI SHOWA; C.M., a minor by and through his mother and next friend, ROSA VELASQUEZ; K.B., a minor by and through her mother and next friend, TIFFANY M. BOND; N.D.F. and N.E.F., minor children by and through their mother and next friend, LAUREN R. MAHONEY,<br><br>*Proposed Defendant-Intervenors.* | Case No. 1:18-cv-11657 |

**[PROPOSED] ORDER**

Considering the Motion to Intervene of Defendant-Intervenors Teens Take Charge; Hispanic Federation; Desis Rising Up and Moving; Coalition for Asian American Children and Families; O.R., a minor by and through his mother and next friend, Elizabeth Pierret; A.S., a minor by and through his father and next friend, Odunlami Showa; C.M., a minor by and through his mother and next friend, Rosa Velasquez; K.B., a minor by and through her mother and next friend, Tiffany M. Bond; and N.D.F. and N.E.F., minor children by and through their mother and

next friend, Lauren R. Mahoney (collectively, the "Proposed Interevnors"), its supporting memorandum and other materials, the expressed respective positions of Plaintiff and Defendants with respect to the Motion, all memoranda, the applicable law, and the record in this matter, after due hearing and consideration,

**IT IS ORDERED BY THE COURT** that the Motion to Intervene of Proposed Intervenors be and is hereby **GRANTED**, and that Proposed Intervenors are hereby granted leave and allowed to intervene in the capacity of Defendant-Intervenors in this action.

SO ORDERED.

Dated this _____ day of _____, 2019.

_____
**THE HONORABLE EDGARGO RAMOS**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**