

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

THOMAS B. ROBERTS
Phone: (212) 356-0872
Fax: (212) 356-2089
E-mail: throbert@law.nyc.gov
(not for service)

July 25, 2019

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

    Re: *Christa McAuliffe Intermediate School PTO, Inc. v. Bill De Blasio*, 18cv11657 (ER)(OTW)

Dear Judge Ramos:

    I write on behalf of both sides to inform the Court that the parties have been discussing discovery issues and are trying to resolve them to the extent possible. We wanted to further inform the Court that the parties believe that they will need to request an extension of the discovery schedule. As soon as we have resolved as many issues as we can, we will be able to write to the Court and request, *inter alia*, a proposed revised discovery schedule.

    Respectfully,

Thomas B. Roberts
Assistant Corporation Counsel