

| GEORGIA M. PESTANA<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | THOMAS B. ROBERTS<br>Phone: (212) 356-0872<br>Fax: (212) 356-2089<br>E-mail: throbert@law.nyc.gov<br>(not for service) |
|---|---|---|

October 2, 2019

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

    Re: *Christa McAuliffe Intermediate School PTO, Inc. v. Bill De Blasio*,
         18cv11657 (ER)(OTW)

Dear Judge Ramos:

    I write on behalf of both sides to request a brief extension of the time to submit a proposed Amended Civil Case Discovery Plan and Scheduling Order from Wednesday October 2, 2019 until Monday October 7, 2019. The parties have been exchanging drafts of the proposed Amended Order, but need a few more days to resolve certain issues. This is the first request to extend the deadline for submission of the proposed Amended Order, and this extension should have no impact upon any other Court deadline.

                Respectfully,

                Thomas B. Roberts
                Assistant Corporation Counsel