UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC., et al., <br>                 *Plaintiffs,* <br>     v. <br> BILL DE BLASIO, et al., <br>                 *Defendants*. | Case No. 1:18-cv-11657-ER |

**NOTICE OF APPEARANCE OF COUNSEL**

To the clerk of the court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Proposed Intervenor-Defendants TEENS TAKE CHARGE, DESIS RISING UP AND MOVING, HISPANIC FEDERATION, ELIZABETH PIERRET, on behalf of her minor son O.R., ODUNLAMI SHOWA, on behalf of his minor child A.S., TIFFANY BOND, on behalf of her minor child K.B., LAUREN MAHONEY, on behalf of her minor children N.D.F. and N.E.F., and ROSA VELASQUEZ, on behalf of her minor child C.M., and COALITION FOR ASIAN AMERICAN CHILDREN AND FAMILIES.

Date:  March 13, 2020
           New York, New York

/s/ Philip Desgranges
Philip Desgranges
NYS Bar No. 4804563
New York Civil Liberties Union
125 Broad St., 19th Floor
New York, NY 10004
pdesgranges@nyclu.org
(212) 607-3300 (phone)
(212) 607-3318 (fax)