**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC. et al, | |
| *Plaintiffs* | Case No. 1:18-cv-11657 (ER) |
| v. | |
| BILL DE BLASIO et al, | |
| *Defendants.* | |

**MOTION TO WITHDRAW NUSRAT J. CHOUDHURY AS COUNSEL**

PLEASE TAKE NOTICE that under Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, and upon the accompanying affirmation of Sarah Hinger, the undersigned respectfully moves this Court to grant leave to withdraw Nusrat J. Choudhury as counsel for Intervenors in this matter, as she is no longer employed by the American Civil Liberties Union Foundation as of January 24, 2020.

Dated: March 26, 2020

Respectfully Submitted,

*/s/  Sarah Hinger*

Sarah Hinger
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street—19th Floor
New York, New York 10004
T: (212) 519-7882
*shinger@aclu.org*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC. et al, | |
| *Plaintiffs* | Case No. 1:18-cv-11657 (ER) |
| v. | |
| BILL DE BLASIO et al, | |
| *Defendants.* | |

**AFFIRMATION OF SARAH HINGER IN SUPPORT**
**OF MOTION TO WITHDRAW NUSRAT J. CHOUDHURY AS COUNSEL**

SARAH HINGER, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1. I am an attorney at the American Civil Liberties Union Foundation, one of the organizations that serve as counsel for the Intervenors in this matter.

2. I have been one of the attorneys of record for Intervenors in this matter since March 29, 2019.

3. As of January 24, 2020, Nusrat J. Choudhury is no longer be employed by the American Civil Liberties Union Foundation.

4. As Intervenors will continue to be represented by experienced counsel from the American Civil Liberties Union Foundation, the New York Civil Liberties Union, LatinoJustice PRLDEF, and the NAACP Legal Defense Fund, no party will be prejudiced if this motion is granted.

1

5.      Upon information and belief, Nusrat J. Choudhury is not asserting or retaining a

lien.

6.      Under Rule 1.4 of the Local Rules for the Southern District of New York, I

respectfully request that this Court grant the motion to withdraw Nusrat J.

Choudhury's appearance as counsel for Intervenors in this matter.

Dated: March 26, 2020

*/s/  Sarah Hinger*

Sarah Hinger
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street—19th Floor
New York, New York 10004
T: (212) 519-7882
*shinger@aclu.org*