UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC. et al,<br><br>*Plaintiffs*<br><br>v.<br><br>BILL DE BLASIO et al,<br><br>*Defendants.* | Case No. 1:18-cv-11657 (ER) |

**MOTION TO WITHDRAW NUSRAT J. CHOUDHURY AS COUNSEL**

PLEASE TAKE NOTICE that under Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, and upon the accompanying affirmation of Sarah Hinger, the undersigned respectfully moves this Court to grant leave to withdraw Nusrat J. Choudhury as counsel for Intervenors in this matter, as she is no longer employed by the American Civil Liberties Union Foundation as of January 24, 2020.

Dated: March 26, 2020

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: April 1, 2020
New York, New York

Respectfully Submitted,

 /s/ Sarah Hinger

Sarah Hinger
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street—19th Floor
New York, New York 10004
T: (212) 519-7882
shinger@aclu.org