**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTA MCAULIFFE INTERMEDIATE SCHOOL PTO, INC., et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> BILL DE BLASIO, in his official capacity as mayor of New York, et al., <br><br> *Defendants,* <br><br> and <br><br> TEENS TAKE CHARGE; HISPANIC FEDERATION; DESIS RISING UP AND MOVING; COALITION FOR ASIAN AMERICAN CHILDREN AND FAMILIES; O.R., a minor by and through his mother and next friend, ELIZABETH PIERRET; A.S., a minor by and through his father and next friend, ODUNLAMI SHOWA; C.M., a minor by and through his mother and next friend, ROSA VELASQUEZ; K.B., a minor by and through her mother and next friend, TIFFANY M. BOND; N.D.F. and N.E.F., minor children by and through their mother and next friend, LAUREN R. MAHONEY, <br><br> *Defendant-Intervenors.* | Case No. 1:18-cv-11657 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Intervenors submit the following corporate disclosure statements:

Teens Take Charge is a student-led unincorporated association. It is a subsidiary of The Bell Voices, Inc., which is a not-for-profit organization, incorporated under the laws of the state of New York. It does not issue stock, and thus, no publicly held corporation can own 10 or more percent of its stock.

Hispanic Federation, Inc. is a not-for-profit member organization, incorporated under the laws of the state of New York, with no parent, subsidiary or corporate affiliate. It does not issue stock, and thus, no publicly held corporation can own 10 or more percent of its stock.

Desis Rising Up and Moving (DRUM) is a membership-led not-for-profit organization with no parent, subsidiary or corporate affiliate. It does not issue stock, and thus, no publicly held corporation can own 10 or more percent of its stock.

Coalition for Asian American Children & Families is a not-for-profit organization with no parent, subsidiary or corporate affiliate. It does not issue stock, and thus, no publicly held corporation can own 10 or more percent of its stock.

/s/ Rachel M. Kleinman
Rachel M. Kleinman
Bar No. RK2141
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
rkleinman@naacpldf.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2020, I caused the foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT to be electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record registered with the CM/ECF system.

s/ Rachel M. Kleinman
Rachel M. Kleinman
Bar No. RK2141
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
40 Rector Street, 5th floor
New York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
rkleinman@naacpldf.org
