AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Christa McAuliffe Intermediate School PTO, Inc. et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-11657 (ER) |
| De Blasio, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendants.

Date: 04/06/2020

Lourdes Rosado
*Attorney's signature*

Lourdes Rosado, NYS Bar No. 5431853
*Printed name and bar number*

New York Civil Liberties Union Foundation
125 Broad St., 19th Fl.
New York, NY 10004
*Address*

lrosado@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

(212) 607-3318
*FAX number*