

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**Thomas B. Roberts**
Phone:  (212) 356-0872
throbert@law.nyc.gov

May 18, 2020

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re:  *Christa McAuliffe Intermediate School PTO, Inc. v. Bill De Blasio*,
18cv11657 (ER)(OTW)

Dear Judge Ramos:

This letter is submitted on behalf of defendants in accordance with the Court's direction that defendants respond by today on the issue of whether they intend to challenge the standing of plaintiffs following receipt of plaintiffs' supplemental declarations concerning standing.  Following review of these supplemental declarations, Defendants have decided not to challenge plaintiffs' standing.

Respectfully,

/s/Thomas B. Roberts

_____

Thomas B. Roberts
Marilyn Richter
Sharon Sprayregen
Assistants Corporation Counsel