UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHRISTA McAULIFFE INTERMEDIATE SCHOOL
PTO, INC., et al.,

                                                Plaintiffs,

        -against-

BILL DE BLASIO, et al.,

                                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

1:18-cv-11657 (ER) (OTW)

        PLEASE TAKE NOTICE that upon Defendants' Local Rule 56.1 Statement of Material Facts Not in Dispute, dated October 1, 2021; the Declaration of Marilyn Richter, dated October 1, 2021, and the exhibits annexed thereto; the Declarations of Eric Ashton, dated September 30, 2021, and the exhibits annexed thereto; the Declarations of Lianna Wright, dated October 1, 2021, and the exhibits annexed thereto; and Defendants' Memorandum of Law in Support of their Motion for Summary Judgment, dated October 1, 2021; Defendants Bill de Blasio, Mayor of New York, and Richard A. Carranza, former Chancellor of the New York City Department of Education ("DOE"), in their official capacities (collective, "Defendants"), by their attorney, Georgia M. Pestana, Corporation Counsel of the City of New York, will move this Court, at the United States District Court, 40 Foley Square., New York, New York, at a time to be determined, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure (i) granting Defendants' Motion for Summary Judgment, (ii) dismissing Plaintiffs' Complaint in its entirety, and (iii) granting such other and further relief as the Court deems just and proper.

        PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated September 13, 2021 (ECF No. 141), Plaintiffs' opposition, is due by November 12, 2021, and Defendants' reply, if any, is due by December 3, 2021.

Dated:   New York, New York
         October 1, 2021

                          GEORGIA M. PESTANA
                          Corporation Counsel of the City of New York
                          Attorney for Defendants
                          100 Church Street
                          New York, N.Y. 10007
                          P: (917) 941-5946; (212) 356-0873
                          mrichter@law.nyc.gov
                          ssprayre@law.nyc.gov

                          By:   /s/ *Sharon Sprayregen*
                                Sharon Sprayregen
                                Marilyn Richter
                                Assistants Corporation Counsel

Case 1:18-cv-11657-ER   Document 144   Filed 10/01/21   Page 2 of 2