

**USDA United States Department of Agriculture**

Food and Nutrition Service                                                                October 2018

# DIRECT CERTIFICATION IN THE NATIONAL SCHOOL LUNCH PROGRAM:
## STATE IMPLEMENTATION PROGRESS REPORT TO CONGRESS - SCHOOL YEAR 2015-2016 & SCHOOL YEAR 2016-2017

### Background

The Food, Conservation, and Energy Act of 2008 (Public Law [P.L.] 110-234, also known as the 2008 Farm Bill) requires an annual Report to Congress on State progress in direct certification in the National School Lunch Program (NSLP). Direct certification is the process by which eligible children are certified for free meals without the need for a household application based on household participation in one or more means-tested Federal assistance program. This report measures progress in the direct certification of school-aged children in Supplemental Nutrition Assistance Program (SNAP) households for free school meals in the NSLP as required by Public Law 110-246. States are required to directly certify at least 95 percent of school-aged children in SNAP households.

This is the ninth report in the series, covering school year (SY) 2015-2016 and SY 2016-2017. The most recent previously released report was for SY 2014-2015.[1]

### Methodology

States report annual data to the U.S. Department of Agriculture, Food and Nutrition Service (FNS) that is used to calculate direct certification performance measures via the School Food Authority Verification Collection Report (form FNS-742) and the State Agency (NSLP/SNAP) Direct Certification Data Element Report (form FNS-834). The data elements used in the calculation are defined below.

1. The number of children in SNAP households directly certified by the State's Local Education Agencies (LEAs) for free school meals based on information collected from LEAs by States for reporting on form FNS-742.

2. The number of SNAP participants in the State's Community Eligibility Provision and non-base year special provision schools based on State reports on form FNS-834.[2]

3. The number of school-aged children in the State's SNAP households based on State reports on form FNS-834.

### Direct Certification Rate Calculation Formula

$$\text{Percent of SNAP Children Directly Certified for Free School Meals} = \frac{\text{1. Students Directly Certified for Free School Meals Based on SNAP Participation} + \text{2. SNAP Children in CEP and Special Provision Schools Operating in Non-Base Years}}{\text{3. School-Aged Children in SNAP Households}}$$

Figure 4 in the appendix presents national data for these three elements for SY 2013-2014 through SY 2016-2017.

### Key Findings

The calculated national percentage of SNAP-participant children directly certified for free school meals was 92 percent in both SY 2015-2016 and SY 2016-2017. This is an improvement of 1 percentage point from the direct certification performance rate in SY 2014-2015, which was 91 percent, and a 5 percentage point increase since SY 2013-2014.

Figure 1 presents the national direct certification rates from SY 2007-2008 to SY 2016-2017. The green line in Figure 1 represents a change in the methodology used to calculate the direct certification rate starting with SY 2013-2014. Rates prior to this time are not directly comparable to rates calculated after SY 2012-2013.

---

[1] U.S. Department of Agriculture, Food and Nutrition Service, Office of Policy Support, Direct Certification in the National Lunch Program: State Implementation Progress, School Year 2014–2015 by Quinn Moore, Kevin Conway, Brandon Kyler, and Andrew Gothro. Project Officer Dennis Ranalli. Report CN-13-DC. Alexandria, VA: December 2016.

[2] Non-base years are years in which eligibility determination procedures are not conducted and base year claiming percentages are used for reimbursement in schools operating Provision 2 and 3.

**Figure 1. National Direct Certification Rate School Year 2007-2008 to School Year 2016-2017**



Figure 2 shows the number of States that achieved the required 95 percent benchmark as well as the number that fell below. Twenty-eight States met or exceeded the 95 percent requirement for SY 2016-2017.[3]

The 24 States that did not achieve a 95 percent direct certification rate in SY 2016-2017 are required to develop and implement a direct certification continuous improvement plan (CIP) detailing how the State will improve its direct certification procedures.

