# EXHIBIT B

DISCOVERY PROGRAM ATTENDEES

| Year of Summer Discovery Program | Total Number[1] |
|---|---|
| 2009 | 64 |
| 2010 | 84 |
| 2011 | 104 |
| 2012 | 82 |
| 2013 | 68 |
| 2014 | 67 |
| 2015 | 147 |

---

[1] The total number of attendees in all the Specialized High Schools that had a Discovery Program in that year