# EXHIBIT C

SHSAT Score Offers

|  | 2019 Admissions | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Native American | Asian | Black | Hispanic | White | Multi-racial | Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 269 | 8,451 | 5,488 | 6,622 | 5,008 | 362 | 1,321 | 27,521 |
| Distribution of Testers, by Ethnicity | 1% | 31% | 20% | 24% | 18% | 1% | 5% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 29 | 2,450 | 190 | 316 | 1,368 | 111 | 334 | 4,798 |
| Distribution of Offers, by Ethnicity | 1% | 51% | 4% | 7% | 29% | 2% | 7% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 11% | 29% | 3% | 5% | 27% | 31% | 25% | 17% |

|  | 2018 Admissions | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Native American | Asian | Black | Hispanic | White | Multi-racial | Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 297 | 8,809 | 5,730 | 6,495 | 5,139 | 303 | 1,560 | 28,333 |
| Distribution of Testers, by Ethnicity | 1% | 31% | 20% | 23% | 18% | 1% | 6% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 29 | 2,620 | 207 | 320 | 1,344 | 128 | 419 | 5,067 |
| Distribution of Offers, by Ethnicity | 1% | 52% | 4% | 6% | 27% | 3% | 8% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 10% | 30% | 4% | 5% | 26% | 42% | 27% | 18% |

|  | 2017 Admissions | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Native American | Asian | Black | Hispanic | White | Multi-racial | Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 263 | 8,345 | 5,847 | 6,614 | 5,070 | 187 | 1,527 | 27,853 |
| Distribution of Testers, by Ethnicity | 1% | 30% | 21% | 24% | 18% | 1% | 5% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 25 | 2,664 | 194 | 330 | 1,424 | 65 | 376 | 5,078 |
| Distribution of Offers, by Ethnicity | 0% | 52% | 4% | 6% | 28% | 1% | 7% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 10% | 32% | 3% | 5% | 28% | 35% | 25% | 18% |

ChMc 004191

|  | 2016 Admissions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Native American | Asian | Black | Latino | White | Multi-racial | Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 194 | 8,062 | 5,914 | 6,070 | 4,729 | 135 | 1,867 | 26,971 |
| Distribution of Testers, by Ethnicity | 1% | 30% | 22% | 23% | 18% | 1% | 7% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 22 | 2,741 | 210 | 320 | 1,386 | 45 | 382 | 5,106 |
| Distribution of Offers, by Ethnicity | 0% | 54% | 4% | 6% | 27% | 1% | 7% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 11% | 34% | 4% | 5% | 29% | 33% | 20% | 19% |

|  | 2015 Admissions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Native American | Asian | Black | Latino | White | Multi-racial | Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 194 | 7,946 | 6,267 | 6,238 | 4,845 | 128 | 1,556 | 27,174 |
| Distribution of Testers, by Ethnicity | 1% | 29% | 23% | 23% | 18% | 0% | 6% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 23 | 2,643 | 248 | 347 | 1,454 | 46 | 343 | 5,104 |
| Distribution of Offers, by Ethnicity | 0% | 52% | 5% | 7% | 28% | 1% | 7% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 12% | 33% | 4% | 6% | 30% | 36% | 22% | 19% |

|  | 2014 Admissions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Native American | Asian | Black | Latino | White | Multi-racial | Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 177 | 8,227 | 6,566 | 6,243 | 4,790 | 112 | 1,703 | 27,818 |
| Distribution of Testers, by Ethnicity | 1% | 30% | 24% | 22% | 17% | 0% | 6% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 7 | 2,725 | 246 | 340 | 1,334 | 42 | 403 | 5,097 |
| Distribution of Offers, by Ethnicity | 0% | 53% | 5% | 7% | 26% | 1% | 8% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 4% | 33% | 4% | 5% | 28% | 38% | 24% | 18% |

