# EXHIBIT D

| Students who returned an application and approved to participate in Summer 2020 Discovery as of end of application period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | 70 | 22 | 41 | 0-5 | 0-5 | 0-5 | 6 | 143 |
| Brooklyn Technical High School (13K430) | 188 | 37 | 46 | 0-5 | 0-5 | 0-5 | 26 | 301 |
| High School for Mathematics, Science and Engineering at CCNY (05M692) | 0-5 | 12 | 17 | 0-5 | 0-5 | 0-5 | 0-5 | 34 |
| High School of American Studies at Lehman College (10X696) | 0-5 | 6 | 12 | 0-5 | 0-5 | 0-5 | 0-5 | 21 |
| Queens High School for the Sciences at York College (28Q687) | 28 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 32 |
| Staten Island Technical High School (31R605) | 55 | 0-5 | 6-10 | 0-5 | 0-5 | 0-5 | 9 | 73 |
| Stuyvesant High School (02M475) | 110 | 20 | 20 | 0-5 | 0-5 | 0-5 | 6 | 158 |
| The Brooklyn Latin School (14K449) | 22 | 12 | 15 | 0-5 | 0-5 | 0-5 | 0-5 | 55 |
| **Total Participants, by Ethnicity** | **479** | **111** | **160** | **0-5** | **7** | **0-5** | **55** | **817** |
| **Distribution of Participants, by Ethnicity** | **58.6%** | **13.6%** | **19.6%** | **s** | **0.9%** | **s** | **6.7%** | **100.0%** |

| Students who returned an application and approved to participate in Summer 2019 Discovery as of end of application period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | 59 | 10 | 13 | 0-5 | 0-5 | 0-5 | 10 | 93 |
| Brooklyn Technical High School (13K430) | 158 | 21 | 34 | 0-5 | 0-5 | 0-5 | 18 | 234 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 0-5 | 6 | 8 | 0-5 | 0-5 | 0-5 | 0-5 | 16 |
| High School of American Studies at Lehman College (10X696) | 0-5 | 0-5 | 10 | 0-5 | 0-5 | 0-5 | 0-5 | 17 |
| Queens High School for the Sciences at York College (28Q687) | 12 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 14 |
| Staten Island Technical High School (31R605) | 31 | 0-5 | 6-10 | 0-5 | 0-5 | 0-5 | 8 | 47 |
| Stuyvesant High School (02M475) | 74 | 0-5 | 10 | 0-5 | 0-5 | 0-5 | 0-5 | 91 |
| The Brooklyn Latin School (14K449) | 16 | 7 | 8 | 0-5 | 0-5 | 0-5 | 0-5 | 32 |
| **Total Participants, by Ethnicity** | **354** | **51** | **90** | **0-5** | **0-5** | **0-5** | **43** | **544** |
| **Distribution of Participants, by Ethnicity** | **65.1%** | **9.4%** | **16.5%** | **s** | **s** | **s** | **7.9%** | **100.0%** |

| Students who returned an application and approved to participate in Summer 2018 Discovery as of end of application period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | 7 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 11 |
| Brooklyn Technical High School (13K430) | 79 | 15 | 12 | 0-5 | 0-5 | 0-5 | 14 | 124 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 15 |
| High School of American Studies at Lehman College (10X696) | 6-10 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 13 |
| Queens High School for the Sciences at York College (28Q687) | 14 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 18 |
| Staten Island Technical High School (31R605) | 21 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 28 |
| Stuyvesant High School (02M475) | 19 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 23 |
| The Brooklyn Latin School (14K449) | 21 | 6 | 10 | 0-5 | 0-5 | 0-5 | 6 | 46 |
| **Total Participants, by Ethnicity** | **172** | **30** | **37** | **0-5** | **0-5** | **0-5** | **30** | **278** |
| **Distribution of Participants, by Ethnicity** | **61.9%** | **10.8%** | **13.3%** | **s** | **s** | **s** | **10.8%** | **100.0%** |

| Students who returned an application and approved to participate in Summer 2017 Discovery as of end of application period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | 10 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 11 |
| Brooklyn Technical High School (13K430) | 85 | 9 | 14 | 0-5 | 0-5 | 0-5 | 8 | 121 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 0-5 | 6 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 14 |
| High School of American Studies at Lehman College (10X696) | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 7 |
| Queens High School for the Sciences at York College (28Q687) | 15 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 18 |
| Staten Island Technical High School (31R605) | 19 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 28 |
| Stuyvesant High School (02M475) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 |
| The Brooklyn Latin School (14K449) | 13 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 19 |
| **Total Participants, by Ethnicity** | **148** | **21** | **27** | **0-5** | **0-5** | **0-5** | **14** | **218** |
| **Distribution of Participants, by Ethnicity** | **67.9%** | **9.6%** | **12.4%** | **s** | **s** | **s** | **6.4%** | **100.0%** |

| Students who returned an application and approved to participate in Summer 2016 Discovery as of end of application period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 |
| Brooklyn Technical High School (13K430) | 76 | 10 | 16 | 0-5 | 0-5 | 0-5 | 22 | 126 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 0-5 | 0-5 | 8 | 0-5 | 0-5 | 0-5 | 0-5 | 19 |
| High School of American Studies at Lehman College (10X696) | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 10 |
| Queens High School for the Sciences at York College (28Q687) | 15 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 20 |
| Staten Island Technical High School (31R605) | 29 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 8 | 43 |
| Stuyvesant High School (02M475) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 |
| The Brooklyn Latin School (14K449) | 16 | 6 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 26 |
| **Total Participants, by Ethnicity** | **143** | **29** | **33** | **0-5** | **0-5** | **0-5** | **32** | **244** |
| **Distribution of Participants, by Ethnicity** | **58.6%** | **11.9%** | **13.5%** | **s** | **s** | **s** | **13.1%** | **100.0%** |

*Note: "s" is suppressed because the underlying data point is less than 6.*