# EXHIBIT H

**Students who received offers to the Discovery Program, by disadvantaged category**

| Year | Maybe Disadvantaged | | Definitely Disadvantaged | | Total | | Percent of Offers to Definitely Disadvantaged Students |
|---|---|---|---|---|---|---|---|
| | Invitations | Discovery Offers | Invitations | Discovery Offers | Invitations | Discovery Offers | |
| Fall 2016 | 538 | 42 | 304 | 202 | 842 | 244 | 83% |
| Fall 2017 | 458 | 22 | 315 | 196 | 773 | 218 | 90% |
| Fall 2018 | 445 | 13 | 387 | 265 | 832 | 278 | 95% |
| Fall 2019 | 278 | 37 | 644 | 507 | 922 | 544 | 93% |
| Fall 2020 | 382 | 23 | 967 | 704 | 1,349 | 727 | 97% |

Notes:
Invitations = students who received an invitation to apply to Discovery
Offers = students who were invited to apply to Discovery, applied, and were approved for participation in Discovery based on score and disadvantaged status
Data includes all rounds of invitations.