# EXHIBIT I

| Students Invited to Discovery (Summer 2020) - UNKNOWN PUBLIC + DEFINITELY PUBLIC + PRIVATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School Of Science (10X445) | 106 | 35 | 66 | 0-5 | 0-5 | 0-5 | 16 | 227 |
| Brooklyn Technical High School (13K430) | 248 | 68 | 75 | 0-5 | 0-5 | 0-5 | 73 | 472 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 6-10 | 20 | 26 | 0-5 | 0-5 | 0-5 | 6 | 60 |
| High School of American Studies at Lehman College (10X696) | 0-5 | 13 | 19 | 0-5 | 0-5 | 0-5 | 0-5 | 40 |
| Queens High School for the Sciences At York College (28Q687) | 40 | 0-5 | 7 | 0-5 | 0-5 | 0-5 | 0-5 | 53 |
| Staten Island Technical High School (31R605) | 68 | 6-10 | 10 | 0-5 | 0-5 | 0-5 | 45 | 130 |
| Stuyvesant High School (02M475) | 147 | 31 | 34 | 0-5 | 0-5 | 0-5 | 19 | 237 |
| The Brooklyn Latin School (14K449) | 50 | 30 | 28 | 0-5 | 0-5 | 0-5 | 20 | 130 |
| **Total Invitations, by Ethnicity** | **670** | **205** | **265** | **10** | **9** | **0-5** | **187** | **1,349** |
| **Distribution of Invitations, by Ethnicity** | **50%** | **15%** | **20%** | **1%** | **1%** | **s** | **14%** | **100%** |

| Students Invited to Discovery (Summer 2020) - DEFINITELY PUBLIC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School Of Science (10X445) | 72 | 29 | 52 | 0-5 | 0-5 | 0-5 | 9 | 165 |
| Brooklyn Technical High School (13K430) | 207 | 41 | 64 | 0-5 | 0-5 | 0-5 | 34 | 350 |
| High School for Math, Science and Engineering at City College (HSMSE) (05M692) | 0-5 | 13 | 23 | 0-5 | 0-5 | 0-5 | 0-5 | 44 |
| High School of American Studies at Lehman College (10X696) | 0-5 | 10 | 15 | 0-5 | 0-5 | 0-5 | 0-5 | 30 |
| Queens High School for the Sciences At York College (28Q687) | 33 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 39 |
| Staten Island Technical High School (31R605) | 55 | 0-5 | 6-10 | 0-5 | 0-5 | 0-5 | 11 | 78 |
| Stuyvesant High School (02M475) | 117 | 22 | 28 | 0-5 | 0-5 | 0-5 | 7 | 175 |
| The Brooklyn Latin School (14K449) | 37 | 14 | 23 | 0-5 | 0-5 | 0-5 | 10 | 86 |
| **Total Invitations, by Ethnicity** | **530** | **133** | **217** | **0-5** | **7** | **0-5** | **76** | **967** |
| **Distribution of Invitations, by Ethnicity** | **55%** | **14%** | **22%** | **s** | **1%** | **s** | **8%** | **100%** |

Note: "s" is suppressed because the underlying data point is less than 6.

"Definitely Public" means a student for whom the DOE has records showing the student meets one of the individual disadvantaged criteria and for 2020, also attends a school with an ENI 60% or above.

"Unknown Public" means a student for whom the DOE does not have records showing that the student meets one of the individual disadvantaged criteria and for 2020, also attends a school with an ENI 60% or above.

| Students Invited to Discovery (Summer 2019) - UNKNOWN PUBLIC + DEFINITELY PUBLIC + PRIVATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | 82 | 23 | 30 | 0-5 | 0-5 | 0-5 | 19 | 155 |
| Brooklyn Technical High School (13K430) | 214 | 38 | 51 | 0-5 | 0-5 | 0-5 | 65 | 373 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 0-5 | 11 | 15 | 0-5 | 0-5 | 0-5 | 0-5 | 34 |
| High School of American Studies at Lehman College (10X696) | 0-5 | 7 | 19 | 0-5 | 0-5 | 0-5 | 0-5 | 33 |
| Queens High School for the Sciences at York College (28Q687) | 19 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 27 |
| Staten Island Technical High School (31R605) | 42 | 0-5 | 11-15 | 0-5 | 0-5 | 0-5 | 22 | 80 |
| Stuyvesant High School (02M475) | 101 | 7 | 16 | 0-5 | 0-5 | 0-5 | 12 | 136 |
| The Brooklyn Latin School (14K449) | 35 | 18 | 21 | 0-5 | 0-5 | 0-5 | 10 | 84 |
| **Total Invitations, by Ethnicity** | **498** | **109** | **169** | **0-5** | **6** | **0-5** | **135** | **922** |
| **Distribution of Invitations, by Ethnicity** | **54%** | **12%** | **18%** | **s** | **1%** | **s** | **15%** | **100%** |

