UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHRISTA McAULIFFE INTERMEDIATE SCHOOL
PTO, INC., et al.,

                                                  Plaintiffs,

        -against-

BILL DE BLASIO, et al.,

                                                  Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF MARILYN RICHTER**

1:18-cv-11657-ER-OTW

        Marilyn Richter declares, under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1.     I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendants, and am assigned to the defense of this case. As such I am familiar with the facts and circumstances set forth herein. I submit this declaration in support of Defendants' Motion for Summary Judgment.

        2.     Attached hereto as Exhibit A is a true and correct copy of the Laws of 1971, Chapter 1212 (the "Hecht-Calandra Act").

        3.     Attached hereto as Exhibit B is a true and correct copy of the press release by the Office of the Mayor dated June 3, 2018.

        4.     Attached hereto as Exhibit C is a true and correct copy of the Report by Dr. Jacob L. Vigdor, Plaintiffs' Expert Witness.

        5.     Attached hereto as Exhibit D is a true and correct copy of the Report by Michael Scuello and Dr. Zhu.

6.	Attached hereto as Exhibit E is a true and correct copy of the Supplemental Report by Mr. Scuello.

7.	Attached hereto as Exhibit F is a true and correct copy of the Supplemental Report by Dr. Vigdor.

8.	Attached hereto as Exhibit G is a true and correct copy of pages from the transcript of the deposition of Dr. Vigdor.

9.	Attached hereto as Exhibit H is a true and correct copy of Mayor DeBlasio's June 3, 2018 tweets regarding the Discovery program and the proposed elimination of the SHSAT.

10.	Attached hereto as Exhibit I is a true and correct copy of Mayor de Blasio's June 2, 2018 article in *Chalkbeat*.

11.	Attached hereto as Exhibit J is a true and correct copy of the June 2, 2018 article in the New York Times cited by Dr. Vigdor in his report.


Dated:  New York, New York
        October 1, 2021



                                            ____/s/_____
                                            Marilyn Richter