# EXHIBIT A

## CHAPTER 1212

An Act to amend the education law, in relation to the establishment and maintenance of special high schools in the city of New York.

Approved July 6, 1971, effective Jan. 1, 1972.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

Section 1. Section twenty-five hundred ninety-g of the education law is hereby amended by adding thereto a new subdivision, to be subdivision twelve, to read as follows:

12. (a) Establish and maintain special high schools which shall include the present high schools known as:

The Bronx High School of Science, Stuyvesant High School, Brooklyn Technical High School and Fiorello H. LaGuardia High School of Music and the Arts and such further high schools which the city board may designate from time to time.

(b) Admissions to the Bronx High School of Science, Stuyvesant High School and Brooklyn Technical High School and such similar further special high schools which may be established shall be solely and exclusively by taking a competitive, objective and scholastic achievement examination, which shall be open to each and every child in the city of New York in either the eighth or ninth year of study, without regard to any school district wherein the child may reside. No candidate may be admitted to a special high school unless he has successfully achieved a score above the cut-off score for the openings in the school for which he has taken the examination. The cut-off score shall be determined by arranging the scores of all candidates who took the examination and who then commit themselves to attend the school in descending order from the highest score and counting down to the score of the first candidate beyond the number of openings available.

(c) Candidates for admission to the Fiorello H. LaGuardia High School of Music and the Arts, and other schools which may be established with similar programs in the arts, shall be required to pass competitive examinations in music and/or the arts in addition to presenting evidence of satisfactory achievement.

(d) The special schools shall be permitted to maintain a discovery program to give disadvantaged students of demonstrated high potential an opportunity to try the special high school program without in any manner interfering with the academic level of these schools. A student may be considered for the discovery program provided the student: (1) be one of those who takes the regular entrance examination but scores below the cut-off score, (2) is certified by his local school as disadvantaged, (3) is recommended by his local school as having high potential for the special high school program, and (4) attends and then passes a summer preparatory program administered by the special high school, demonstrating thereby his ability to successfully cope with the

**2268**  Changes or additions in text are indicated by <u>underline</u>

special high school program. All students recommended by their local school for such a discovery program are to be arranged on a list according to their entrance examination scores, in descending order, from the highest to the lowest. Each special high school will then consider candidates in turn, starting at the top of the list for that school. A candidate reached for consideration on the basis of his examination score will be accepted for admission to the discovery program only if his previous school record is satisfactory.

§ 2. This act shall not be considered as a limitation on the development of comprehensive high schools in all school districts.

§ 3. This act shall take effect on the first day of January, nineteen hundred seventy-two.

### Boats—Installment Sale—Assignee's Rights

*Memorandum relating to this chapter, see page 2649*

### CHAPTER 1213

An Act to amend the personal property law, in relation to retail installment sales of boats with regards to the rights of an assignee of such sales contract against the seller of such boat.

Approved and effective July 6, 1971.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

Section 1. Section four hundred one of the personal property law is hereby amended by adding thereto a new subdivision, to be subdivision twenty, to read as follows:

20. "Boat" shall mean any vessel or craft designed to transport persons or cargo on the water surface.

§ 2. Subdivision six of section four hundred three of such law, as added by chapter two hundred ninety-nine of the laws of nineteen hundred seventy, is hereby amended to read as follows:

6. The assignee of a retail installment contract or obligation shall be subject to all claims and defenses of the buyer against the seller arising from the sale notwithstanding any agreement to the contrary, but the assignee's liability under this subdivision shall not exceed the amount owing to the assignee at the time the claim or defense is asserted against the assignee. Rights of the buyer under this section can only be asserted as a matter of defense to or set-off against a claim by the assignee.

This subdivision shall not apply to retail installment sales of boats where the principal balance exceeds five thousand dollars.

§ 3. This act shall take effect immediately.