# EXHIBIT G

Page 1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------------------X
     CHRISTA MCAULIFFE INTERMEDIATE
 3   SCHOOL PTO, INC., et al.,
 4                                          PLAINTIFFS,
 5
                    -against-               Case No.:
 6                                          1:18-cv-11657
 7
     BILL DE BLASIO, in his official
 8   capacity as mayor of New York, et al.,
 9                                          DEFENDANTS,
10              -and-
11   TEENS TAKE CHARGE; HISPANIC FEDERATION; DESIS
     RISING UP AND MOVING; COALITION FOR ASIAN
12   AMERICAN CHILDREN AND FAMILIES; O.R., a minor
     by and through his mother and next friend,
13   ELIZABETH PIERRET; A.S., a minor by and through
     his father and next friend, ODUNLAMI SHOWA; C.M.,
14   a minor by and through his mother and next friend,
     ROSA VELASQUEZ; K.B., a minor by and through
15   her mother and next friend, TIFFANY M. BOND;
     N.D.F. and N.E.F., minor children by and through
16   their mother and next friend, LAUREN R. MAHONEY,
17                          DEFENDANT-INTERVENORS.
     ------------------------------------------------------X
18                       DATE:  January 20, 2021
                         TIME:  11:28 A.M.
19
20
21              DEPOSITION of an Expert Witness, JACOB
22   VIGDOR, taken by the respective parties, pursuant to a
23   Court Order and to the Federal Rules of Civil Procedure,
24   taken via videoconference, before Jennifer Schwartz, a
25   Notary Public of the State of New York.
```

1  A P P E A R A N C E S:
2
3  PACIFIC LEGAL FOUNDATION
        Attorneys for the Plaintiffs
4       388 Atlantic Avenue
        Brooklyn, New York 11217
5       BY:  GLENN ROPER, ESQ.
             CHRIS KIESER, ESQ.
6
7
   JAMES E. JOHNSON, ESQ.
8  CORPORATION COUNSEL
   NEW YORK CITY LAW DEPARTMENT
9       Attorneys for the Defendants
        100 Church Street
10      New York, New York 10007
        BY:  SHARON SPRAYREGEN, ESQ.
11           MARILYN RICHTER, ESQ.
        File #:  2018-094646
12      Control #:  21-0109
13
   NAACP LEGAL DEFENSE AND EDUCATIONAL FUND
14      Attorneys for the Defendant-Intervenors
        40 Rector Street, 5th Floor
15      New York, New York 10006
        BY:  RACHEL KLEINMAN, ESQ.
16
17
   ALSO PRESENT:
18      Jacqueline Hsia
        Michael Scuello
19
20
21              *         *         *
22
23
24
25

Page 3

1            F E D E R A L   S T I P U L A T I O N S
2
3
4            IT IS HEREBY STIPULATED AND AGREED by and between
5       the counsel for the respective parties herein that the
6       sealing, filing and certification of the within deposition
7       be waived; that the original of the deposition may be
8       signed and sworn to by the witness before anyone authorized
9       to administer an oath, with the same effect as if signed
10      before a Judge of the Court; that an unsigned copy of the
11      deposition may be used with the same force and effect as if
12      signed by the witness, 30 days after service of the
13      original & 1 copy of same upon counsel for the witness.
14
15            IT IS FURTHER STIPULATED AND AGREED that all
16      objections except as to form, are reserved to the time of
17      trial.
18
19                       *       *       *       *
20
21
22
23
24
25

```
 1   by the What Works Clearinghouse standards, "yes" or "no"?
 2              MR. ROPER:  Objection to form.
 3       A.     No.
 4       Q.     It would not meet the standards, is that what
 5   you're saying?
 6       A.     That is correct.
 7       Q.     Would it meet the standards with reservations?
 8       A.     My familiarity with the What Works Clearinghouse
 9   is not sufficient for me to state a confident answer to
10   that question.  I do not know specifically what it means to
11   satisfy the standards with reservations.
12       Q.     In your opinion, did the analyses conducted in
13   the report regarding the behavioral changes meet the
14   standards for analyses to be published in peer-reviewed
15   publications?
16       A.     Yes.
17       Q.     I have one technical question for you:  When you
18   were analyzing the student data, did you look at offers to
19   the Discovery program or invites to the Discovery program?
20       A.     Invitations.  So just to be clear, to make sure
21   that I have my terminology straight, there's an invitation
22   to Discovery, a student participates in Discovery, and --
23   in the summer program and it's after that participation
24   that a formal offer is made, and my analysis looked at
25   invitations to Discovery, so the invitation to participate
```

1  in the summer program.
2           MS. SPRAYREGEN:  Can I -- I'm sorry to do
3      this but can you put up the exhibit I recently
4      e-mailed you.  It is -- I believe it is Exhibit
5      N.  It's an Excel spreadsheet.
6           (Whereupon, an off-the-record discussion was
7      held.)
8      Q.   Dr. Vigdor, does that spreadsheet look at all
9  familiar?
10     A.   It is set up the same way as the spreadsheets
11 that were delivered to me with the SHSAT test score and
12 admissions data.  I, of course, can't verify on the base of
13 this whether this is identical.
14     Q.   Thank you.  That was sufficient.  Do you see
15 where it says in column R "invitation to Discovery"?
16     A.   Yes.
17     Q.   Do you see where it says in column T "approved to
18 participate in Discovery"?
19     A.   Yes.
20     Q.   Do you recall which one of these two columns you
21 used in your analyses?
22          MR. ROPER:  Objection to form.  And I don't
23      think it's established that he used this
24      spreadsheet specifically.  If you're going to ask
25      him if there were columns in this spreadsheet he

1                    C E R T I F I C A T E
2
3    STATE OF NEW YORK        )
                              : SS.:
4    COUNTY OF KINGS          )
5
6              I, JENNIFER SCHWARTZ, a Notary Public for and
7    within the State of New York, do hereby certify:
8              That the witness whose examination is
9    hereinbefore set forth was duly sworn and that such
10   examination is a true record of the testimony given by that
11   witness.
12             I further certify that I am not related to any
13   of the parties to this action by blood or by marriage and
14   that I am in no way interested in the outcome of this
15   matter.
16             IN WITNESS WHEREOF, I have hereunto set my hand
17   this 3rd day of February 2021.
18
19
20
                            JENNIFER SCHWARTZ
21
22
23
24
25