# EXHIBIT H

1/16/2021 Mayor Bill de Blasio on Twitter: "Stuyvesant High School just admitted almost a thousand students, but only ten of those students were A…

Case 1:18-cv-11657-ER Document 147-8 Filed 10/01/21 Page 2 of 4

# Thread

**Mayor Bill de Blasio** ✓ @NYCMayor · Jun 3, 2018

Zipcode is limiting destiny in New York City and in our Specialized High Schools. Only 14% of students at Bronx Science come from the Bronx. Only 3.4% of Brooklyn Tech students come from Central Brooklyn.

💬 54  🔁 56  ♡ 151

**Mayor Bill de Blasio** ✓
@NYCMayor

Replying to @NYCMayor

Stuyvesant High School just admitted almost a thousand students, but only ten of those students were African American and less than thirty were Latino. In a city that is majority African American and Latino.

7:15 PM · Jun 3, 2018 · Twitter Web Client

**32** Retweets   **12** Quote Tweets   **93** Likes

**Mayor Bill de Blasio** ✓ @NYCMayor · Jun 3, 2018
Replying to @NYCMayor
These schools are the proving grounds for future leaders, and unless we believe our leaders should only come from certain communities, we cannot have our most prestigious schools available to only some.

💬 22  🔁 10  ♡ 46

**Mayor Bill de Blasio** ✓ @NYCMayor · Jun 3, 2018
Our first reforms will commit 20% of the seats to kids from disadvantaged communities. And we will work with Albany to eliminate a system where one broken test dictates a child's future.

💬 36  🔁 14  ♡ 72

**Mayor Bill de Blasio** ✓ @NYCMayor · Jun 3, 2018
So much talent is being locked out right now. Justice has been delayed, but it does not have to be denied. We can fix this. These schools will get better when they reflect all of New York City.

💬 48  🔁 26  ♡ 61

This Tweet is from a suspended account. Learn more

**The Real Robb-O** @rkinnin · Jun 3, 2018

## New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people

**Mayor Bill de Blasio** ✓
@NYCMayor — **Follow**
Fighting every day to make New York the fairest big city in America. He/him/his. (nyc.gov/socialmediapol…)

### What's happening

NFL · 38 minutes ago
**Rams at Packers**
Trending with #NFLDivisional, #GoPackGo

Trending in United States
**Skai Jackson**
27.9K Tweets

Trending in United States
**HAIR REVEAL**
2,849 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for New York**

US news · 4 hours ago
**FBI arrest social media personality known as Baked Alaska for his alleged involvement in the Capitol riots**
Trending with Baked Alaska

---

Don't miss what's happening
People on Twitter are the first to know.

Log in    **Sign up**

**anita** @moodyjuuliani · Jun 3, 2018
Replying to @NYCMayor and @NYCMayorsOffice
You've been talking the talk for years but have yet to really walk the walk. I'll be waiting.

**Mike** @MayorJoeQuimby · Jun 3, 2018
Replying to @NYCMayor
ten were probably white too. Mostly Asian. It is merit based only which is what it should be imo.

♡ 12

**Mike** @MayorJoeQuimby · Jun 3, 2018
Replying to @NYCMayor
if the ultimate goal of the left is equality then this is perfect example - everyone has equal chance to get into Stuyvesant

♡ 3

**Mike** @MayorJoeQuimby · Jun 3, 2018
Replying to @NYCMayor
...as entrance admitted solely by test. What u propose is realracism.20%=lots of deserving kids locked out so u can push agendas.

♡ 5

**божественный судья** @divinejudge1 · Jun 3, 2018
Replying to @NYCMayor and @NYCMayorsOffice
They are taking in the best. Stop factoring race. Focus on merit and make a place for brilliant minds to thrive in a rigorous and challenging environment.

♡ 3

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

1/16/2021 Mayor Bill de Blasio on Twitter: "Stuyvesant High School just admitted almost a thousand students, but only ten of those students were A…

Search Twitter

Don't miss what's happening

People on Twitter are the first to know.

Log in          Sign up