**Figure 2. Number of States Meeting Required 95 Percent Direct Certification Performance Rate School Year 2013-2014 to School Year 2016-2017**



SY 2016-2017 is the first time that the majority of States met the direct certification performance target. Three additional States met the requirement over SY 2015-2016, when 25 States met the 95 percent benchmark.

The State-level SY 2016-2017 direct certification performance rates are presented in Figure 3. States appearing at the top of the chart with dark green bars represent States with rates greater than 100 percent.[4] Lighter green bars represent States that were less than 100 percent, but still met the required 95 percent direct certification threshold. States that fell below the required performance threshold are indicated by yellow (at least 90 and less than 95 percent) and red (less than 90 percent) bars towards the bottom of the chart.

States near the top of Figure 3 in green are more effective at directly certifying children in SNAP households. These States directly certify a large percentage of school-aged SNAP participants for free meals. This means the households and LEAs in these States are less burdened with submitting and processing traditional NSLP applications, which reduces potential certification errors that may occur in the application process.

States with red and yellow direct certification rates are less effective at direct certification. School-aged SNAP participants in these States may still be certified for free meals through the application process; however, LEAs in these States are likely more burdened with application paperwork.

Table 1 and Table 2 in the appendix present the data elements for each State that are used to produce the direct certification rates in Figure 3 for SY 2015-2016 and SY 2016-2017. A comparison between State-level direct certification rates for the two previous school years is presented in appendix Table 3.

The State maps in Figure 5 in the appendix show increases in the individual State direct certification rates over time. States that are shaded light blue have lower State direct certification rates while darker blue States have higher direct certification rates. Growth in direct certification rates by State can be observed as the maps become progressively darker blue in color over time.

---

[3] The total count of States includes the District of Columbia and Guam.
[4] States may achieve percentages greater than 100 percent through extended eligibility. Extended eligibility applies when a student in the SFA is deemed categorical eligible via an eligible student in the primary household who has been directly certified with SNAP.

**Figure 3. National and State Direct Certification Rates**
**School Year 2016-2017 (capped at 100 Percent) Sorted from Highest to Lowest Rates**



| State | Percent |
|---|---|
| Massachusetts | 100% |
| Tennessee | 100% |
| Louisiana | 100% |
| Connecticut | 100% |
| Nebraska | 100% |
| Maine | 100% |
| Minnesota | 100% |
| South Dakota | 100% |
| South Carolina | 100% |
| Delaware | 100% |
| Kentucky | 100% |
| Georgia | 100% |
| Iowa | 100% |
| Kansas | 100% |
| Wyoming | 100% |
| North Carolina | 100% |
| Nevada | 99% |
| Wisconsin | 99% |
| District Of Columbia | 98% |
| New Mexico | 98% |
| Idaho | 97% |
| Alabama | 97% |
| Washington | 97% |
| Arkansas | 96% |
| New Jersey | 96% |
| North Dakota | 96% |
| Florida | 96% |
| Missouri | 95% |
| Vermont | 94% |
| Montana | 94% |
| Alaska | 94% |
| Indiana | 93% |
| Mississippi | 93% |
| Hawaii | 93% |
| Colorado | 92% |
| Texas | 91% |
| Virginia | 91% |
| Maryland | 91% |
| New Hampshire | 91% |
| West Virginia | 90% |
| Illinois | 90% |
| Michigan | 89% |
| Ohio | 88% |
| Pennsylvania | 86% |
| New York | 84% |
| Rhode Island | 83% |
| Guam | 80% |
| *Oklahoma | 79% |
| Arizona | 79% |
| Utah | 78% |
| Oregon | 75% |
| California | 74% |

**National Direct Certification Rate: 92%**

**How to read this chart**

This chart gives estimates of the percent of school-age SNAP participants who were directly certified for free school meals for SY 2016-2017.

In Missouri, for example, 95 percent of school-age SNAP participants were directly certified for free school meals.

The vertical red line corresponds to the national direct certification rate.