ChMc 004192

|  | 2013 Admissions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Native American | Asian | Black | Latino | White | Multi-racial | Other/ Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 118 | 7,335 | 5,826 | 5,759 | 4,129 | N/A | 3,537 | 26,704 |
| Distribution of Testers, by Ethnicity | 0% | 27% | 22% | 22% | 15% | N/A | 13% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 11 | 2,601 | 243 | 375 | 1,256 | N/A | 743 | 5,229 |
| Distribution of Offers, by Ethnicity | 0% | 50% | 5% | 7% | 24% | N/A | 14% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 9% | 35% | 4% | 7% | 30% | N/A | 21% | 20% |

|  | 2012 Admissions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Native American | Asian | Black | Latino | White | Multi-racial | Other/ Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 121 | 7,119 | 6,382 | 6,143 | 4,101 | N/A | 3,746 | 27,612 |
| Distribution of Testers, by Ethnicity | 0% | 26% | 23% | 22% | 15% | N/A | 14% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 19 | 2,490 | 319 | 414 | 1,253 | N/A | 865 | 5,360 |
| Distribution of Offers, by Ethnicity | 0% | 46% | 6% | 8% | 23% | N/A | 16% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 16% | 35% | 5% | 7% | 31% | N/A | 23% | 19% |

|  | 2011 Admissions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Native American | Asian | Black | Latino | White | Multi-racial | Other/ Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 80 | 7,265 | 6,522 | 6,077 | 4,261 | N/A | 4,076 | 28,281 |
| Distribution of Testers, by Ethnicity | 0% | 26% | 23% | 21% | 15% | N/A | 14% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 10 | 2,514 | 293 | 349 | 1,259 | N/A | 979 | 5,404 |
| Distribution of Offers, by Ethnicity | 0% | 47% | 5% | 6% | 23% | N/A | 18% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 13% | 35% | 4% | 6% | 30% | N/A | 24% | 19% |

ChMc 004193

|  | 2010 Admissions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Native American | Asian | Black | Latino | White | Multi-racial | Other/ Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 70 | 7,080 | 6,289 | 5,405 | 4,024 | N/A | 4,249 | 27,117 |
| Distribution of Testers, by Ethnicity | 0% | 26% | 23% | 20% | 15% | N/A | 16% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 10 | 2,433 | 296 | 357 | 1,201 | N/A | 964 | 5,261 |
| Distribution of Offers, by Ethnicity | 0% | 46% | 6% | 7% | 23% | N/A | 18% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 14% | 34% | 5% | 7% | 30% | N/A | 23% | 19% |

|  | 2009 Admissions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Native American | Asian | Black | Latino | White | Multi-racial | Other/ Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 65 | 6,403 | 5,849 | 5,168 | 3,421 | N/A | 6,748 | 27,654 |
| Distribution of Testers, by Ethnicity | 0% | 23% | 21% | 19% | 12% | N/A | 24% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 8 | 2,319 | 334 | 410 | 1,262 | N/A | 913 | 5,246 |
| Distribution of Offers, by Ethnicity | 0% | 44% | 6% | 8% | 24% | N/A | 17% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 12% | 36% | 6% | 8% | 37% | N/A | 14% | 19% |

|  | 2008 Admissions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Native American | Asian | Black | Latino | White | Multi-racial | Other/ Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 84 | 6,380 | 6,077 | 4,930 | 4,018 | N/A | 4,384 | 25,873 |
| Distribution of Testers, by Ethnicity | 0% | 25% | 23% | 19% | 16% | N/A | 17% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 9 | 2,259 | 359 | 364 | 1,260 | N/A | 907 | 5,158 |
| Distribution of Offers, by Ethnicity | 0% | 44% | 7% | 7% | 24% | N/A | 18% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 11% | 35% | 6% | 7% | 31% | N/A | 21% | 20% |