| Students Invited to Discovery (Summer 2019) - DEFINITELY PUBLIC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | 64 | 12 | 17 | 0-5 | 0-5 | 0-5 | 11 | 105 |
| Brooklyn Technical High School (13K430) | 163 | 24 | 43 | 0-5 | 0-5 | 0-5 | 24 | 258 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 0-5 | 9 | 11 | 0-5 | 0-5 | 0-5 | 0-5 | 24 |
| High School of American Studies at Lehman College (10X696) | 0-5 | 0-5 | 13 | 0-5 | 0-5 | 0-5 | 0-5 | 21 |
| Queens High School for the Sciences at York College (28Q687) | 15 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 21 |
| Staten Island Technical High School (31R605) | 35 | 0-5 | 6-10 | 0-5 | 0-5 | 0-5 | 12 | 58 |
| Stuyvesant High School (02M475) | 75 | 0-5 | 11 | 0-5 | 0-5 | 0-5 | 7 | 95 |
| The Brooklyn Latin School (14K449) | 27 | 12 | 18 | 0-5 | 0-5 | 0-5 | 0-5 | 62 |
| **Total Invitations, by Ethnicity** | **381** | **67** | **126** | **0-5** | **0-5** | **0-5** | **62** | **644** |
| **Distribution of Invitations, by Ethnicity** | **59%** | **10%** | **20%** | **s** | **s** | **s** | **10%** | **100%** |

Note: "s" is suppressed because the underlying data point is less than 6.

"Definitely Public" means a student for whom the DOE has records showing the student meets one of the individual disadvantaged criteria and for 2019, also attends a school with an ENI 60% or above.

"Unknown Public" means a student for whom the DOE does not have records showing that the student meets one of the individual disadvantaged criteria and for 2019, also attends a school with an ENI 60% or above.

| Students Invited to Discovery (Summer 2018) - UNKNOWN PUBLIC + DEFINITELY PUBLIC + PRIVATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | 18 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 13 | 46 |
| Brooklyn Technical High School (13K430) | 161 | 42 | 31 | 6-10 | 0-5 | 20 | 93 | 355 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 13 | 10 | 17 | 0-5 | 0-5 | 0-5 | 6-10 | 51 |
| High School of American Studies at Lehman College (10X696) | 13 | 6 | 13 | 0-5 | 0-5 | 0-5 | 17 | 54 |
| Queens High School for the Sciences at York College (28Q687) | 39 | 0-5 | 7 | 0-5 | 0-5 | 0-5 | 0-5 | 55 |
| Staten Island Technical High School (31R605) | 44 | 0-5 | 0-5 | 0-5 | 0-5 | 8 | 47 | 106 |
| Stuyvesant High School (02M475) | 28 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 11 | 50 |
| The Brooklyn Latin School (14K449) | 44 | 17 | 23 | 0-5 | 0-5 | 8 | 22 | 115 |
| **Total Invitations, by Ethnicity** | **360** | **88** | **103** | **6-10** | **0-5** | **54** | **214** | **832** |
| **Distribution of Invitations, by Ethnicity** | **43%** | **11%** | **12%** | **s** | **s** | **6%** | **26%** | **100%** |

| Students Invited to Discovery (Summer 2018) - DEFINITELY PUBLIC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | 8 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 17 |
| Brooklyn Technical High School (13K430) | 95 | 18 | 18 | 0-5 | 0-5 | 0-5 | 21 | 158 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 7 | 0-5 | 8 | 0-5 | 0-5 | 0-5 | 0-5 | 21 |
| High School of American Studies at Lehman College (10X696) | 9 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 18 |
| Queens High School for the Sciences at York College (28Q687) | 20 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 26 |
| Staten Island Technical High School (31R605) | 26 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 8 | 39 |
| Stuyvesant High School (02M475) | 21 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 25 |
| The Brooklyn Latin School (14K449) | 38 | 13 | 18 | 0-5 | 0-5 | 0-5 | 13 | 83 |
| **Total Invitations, by Ethnicity** | **224** | **46** | **59** | **0-5** | **0-5** | **0-5** | **50** | **387** |
| **Distribution of Invitations, by Ethnicity** | **58%** | **12%** | **15%** | **s** | **s** | **s** | **13%** | **100%** |

Note: "s" is suppressed because the underlying data point is less than 6.

"Definitely Public" means a student for whom the DOE has records showing the student meets one of the individual disadvantaged criteria and for 2019, also attends a school with an ENI 60% or above.

"Unknown Public" means a student for whom the DOE does not have records showing that the student meets one of the individual disadvantaged criteria and for 2019, also attends a school with an ENI 60% or above.