*Note: Oklahoma's performance rate was suppressed due to an error in the State's data pull request for the calculation of FNS Box #3 (# SNAP children in non-base year special provision schools). Oklahoma has confirmed the error has been corrected for School Year 2017-2018.

3

## Discussion

Children from households with incomes at or below 130 percent of the Federal poverty level are eligible for free school meals. Children from households with incomes between 130 and 185 percent of the poverty level are eligible for reduced price meals.

Eligibility for the NSLP is typically determined through information reported by a parent or guardian on a household application. The household applications include self-reported household income and household size information. LEAs compare this information to the income thresholds for free and reduced price benefits.

Some applicants are deemed categorically eligible based on household participation in one or more means-tested Federal assistance program, including SNAP, Temporary Assistance for Needy Families, and the Food Distribution Program on Indian Reservations. These households submit a case number on a household application. Eligibility is extended to other children in the household if one child participates in one of the above programs. Certain children who are runaway or homeless, in foster care, or enrolled in Head Start are also categorically eligible but their eligibility does not extend to other children in the household.

Under direct certification, instead of a parent or guardian submitting a household NSLP application, states use computer systems to match SNAP program (and other allowable programs) records to school enrollment lists to establish NSLP eligibility.

The 2004 Child Nutrition and WIC Reauthorization Act required LEAs to have a system of direct certification to certify school-aged SNAP participants for NSLP by SY 2008-2009.

## Data Limitations

This report relies on data that States and LEAs report to FNS. FNS and States have worked collaboratively over the years to ensure the data go through checks to ensure they meet high quality standards.

The data checks include the use of the FNS electronic Food Program Reporting System, which collects and stores the State submitted FNS-742 and FNS-834 data. Additionally, FNS developed a process to check the FNS-742 and FNS-834 data to identify possible errors by States or LEAs. States also have started to use the edit checks independently to assess their own data before submitting. This improves accuracy and timeliness of the data.

Special circumstances can impact a State's direct certification performance rate. The FNS-834 includes an option for State agencies to indicate that the State has special circumstances that may affect its direct certification rate calculation in a quantifiable way. One special circumstance is the inclusion of school-aged children in SNAP households in the denominator who are not available to be directly certified for meal benefits. These children most often are students attending non-NSLP participating schools, home-schooled children, students attending virtual schools, and students who drop out of school. This means more school-aged SNAP participant children will be included in the denominator than would be possible to capture in the numerator since they do not attend NSLP participating schools. FNS continues to consider these circumstances on a case-by-case basis and is examining potential ways to adjust its methodology for determining State direct certification performance.

## State Best Practices

The 2008 Farm Bill requires that the annual Report to Congress on direct certification include a section on best practices from States with the best performance or the most improved performance from the previous year.

The FNS Training & Technical Assistance Team (a team formed by FNS to assist States in improving their direct certification efforts) conducted site visits to three States that recently transitioned from a local-level direct certification matching system to a State-level direct certification matching system. In each situation, the State experienced an increase in the effectiveness and efficiency of the State's system as well as improved direct certification performance.

### *State-level Matching vs. Local-level Matching*

Data matching for direct certification can occur at the State or local level. In State-level matching systems, a State agency (most commonly the State agency where Child Nutrition Programs reside) conducts the match utilizing student records from the statewide student information system (SIS) or

4

student records sourced from an LEA-level SIS. After completing the match process, the State agency provides the matched records to LEAs for upload into their local-level point-of-service (POS) system or entry into their manual system.

In local-level matching systems, LEAs have the primary responsibility for conducting the match process utilizing participant data for SNAP and other categorically eligible programs provided by the State agency. With receipt of participant data, LEA staffs utilize LEA-level enrollment data to conduct the match and identify direct certification-eligible students.