|  | 2007 Admissions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Native American | Asian | Black | Latino | White | Multi-racial | Other/ Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 70 | 6,000 | 5,820 | 4,886 | 3,846 | N/A | 4,463 | 25,085 |
| Distribution of Testers, by Ethnicity | 0% | 24% | 23% | 19% | 15% | N/A | 18% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 6 | 2,051 | 301 | 351 | 1,174 | N/A | 878 | 4,761 |
| Distribution of Offers, by Ethnicity | 0% | 43% | 6% | 7% | 25% | N/A | 18% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 9% | 34% | 5% | 7% | 31% | N/A | 20% | 19% |

|  | 2006 Admissions | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Native American | Asian | Black | Latino | White | Multi-racial | Other/ Unknown | Total |
| **Tester Summary** | | | | | | | | |
| Total Testers | 80 | 5,746 | 6,337 | 5,210 | 3,689 | N/A | 5,653 | 26,715 |
| Distribution of Testers, by Ethnicity | 0% | 22% | 24% | 20% | 14% | N/A | 21% | 100% |
| **Offer Summary** | | | | | | | | |
| Total Offers, by Ethnicity | 5 | 1,945 | 329 | 355 | 1,210 | N/A | 850 | 4,694 |
| Distribution of Offers, by Ethnicity | 0% | 41% | 7% | 8% | 26% | N/A | 18% | 100% |
| Percent of Testers who Received an Offer, by Ethnicity | 6% | 34% | 5% | 7% | 33% | N/A | 15% | 18% |

ChMc 004195

-Data show offers to the Specialized High Schools from fall 2006 admissions through fall 2019 admissions.
-Prior to fall 2014 admissions, "Multi-Racial" students are included in the "Other/Unknown" category.
-Beginning in fall 2014, the DOE began to report ethnicity data for private school students by matching their information against historical DOE data.
-Note that older data may not exactly match offers as reported in press releases. Data included here is final.

ChMc 004196

| | 2020 Admissions - SHSAT SCORE OFFERS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Native American | Asian | Black | Latino | White | Multi-racial | Unknown | Total |
| **TESTER SUMMARY** | | | | | | | | |
| **Total Testers** | 290 | 8,726 | 5,546 | 6,876 | 4,762 | 314 | 1,317 | 27,831 |
| **Distribution of Testers, by Ethnicity** | 1.0% | 31.4% | 19.9% | 24.7% | 17.1% | 1.1% | 4.7% | 100.0% |
| **OFFER SUMMARY** | | | | | | | | |
| Bronx High School of Science (10X445) | 11 | 440 | 24 | 46 | 160 | 14 | 56 | 751 |
| Brooklyn Technical High School (13K430) | 10 | 732 | 79 | 108 | 429 | 35 | 91 | 1,484 |
| HS for Mathematics, Science, and Engineering at City College (05M692) | 0-5 | 50 | 13 | 22 | 67 | 0-5 | 20 | 177 |
| High School of American Studies at Lehman College (10X696) | 0-5 | 35 | 11 | 18 | 55 | 6-10 | 20 | 146 |
| Queens High School for the Sciences at York College (28Q687) | 0-5 | 116 | 6-10 | 6 | 8 | 0-5 | 6 | 145 |
| Staten Island Technical High School (31R605) | 0-5 | 185 | 0-5 | 8 | 81 | 0-5 | 10 | 286 |
| Stuyvesant High School (02M475) | 8 | 524 | 10 | 20 | 133 | 26 | 45 | 766 |
| The Brooklyn Latin School (14K449) | 0-5 | 223 | 44 | 52 | 139 | 6-10 | 37 | 510 |
| **Total Offers, by Ethnicity** | 37 | 2,305 | 190 | 280 | 1,072 | 96 | 285 | 4,265 |
| **Distribution of Offers, by Ethnicity** | 0.9% | 54.0% | 4.5% | 6.6% | 25.1% | 2.3% | 6.7% | 100.0% |
| **Percent of Testers who Received an Offer, by Ethnicity** | 12.8% | 26.4% | 3.4% | 4.1% | 22.5% | 30.6% | 21.6% | 15.3% |