| Students Invited to Discovery (Summer 2017) - UNKNOWN PUBLIC + DEFINITELY PUBLIC + PRIVATE ||||||||| 
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | 17 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 6-10 | 31 |
| Brooklyn Technical High School (13K430) | 166 | 38 | 37 | 0-5 | 6-10 | 26 | 92 | 371 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 11 | 12 | 11 | 0-5 | 0-5 | 0-5 | 13 | 53 |
| High School of American Studies at Lehman College (10X696) | 7 | 0-5 | 6 | 0-5 | 0-5 | 0-5 | 12 | 32 |
| Queens High School for the Sciences at York College (28Q687) | 28 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 38 |
| Staten Island Technical High School (31R605) | 33 | 0-5 | 0-5 | 0-5 | 0-5 | 11 | 40 | 90 |
| Stuyvesant High School (02M475) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 |
| The Brooklyn Latin School (14K449) | 60 | 16 | 18 | 0-5 | 0-5 | 20 | 40 | 158 |
| **Total Invitations, by Ethnicity** | **322** | **73** | **85** | **10** | **10** | **66** | **207** | **773** |
| **Distribution of Invitations, by Ethnicity** | **42%** | **9%** | **11%** | **1%** | **1%** | **9%** | **27%** | **100%** |

| Students Invited to Discovery (Summer 2017) - DEFINITELY PUBLIC ||||||||| 
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | 11 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 12 |
| Brooklyn Technical High School (13K430) | 103 | 17 | 21 | 0-5 | 6 | 0-5 | 12 | 159 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 0-5 | 7 | 6 | 0-5 | 0-5 | 0-5 | 0-5 | 22 |
| High School of American Studies at Lehman College (10X696) | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 14 |
| Queens High School for the Sciences at York College (28Q687) | 18 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 22 |
| Staten Island Technical High School (31R605) | 21 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 10 | 34 |
| Stuyvesant High School (02M475) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 |
| The Brooklyn Latin School (14K449) | 35 | 7 | 8 | 0-5 | 0-5 | 0-5 | 0-5 | 52 |
| **Total Invitations, by Ethnicity** | **198** | **35** | **47** | **0-5** | **7** | **0-5** | **27** | **315** |
| **Distribution of Invitations, by Ethnicity** | **63%** | **11%** | **15%** | **s** | **2%** | **s** | **9%** | **100%** |

Note: "s" is suppressed because the underlying data point is less than 6.

"Definitely Public" means a student for whom the DOE has records showing the student meets one of the individual disadvantaged criteria and for 2019, also attends a school with an ENI 60% or above.

"Unknown Public" means a student for whom the DOE does not have records showing that the student meets one of the individual disadvantaged criteria and for 2019, also attends a school with an ENI 60% or above.

| Students Invited to Discovery (Summer 2016) - UNKNOWN PUBLIC + DEFINITELY PUBLIC + PRIVATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 |
| Brooklyn Technical High School (13K430) | 157 | 30 | 31 | 0-5 | 0-5 | 16 | 93 | 330 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 17 | 9 | 24 | 0-5 | 0-5 | 6-10 | 11 | 69 |
| High School of American Studies at Lehman College (10X696) | 6 | 8 | 7 | 0-5 | 0-5 | 11 | 15 | 49 |
| Queens High School for the Sciences at York College (28Q687) | 49 | 9 | 7 | 0-5 | 0-5 | 0-5 | 6 | 75 |
| Staten Island Technical High School (31R605) | 79 | 13 | 15 | 0-5 | 0-5 | 17 | 81 | 206 |
| Stuyvesant High School (02M475) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 |
| The Brooklyn Latin School (14K449) | 36 | 23 | 16 | 0-5 | 0-5 | 11 | 27 | 113 |
| **Total Invitations, by Ethnicity** | **344** | **92** | **100** | **0-5** | **0-5** | **67** | **233** | **842** |
| **Distribution of Invitations, by Ethnicity** | **41%** | **11%** | **12%** | **s** | **s** | **8%** | **28%** | **100%** |

| Students Invited to Discovery (Summer 2016) - DEFINITELY PUBLIC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| School | Asian | Black | Latino | Multi-Racial | Native American | Unknown | White | Total |
| Bronx High School of Science (10X445) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 |
| Brooklyn Technical High School (13K430) | 82 | 11-15 | 18 | 0-5 | 0-5 | 0-5 | 24 | 136 |
| High School for Mathematics, Science, and Engineering at City College (05M692) | 6-10 | 0-5 | 12 | 0-5 | 0-5 | 0-5 | 0-5 | 27 |
| High School of American Studies at Lehman College (10X696) | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 12 |
| Queens High School for the Sciences at York College (28Q687) | 14 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 0-5 | 22 |
| Staten Island Technical High School (31R605) | 41 | 0-5 | 8 | 0-5 | 0-5 | 0-5 | 8 | 62 |
| Stuyvesant High School (02M475) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 |
| The Brooklyn Latin School (14K449) | 24 | 8 | 0-5 | 0-5 | 0-5 | 0-5 | 8 | 45 |
| **Total Invitations, by Ethnicity** | **173** | **38** | **50** | **0-5** | **0-5** | **0-5** | **42** | **304** |
| **Distribution of Invitations, by Ethnicity** | **57%** | **13%** | **16%** | **s** | **s** | **s** | **14%** | **100%** |

Note: "s" is suppressed because the underlying data point is less than 6.

"Definitely Public" means a student for whom the DOE has records showing the student meets one of the individual disadvantaged criteria and for 2019, also attends a school with an ENI 60% or above.

"Unknown Public" means a student for whom the DOE does not have records showing that the student meets one of the individual disadvantaged criteria and for 2019, also attends a school with an ENI 60% or above.