Through partnership and discussion with State agencies regarding direct certification systems and processes, State agency staff operating under local-level match systems have reported system control, oversight and efficiency limitations, and restrictions not found or inherent in State-level matching systems. Specifically, as a result of the decentralized nature of local-level matching, State agencies operating under a local-level match process have limited control over the match processes and algorithms employed to identify direct certification eligible children. Consequently, a greater amount of human capital and resources are required to ensure LEAs are properly matching SNAP and student data in comparison to a State-level (centralized) match process. Additionally, FNS learned through discussion with State staff that a local-level match process often demands a higher level of effort, and often technological capabilities from LEAs and the frequent transfer of sensitive data between the State and LEAs increases the risk of lost or stolen personally identifiable information. Due to these characteristics, challenges, and barriers discussed, several local-level match process States recently transitioned to a State-level match process or are currently involved in a local-level to State-level match transition project in order to increase the effectiveness and efficiency of their State's direct certification system.

In this publication of the Report to Congress, summaries of three such States are presented.

***Florida***
To address known barriers and provide its partner LEAs with a highly effective direct certification system, the Florida Department of Agriculture and Consumer Services (FDACS) utilized awarded U.S. Department of Agriculture Direct Certification grant funds for the development of a web-based direct certification module and transition to a State-level direct certification match process. Upon completion of the project, Florida's process transitioned from a monthly, sponsor-level, labor-intensive manual process to an on-demand/daily State-level match system that incorporated a high-performing uniform linkage method. The successful implementation of this system and process resulted in an improvement of the State's SNAP direct certification rate – from 70 percent in SY 2010-2011 to 99 percent in SY 2014-2015 (the first full year of statewide system use), with performance above the 95 percent benchmark in all subsequent school years. Additionally, FDACS' new system and process minimize the impact of LEA staff turnover and greatly improve the protection of personal and sensitive data such as the chain of custody of student and benefit records associated with the direct certification process.

In discussions regarding the State's transition project, FDACS noted best practices for the project including, (1) utilizing a contracted project manager with expertise in technology projects and business processes; (2) actively consulting with LEA staff end-users throughout the development and employment of the new direct certification module to ensure the solution met the needs of the State's direct certification partners; and (3) structuring the technology project to ensure that the State (and not the contracted-developer) properly retained the rights to the module and underlying code to allow for State ownership (and revisions and enhancements when needed) and transfer of technology to other states if requested.

Specific to the State's direct certification system, FDACS referenced several functionality and process improvements made available through the transition to a State-level direct certification match process. Noted improvements and their benefits include:
- Receipt of SNAP benefits data from the Florida Department of Children and Families (DCF) via a secure File Transfer Protocol (FTP) on a daily

5

basis, cumulative for the school year beginning July 1 and throughout the school year ending June 30. Receipt of data on a daily basis allows for "real-time" matching and provides timely NSLP benefits to eligible children.

- Nightly matching process using LEA-sourced student data to take full advantage of access to timely benefit recipient data.

- SNAP records are inclusive of all benefit recipients, birth to 21 years of age, and include an extensive number of data fields - providing FDACS primary identifiers (i.e. Social Security Number, First Name, Last Name, Middle Initial, Date-of-Birth, , Sex, Race), and supporting information (e.g. Mailing Address), and benefits case number. Receipt of complete data sets allows for a high-performing linkage method to assist in providing timely NSLP benefits to eligible children.

- Employment of a mature linkage method utilizing sixteen "levels" of deterministic matching calculations employing various combinations of data attributes and incorporating a nickname table and phonetic matching algorithms to overcome variances between SNAP records and student records data.

- LEAs access to a system-generated report of all unmatched students that share like-addresses with a matched student as a solution to identify students available for extended eligibility.

- Match file inclusion of all data fields provided by the LEA for use in the match process, and incorporation of the use of a local student ID number as a "pass through" field, which allows for the quick and effective LEA upload of matches into local-level Point of Service (POS) systems via the student's unique identifier.

- An extensive catalog of system reports, which allows for the State to proactively monitor LEA system access, system use, match performance, and conduct research and performance analysis. FDACS staff noted the importance of monitoring efforts as an instrumental component in the State's continued direct certification performance accomplishments.

*Mississippi*

To alleviate the LEA-level labor intensive requirements of the existing decentralized direct certification process, the Mississippi Department of Education (MDE) transitioned from a local-level match process to a State-level process through the development of a match system by the MDE Office of Technology. Key to the success of the system's performance is the use of student data sourced from MDE's Mississippi Student Information System, which includes all public school students and some non-public schools students (e.g. charter schools). Since full implementation of the State-level system, fully available beginning SY 2015-2016, the State has experienced a 10 percent increase in their direct certification performance – from rates in the low-to-mid 80s previously to current results in the mid-90s.

Specific to the State's direct certification system, MDE referenced several best practices associated with the project and resulting system, which are important to the State's current success. Noted best practices include:

- Actively consulting with LEA staff end-users prior to development of the statewide match solution to ensure a product which meets the needs of the State's LEA-level direct certification partners.

- Leveraging internal resources for system development and maintenance which allows flexibility for the State to implement changes based on feedback from stakeholders and ensure a consistent interpretation of a high-level match across the State.

- SNAP records are inclusive of all benefit recipients birth to 21 years of age, and include primary identifiers (i.e. First Name, Last Name, Date-of-Birth, Middle), as well as Social Security Number (a highly effective unique identifier). Receipt of complete data sets allows for a high-performing linkage method to assist in providing timely NSLP benefits to eligible children.

- Employment of a multiple-pass exact match linkage method using the data attributes of

6

social security number, first name, last name, and date of birth in a variety of combinations. The multiple pass system produces strong recall (i.e. high match rate) without compromising precision (i.e. unsatisfactory level of false positives) through the strategic use of data fields available from the benefits files and present in the statewide student information system.

- Availability of an "unmatched" records list for use by LEAs for human adjudication at the local-level for the purpose of identifying students eligible for direct certification not captured by the State's linkage method (e.g. the student record contained multiple data errors).

*New York*

To address concerns that the decentralized nature of New York's local-level match system afforded the State limited control over the match processes and algorithms employed, the New York State Education Department (NYSED) undertook an aggressive transition project to provide a State-level match solution for their LEA-level direct certification partners. With availability of the system statewide beginning in SY 2017-2018, NYSED has experienced greater confidence in the effectiveness of identifying students eligible to be directly certified, and a decrease in the amount of human capital and resources needed to ensure LEAs are properly matching SNAP and student data.

Specific to the State's direct certification system, NYSED referenced several best practices associated with the project and/or resulting system that the State believes are responsible for its current direct certification success. Noted best practices include:

- Actively consulting with LEA staff end-users prior to development of the statewide match solution to ensure a product that meets the needs of the State's LEA-level direct certification partners as well as using LEA staff in the pilot testing of the module prior to State-wide delivery. The State also emphasized the importance of furthering partnerships with other direct certification stakeholders to define the future State workflow, data storage solution, match algorithms, and reporting capabilities.

- Employment of an open-source release of probabilistic linkage method software that incorporates multiple record-matching tools including phonetic and edit distance algorithms. The use of these advance algorithms overcomes variances between SNAP records and student records data attributes and increases the State's ability to identify direct certification-eligible students.

- Match result import files include both the LEA-level student ID and Statewide Student Information System ID for use in the upload process into LEA point of service systems. The availability of both unique identifiers circumvents the need for LEAs to match students' first and last name and date of birth to the local student roster, which is often error prone and may result in the loss of direct certification matches.

- Availability of "possible matches" reported with a "probability score." Possible matches provided in this manner allow LEA staff to concentrate resources on those potential records with the greatest opportunity to result in direct certifications.

- Ability to search for individual students by selected data attributes, including SNAP case number via a student search tool. This capability allows for LEA staff to quickly and easily locate direct certification-eligible students through use of local-level available student data.

- An extensive catalog of system reports, which allows for the State to proactively monitor LEA system access, data downloads, and other actions on the platform. Ability to monitor these direct certification-associated activities allows NYSED to proactively provide technical assistance when applicable.

***Summary Conclusion***

Although States can achieve high performance operating under decentralized match systems, States that have transitioned from local-level to State-level systems indicate that centralized systems provide multiple opportunities not available through the alternative.

Primary benefits include the ability to control the linkage method (deterministic vs. probabilistic) and

incorporate match algorithms and matching tools – allowing the State to provide a highly effective uniform matching system responsive to the specifics of the State's SNAP and Student population (e.g. demographics, size, etc.) and data sets (e.g. data quality, timeliness, attribute availability, etc.). In addition, centralized systems allow for the State matching agency to conduct necessary research and analysis and make adjustments to increase recall (the number of matches found) and precision (the accuracy of matches) – efforts which are not possible in a decentralized systems as the State is passive and limited in control of the employed linkage method and algorithms.

Additionally, centralized systems afford far greater opportunities for monitoring of direct certification activities – both system access (i.e. are LEAs conducting direct certification?) and performance of the State system (i.e. is our match rate eroding?). Further, with a wide catalog of monitoring capabilities, States are able to proactively provide technical assistance where needed.

It should also be noted that State-level systems allow for greater protection of personal and sensitive data as the chain of custody of student and benefit records associated with the direct certification process is far more secure. This factor is important to consider because protecting personal data is a priority, and some States have increased restrictions on sharing personal and sensitive data.

Lastly, communication with LEA staff end-users throughout the development and employment of the new direct certification modules ensured the solution met the needs of the State's direct certification partners. This consultation process was consistent across each State's transition project. Systems that afford ease of use and various tools (e.g. single student search via a SNAP case number) provide the greatest opportunity for identification of all potential direct certification eligible-students.

Case 1:18-cv-11657-ER   Document 145-1   Filed 10/01/21   Page 9 of 14

## Appendix

**Figure 4. Direct Certification Data Elements School Year 2013-2014 to School Year 2016-2017**



**Figure 5. Direct Certification Rate State Maps School Year 2013-2014 to School Year 2016-2017**



**Table 1. Rate Inputs - SNAP Participation, Direct Certifications, and SNAP-Participant Students in CEP and Special Provision Schools in a Non-Base-Year, School Year 2015–2016 (thousands)**

|  | School-age SNAP participants (from FNS-834) | NSLP direct certifications based on SNAP participation | SNAP-participant students in CEP or special provision schools in a non-base year (from FNS-834) |
|---|---|---|---|
| U.S. Total | 14,824 | 8,977 | 4,711 |
| Alabama | 294 | 165 | 107 |
| Alaska | 28 | 20 | 8 |
| Arizona | 372 | 210 | 76 |
| Arkansas | 127 | 125 | 17 |
| California* | 1,605 | 1,246 | 249 |
| Colorado | 182 | 149 | 18 |
| Connecticut | 110 | 63 | 53 |
| Delaware | 52 | 28 | 28 |
| District of Columbia | 33 | 5 | 30 |
| Florida | 1,058 | 718 | 302 |
| Georgia | 639 | 313 | 234 |
| Guam | 18 | 4 | 9 |
| Hawaii | 53 | 47 | 3 |
| Idaho | 71 | 53 | 15 |
| Illinois | 654 | 246 | 317 |
| Indiana | 292 | 197 | 65 |
| Iowa | 129 | 96 | 33 |
| Kansas | 98 | 87 | 11 |
| Kentucky | 216 | 63 | 143 |
| Louisiana | 303 | 182 | 135 |
| Maine | 55 | 39 | 10 |
| Maryland | 226 | 158 | 55 |
| Massachusetts | 193 | 81 | 112 |
| Michigan | 438 | 225 | 133 |
| Minnesota | 164 | 129 | 35 |
| Mississippi | 212 | 110 | 92 |
| Missouri | 280 | 196 | 62 |
| Montana | 37 | 24 | 11 |
| Nebraska | 64 | 65 | 2 |
| Nevada | 138 | 94 | 14 |
| New Hampshire | 31 | 26.65 | 0.34 |
| New Jersey | 283 | 205 | 60 |
| New Mexico | 154 | 58 | 83 |
| New York | 851 | 460 | 316 |
| North Carolina | 535 | 369 | 191 |
| North Dakota | 18 | 12 | 4 |
| Ohio | 543 | 259 | 194 |
| Oklahoma | 216 | 171 | 35 |
| Oregon | 221 | 108 | 57 |
| Pennsylvania | 536 | 234 | 225 |
| Rhode Island | 44 | 39 | 4 |
| South Carolina | 279 | 139 | 85 |
| South Dakota | 34 | 23 | 13 |
| Tennessee | 356 | 145 | 251 |
| Texas | 1,542 | 877 | 538 |
| Utah | 93 | 75 | 3 |
| Vermont | 21 | 13 | 6 |
| Virginia | 294 | 202 | 60 |
| Washington | 268 | 219 | 41 |
| West Virginia | 101 | 45 | 66 |
| Wisconsin | 251 | 148 | 95 |
| Wyoming | 13 | 11 | 2 |

Note: The U.S. total for each column might not equal the sum of the individual State values due to rounding. Asterisks indicate that the State was unable to distinguish all or some of the direct certifications based on SNAP from direct certifications based on participation in programs other than SNAP. The count labeled "direct certifications based on SNAP participation" includes all direct certifications for this State. The true count of direct certifications based on SNAP participation is lower for this State.

**Table 2. Rate Inputs - SNAP Participation, Direct Certifications, and SNAP-Participant Students in CEP and Special Provision Schools in a Non-Base-Year, School Year 2016–2017** (thousands)

|  | School-age SNAP participants (from FNS-834) | NSLP direct certifications based on SNAP participation (from FNS-742) | SNAP-participant students in CEP or special provision schools in a non-base year (from FNS-834) |
|---|---|---|---|
| U.S. Total | 14,540 | 8,230 | 5,174 |
| Alabama | 285 | 168 | 109 |
| Alaska | 29 | 18 | 9 |
| Arizona | 358 | 202 | 81 |
| Arkansas | 139 | 118 | 17 |
| California | 1,613 | 927 | 268 |
| Colorado | 177 | 143 | 20 |
| Connecticut | 96 | 57 | 52 |
| Delaware | 52 | 25 | 28 |
| District Of Columbia | 34 | 4 | 29 |
| Florida | 1,030 | 674 | 310 |
| Georgia | 614 | 299 | 323 |
| Guam | 17 | 4 | 9 |
| Hawaii | 53 | 36 | 13 |
| Idaho | 65 | 49 | 14 |
| Illinois | 626 | 237 | 326 |
| Indiana | 274 | 178 | 78 |
| Iowa | 127 | 94 | 34 |
| Kansas | 91 | 79 | 12 |
| Kentucky | 210 | 51 | 162 |
| Louisiana | 317 | 116 | 257 |
| Maine | 53 | 37 | 18 |
| Maryland | 226 | 148 | 57 |
| Massachusetts | 199 | 127 | 135 |
| Michigan | 414 | 213 | 154 |
| Minnesota | 158 | 133 | 30 |
| Mississippi | 203 | 96 | 92 |
| Missouri | 266 | 179 | 73 |
| Montana | 38 | 24 | 11 |
| Nebraska | 64 | 68 | 3 |
| Nevada | 139 | 95 | 42 |
| New Hampshire | 29 | 26 | 0 |
| New Jersey | 286 | 201 | 74 |
| New Mexico | 158 | 55 | 99 |
| New York | 832 | 386 | 310 |
| North Carolina | 501 | 308 | 190 |
| North Dakota | 18 | 14 | 3 |
| Ohio | 522 | 251 | 210 |
| Oklahoma | 218 | 139 | 34 |
| Oregon | 219 | 103 | 62 |
| Pennsylvania | 537 | 234 | 230 |
| Rhode Island | 44 | 31 | 6 |
| South Carolina | 269 | 166 | 109 |
| South Dakota | 34 | 23 | 12 |
| Tennessee | 314 | 132 | 248 |
| Texas | 1,561 | 897 | 524 |
| Utah | 90 | 67 | 4 |
| Vermont | 20 | 12 | 6 |
| Virginia | 287 | 193 | 68 |
| Washington | 266 | 214 | 44 |
| West Virginia | 115 | 26 | 77 |
| Wisconsin | 241 | 143 | 95 |
| Wyoming | 13 | 11 | 1 |

Note: The U.S. total for each column might not equal the sum of the individual State values due to rounding.

12

## Table 3. Calculated National and State Direct Certification Rates
## School Year 2015-2016 and School Year 2016-2017 (capped at 100 Percent)

| | Direct Certification Rate SY 2015-2016 | Direct Certification Rate SY 2016-2017 |
|---|---|---|
| **U.S. Total** | **92%** | **92%** |
| Alabama | 92% | 97% |
| Alaska | 100% | 94% |
| Arizona | 77% | 79% |
| Arkansas | 100% | 96% |
| California* | 93% | 74% |
| Colorado | 92% | 92% |
| Connecticut | 100% | 100% |
| Delaware | 100% | 100% |
| District of Columbia | 100% | 98% |
| Florida | 96% | 96% |
| Georgia | 86% | 100% |
| Guam | 77% | 80% |
| Hawaii | 94% | 93% |
| Idaho | 96% | 97% |
| Illinois | 86% | 90% |
| Indiana | 90% | 93% |
| Iowa | 100% | 100% |
| Kansas | 100% | 100% |
| Kentucky | 96% | 100% |
| Louisiana | 100% | 100% |
| Maine | 90% | 100% |
| Maryland | 94% | 91% |
| Massachusetts | 100% | 100% |
| Michigan | 82% | 89% |
| Minnesota | 100% | 100% |
| Mississippi | 95% | 93% |
| Missouri | 92% | 95% |
| Montana | 95% | 94% |
| Nebraska | 100% | 100% |
| Nevada | 79% | 99% |
| New Hampshire | 87% | 91% |
| New Jersey | 94% | 96% |
| New Mexico | 92% | 98% |
| New York | 91% | 84% |
| North Carolina | 100% | 100% |
| North Dakota | 91% | 96% |
| Ohio | 83% | 88% |
| Oklahoma** | 96% | 79% |
| Oregon | 75% | 75% |
| Pennsylvania | 86% | 86% |
| Rhode Island | 99% | 83% |
| South Carolina | 80% | 100% |
| South Dakota | 100% | 100% |
| Tennessee | 100% | 100% |
| Texas | 92% | 91% |
| Utah | 84% | 78% |
| Vermont | 88% | 94% |
| Virginia | 89% | 91% |
| Washington | 97% | 97% |
| West Virginia | 100% | 90% |
| Wisconsin | 96% | 99% |
| Wyoming | 98% | 100% |

Notes:

*Asterisk for CA in SY 2015-2016 indicates that the State was unable to distinguish all or some of the direct certifications based on SNAP from direct certifications based on participation in programs other than SNAP, which caused the rate to be artificially high. CA was able to resolve this problem in SY 2016-2017.

**Oklahoma's performance rate for SY 2016-2017 was suppressed due to an error in the State's data pull request for the calculation of FNS Box #3 (# SNAP children in non-base year special provision schools). Oklahoma has confirmed the error has been corrected for SY 17-18.

**For More Information**

U.S. Department of Agriculture, Food and Nutrition Service, Dennis Ranalli (Office of Policy Support), Joe Templin (Child Nutrition Division) and Maggie Applebaum (Office of Policy Support).

Available online at http://www.fns.usda.gov/ops/research-and-analysis

USDA is an equal opportunity provider, employer and lender.

Case 1:18-cv-11657-ER   Document 145-1   Filed 10/01/21   Page 14 of 14