**Exhibit 1**

Nadiya Chadha

Page 1

IN THE UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT of NEW YORK

CHRISTA McAULIFFE INTERMEDIATE    :
SCHOOL PTO, et al.                :
      Plaintiffs               :
                                 :
   -VS-                          :    NO.
                                 :    1:18:cv:11657(ER)
BILL de BLASIO, in his            :    (OTW)
official capacity as MAYOR of     :
NEW YORK CITY, et al.             :
      Defendants               :


* * * * *

FRIDAY, APRIL 23, 2021

* * * * *


        Zoom Video Conferencing virtual remote
deposition of NADIYA HELAIFI-CHADHA, taken pursuant
to notice, held in New York, New York, on Friday,
April 23, 2021, beginning at 11:13 a.m., before Susan
L. Singlar, Professional Court Reporter and Notary
Public of the Commonwealth of Pennsylvania, there
being present.

        Any reproduction of this transcript is
prohibited without authorization by the certifying
agency.


KAPLAN, LEAMAN AND WOLFE
Registered Professional Reporters
230 South Broad Street, Suite 1303
Philadelphia, PA 19102
(215) 922-7112

Nadiya Chadha

Page 8

1    questions?

2           A.      No.

3           Q.      What did you do to prepare for today's

4    deposition?

5           A.      I spoke with my lawyers here today.

6           Q.      Did you review any documents?

7           A.      Yes.

8           Q.      Which documents did you review?

9           A.      I reviewed my Affidavit in this case

10   and other related documents as part of this case.

11          Q.      Did you review the discovery documents,

12   any part of the discovery documents that defendants

13   produced in this case?

14          A.      Yes.

15          Q.      You're currently employed by the New

16   York City Department of Education; correct?

17          A.      Yes.

18          Q.      I think in your Declaration you said

19   that you were the director of Research and Policy at

20   the Office of Student Enrollment.

21                  Is that still true?

22          A.      No.

23          Q.      What is your current position?

24          A.      I'm the Senior Director for Strategic

Nadiya Chadha

Page 9

1   Affairs within the Office of Student Enrollments at

2   the Department of Education.

3        Q.    When did you start in that position?

4        A.    In November of 2019.

5        Q.    And so before that you were the

6   director of Research and Policy; correct?

7        A.    Correct.

8        Q.    In your position as the director of

9   Research and Policy, did you have any

10  responsibilities related to admissions to the

11  specialized high schools?

12       A.    Yes.

13       Q.    What were those?

14       A.    I was responsible for analyzing and

15  computing offers for students each year and was

16  responsible for the admissions process from start to

17  finish for the specialized high schools.

18       Q.    When did you start working at DOE?

19       A.    In 2015.

20       Q.    Do you recall what month in 2015?

21       A.    Yeah, in July.

22       Q.    So have you been responsible for

23  admissions to the specialized high schools from 2015

24  through 2020?

Nadiya Chadha

Page 28

1   definition makes a pretty big difference?

2                  Is she referring to the racial makeup

3   of the specialized schools?

4        A.    I can't recall without looking at the

5   document again.

6        Q.    Let's move down to page four of this

7   exhibit.  This is an e-mail that you sent to Ms.

8   Murarka and Lianna Wright.

9                  Who is she?

10       A.    She was my manager at the time.  And

11   her title was --

12       Q.    Oh, they're just CCed.  I'm sorry.

13   It's actually addressed to Rob, but he's not on the

14   header.

15                  Who is Rob, do you recall?

16       A.    Yeah.  Rob was the chief executive

17   officer in my office.

18       Q.    What was his full name?

19       A.    Robert Sanft, Robert, R-O-B-E-R-T, last

20   name S-A-N-F-T.

21       Q.    Thank you.

22                  Can you read what you wrote there in

23   the first bullet point?

24       A.    As we mentioned, without significantly

Nadiya Chadha

Page 29

1    altering the disadvantaged definition, neither model

2    shows real change in the demographics at the SHS.

3    The small changes reflected in the memo are specific

4    to this year and don't reflect what could happen next

5    year given all the other initiatives.

6            Q.      So would I be correct to say that you

7    were saying there that unless -- unless you change

8    the definition of disadvantage, expanding Discovery

9    on its own is not going to increase the percentage of

10   black and Hispanic students at the specialized

11   schools?

12           A.      Correct.

13           Q.      And can you read what you wrote there

14   in the second bullet point?

15           A.      The third model is using a very narrow

16   definition of disadvantage, which, of course, can be

17   adjusted as makes sense.  In our model, disadvantaged

18   students as derived -- as defined by FRL, STH, ELL

19   and had to also attend one of the top 50 percent of

20   schools in terms of economic need, ENI.

21           Q.      When you said that it could be adjusted

22   as makes sense, what does makes sense mean in that

23   context?

24                   What did you mean for the model to make

Nadiya Chadha

1    going to be expanded from its current size to

2    20 percent of seats at each of the specialized high

3    schools over a two-year period, as well as a change

4    to the disadvantaged definition requiring the student

5    to both be individually disadvantaged and attend a

6    high-needs middle school in order to be eligible for

7    the program.

8         Q.    And what was the -- what was the

9    required ENI for a student to be eligible?

10        A.    At least 60 percent.

11        Q.    And that was the ENI of their -- their

12   incoming school, either it would be their middle

13   school or a K through 8?

14        A.    Correct.

15        Q.    Did you model the affected -- the

16   expected racial effect of this policy change before

17   it was implemented?

18        A.    Yes.

19        Q.    I'm going to show you what has been

20   marked as Exhibit C.  This is not confidential.  I

21   believe this was attached to your Declaration in

22   2019.

23              Do you recall this?

24        A.    Yes.

Nadiya Chadha

Page 32

1          Q.      What does this document show?

2          A.      It shows part of my model, which

3   basically shows the demographics under the -- under

4   two actual scenarios, and then the model, which --

5   which expanded the Discovery Program to 20 percent of

6   seats and have a 60 percent of ENI for the students.

7          Q.      So you used the student data from the

8   -- the 2016 admission cycle that began in 2017;

9   correct?

10         A.      Yes, the fall 2017 admissions.

11         Q.      And how did you -- how did you conduct

12  -- how did you conduct the model or come up with the

13  predictions in the bottom row?

14         A.      So essentially what I did was use

15  actual information about students who took that

16  year's exam and regenerated who would have been

17  invited to participate in the Discovery Program had

18  these rules been in effect that year.

19         Q.      When you say invited to the Discovery

20  Program, does that mean that DOE had already

21  confirmed that those individuals were individually

22  disadvantaged?

23         A.      Yes.

24         Q.      Did DOE invite other people to the

Nadiya Chadha

Page 34

1    determine who those people are, even though you don't

2    have information for everyone on an individual level?

3         A.    All right.  So that's why this model --

4    that's why this is a model and we included some

5    caveats when we were talking about it because we know

6    that even though all the students that we are

7    counting in this bottom row, the 5,215 students, many

8    of them might not actually participate in Discovery,

9    as well.

10        Q.    Even if they qualified; correct?

11        A.    Correct.

12        Q.    Because it was up to them to decide

13   whether they even wanted to participate in Discovery;

14   correct?

15        A.    Correct.

16        Q.    The bottom line of this model, though,

17   is it correct to say that you -- you predicted that

18   implementing the Discovery changes would result in

19   the decline in Asian American offers to the

20   specialized high schools by 2.1 percentage points?

21        A.    Yes.  That's correct.  That's a share

22   of the overall offers, correct.

23        Q.    And you also projected that the share

24   of overall offers to white students would decline by

Nadiya Chadha

Page 35

1   2.5 percentage points?

2          A.     Yes.

3          Q.     While the share of black and Hispanic

4   offers would increase from -- I believe that's

5   10.3 percent -- or I'm sorry, no.  The top line

6   doesn't matter.

7                 -- 10.8 percent to 16.6 percent; is

8   that correct?

9          A.     Yes.

10         Q.     I think we can put this one -- put this

11  away for now.

12                Did you model any other potential

13  scenarios for Discovery expansion before it was

14  implemented?

15         A.     Yes.

16                MR. KIESER:  Can we put up what has

17         been marked as Exhibit D?  This is

18         confidential.  It's page 5950 of -- Bates

19         stamp 5950.

20  BY MR. KIESER:

21         Q.     Are you familiar with this document?

22         A.     Yes.

23         Q.     Did you -- are the models that are

24  shown on here, did you run these?

Nadiya Chadha

Page 36

1          A.     Yes.

2          Q.     So looking at the alternative models

3    here, the first two columns are -- rows are exactly

4    what's shown on the previous exhibit for 2017,

5    correct, what actually happened in 2017?

6          A.     Yes.

7          Q.     The third row down it says:  SHSAT

8    offers plus 20 percent of seats for Discovery with no

9    ENI floor.

10               Is that what would have happened had

11   you simply expanded Discovery to 20 percent of each

12   school without imposing an ENI floor?

13         A.     Yes.  It's my prediction of what would

14   have happened in my model.

15         Q.     And am I correct to say that that model

16   shows no change in the projected share of black and

17   Hispanic seats?

18         A.     When rounded, correct.

19         Q.     And yeah.  They're, obviously, rounded

20   percentages.

21               And -- and actually an increase in the

22   percentage of white students?

23         A.     Correct.

24         Q.     And this is for specialized schools'

Nadiya Chadha

1    offers as a whole, Discovery and SHSAT; correct?

2         A.    Correct.

3         Q.    Now, let's move down to the next

4    column.  It says:  SHSAT offers 20 percent of seats

5    with a 40 percent ENI floor.

6              Would I be correct to say that you

7    predicted that Asian American enrollment in that

8    scenario would be the same -- or I'm sorry, offers,

9    not enrollment, would be the same -- I'm sorry.  I

10   just want to go off on a slight tangent here.

11             Do you have any models that project

12   yield as who will accept your offers to the

13   specialized schools?

14        A.    No.

15        Q.    Okay.

16             How do you determine how many seats to

17   -- how many offers to make when you -- how do you

18   determine how many offers to make each year under

19   the -- just for the SHSAT?

20        A.    We look at the historical show-up

21   rates, so of all offers, what percent of kids

22   actually enrolled at the school.  We look at the past

23   two year's high school and calculate an average of --

24   of each year.

Nadiya Chadha

Page 38

1          Q.      Is there -- or have there been years

2    where you invited too many people to -- to a school,

3    or too many people accepted offers?

4          A.      Most likely, yeah.

5          Q.      And does anything happen in that

6    scenario or they all get -- they still all get to go;

7    correct?

8          A.      Yes.

9          Q.      Okay.  Back to this exhibit.

10              In the 40 percent ENI floor scenario

11   you projected that Asian American offers to the

12   specialized high schools would not fall at all, or

13   rounded, at least, wise, and that a white share of

14   the offers would go down by one percentage point;

15   correct?

16         A.      Exactly.  Yes.

17         Q.      And black and Hispanic share of the

18   offers would go up by approximately two percentage

19   points?

20         A.      Correct.

21         Q.      And that the 60 percent floor you

22   projected that Asian Americans would lose two

23   percentage points of their -- their representation,

24   white students would lose two percent, rounded, and

Nadiya Chadha

1   black and Hispanic students would gain five percent?

2          A.     Yes.

3          Q.     Thank you.

4                 So as you go down -- and the 80 percent

5   floor, I guess I should go through that, too.

6                 You projected that Asian Americans

7   would receive six percentage points fewer offers,

8   white students would receive three percentage points

9   fewer offers, and black and Hispanic students would

10  receive 11 percentage points more offers?

11         A.     Yes.

12         Q.     Thank you.

13                So would you agree that as you go down

14  and keep increasing the ENI floor, percentage of

15  Asian students offered a seat at the specialized

16  schools would continue to fall?

17         A.     Yes.

18         Q.     Why is that, do you know?

19         A.     It meant that fewer Asian students were

20  eligible for the program at the higher level, the

21  highest level.

22         Q.     I want to show you -- related to

23  that -- we may go back to this exhibit but I want to

24  show you Exhibit E, which is page 7614.  It's

Nadiya Chadha

Page 44

1    a whole?

2         A.    Correct.

3         Q.    Thank you.

4               Let's move on to -- did you also run

5    models --

6               MR. KIESER:  You can take the exhibit

7         down.  Thank you.

8    BY MR. KIESER:

9         Q.    Did you also run models that projected

10   the racial composition of the Discovery Program alone

11   as a result of the 2018 changes?

12        A.    Most likely, yes.

13        Q.    I'm going to show you what has been

14   marked as Exhibit G.  This is confidential,

15   page 5359.

16              Would you agree that this is an e-mail

17   that you sent in August of 2018?

18        A.    Yes.

19        Q.    Can you explain what that table is?

20        A.    So it's comparing the -- it's comparing

21   some preliminary data on the racial makeup of

22   students who would be getting into the specialized

23   high schools through Discovery for the fall of 2018

24   against what that would have been an under-expanded

Nadiya Chadha

Page 45

1    model.

2          Q.       When you say -- when you say

3    "preliminary data," how is the data preliminary?

4                   In what ways was it not final?

5          A.       So it was before -- it was before

6    actual offers to the specialized high schools would

7    have been made, or would have been final for that

8    summer.  So I assume it was just very, you know, mid

9    -- mid-program data.

10         Q.       This -- this -- oh, so you're saying

11   the data is for students who were in the Discovery

12   Program but hadn't received a final offer to actually

13   attend a specialized high school?

14         A.       Yes, based on the title of this column.

15         Q.       And do most students who complete -- or

16   do most students who enter the Discovery Program

17   complete it and receive an offer at the specialized

18   high school?

19         A.       Yes.

20         Q.       Is it almost all of them?

21         A.       Yes.

22         Q.       So would it be fair to say that --

23   well, actually, stepping back a second here, when you

24   say received SHS offers through Discovery, you're --

Nadiya Chadha

Page 47

1   second column is a -- is a prediction of what the

2   actual student -- the actual students who actually

3   participated in Discovery would have been?

4         A.    The second column?

5         Q.    The second column, yeah, as opposed

6   to -- as opposed to a prediction of who you would

7   have invited to participate, it's a projection of who

8   actually would?

9         A.    No.  I think the second column -- I

10  think this is, like, a little bit of an apples to

11  oranges comparison.  The second column would --

12  includes kids who would ultimately choose not to

13  participate.  So the asterisk says it's data for

14  students who would have been eligible to apply for

15  Discovery but it says it reflects income eligibility

16  or student interest in participating.

17        Q.    So when you say would have been

18  eligible to apply, that's based on their SHSAT scores

19  only?

20        A.    I believe it was based on the SHSAT

21  score and the ENI percentage.

22        Q.    Oh, and the school-level indicator.

23        A.    Yeah.

24        Q.    Sorry.

Nadiya Chadha

Page 48

```
 1                    And would it be correct to say that

 2     you -- you anticipated that Discovery -- at least the

 3     people who you invited to participate in Discovery

 4     under the new model, the new system, would have been

 5     53 percent black and Hispanic and 38 percent Asian

 6     American?

 7          A.      Yes.

 8          Q.      Had Discovery -- in your time at DOE,

 9     was Discovery ever a majority black and Hispanic?

10          A.      Not -- no.

11          Q.      I just wanted to -- the e-mail below

12     that is from Will Mantell.

13                    Who is he?

14          A.      He was the press secretary for the

15     Department of Education.

16          Q.      And when he says:  C-H, is that an

17     abbreviation for City Hall?

18          A.      Yes.

19          Q.      So it was correct that the Mayor's

20     office was asking for this -- this prediction?

21          A.      Yes.

22          Q.      Thank you.

23                    I'm going to quickly show you Exhibit

24     H, which is page 5174 Bates stamp, also confidential.
```

Nadiya Chadha

Page 49

1                       Do you recognize this as an e-mail that

2    you wrote to -- in the middle there, an e-mail that

3    you wrote to Will Mantell --

4          A.     Yes.

5          Q.     -- June 4th, 2018, which would have

6    been one day after the -- the changes were announced,

7    I believe?

8                       Is that table a result of the same

9    model that was in the previous exhibit?

10         A.     Yes.  It looks like it.

11         Q.     Okay.

12                      You said that the -- the uncertainty of

13   this model is based on because of -- you don't know

14   who would want to participate or who would be

15   eligible for Discovery?

16         A.     Right.

17         Q.     Were there any other sources of

18   uncertainty in the model?

19         A.     I don't believe so.

20         Q.     Now I want to move to Exhibit I.  This

21   is confidential.  It's pages 7467 and 7468 Bates

22   stamp.  The first e-mail there has a missing header,

23   I believe.

24                      But would you agree that you -- you

Nadiya Chadha

Page 50

1    wrote that e-mail?

2              You signed it?

3         A.    Yes.

4         Q.    On the first -- okay.  I'm sorry.

5    Okay.

6              You say -- can you read that -- that

7    second paragraph?

8         A.    Even if we expand Discovery and adjust

9    the definition, the percentages of students by race

10   do not change drastically compared to our other

11   proposals.  Asian and white students are similarly

12   overrepresented.  The total black and Hispanic

13   percentage increases from ten to 18 percent at most,

14   plus approximately 400 students.

15        Q.    What -- what do you mean there when --

16   what did you mean there when you said the Asian and

17   white students are overrepresented?

18        A.     It refers to the fact that compared to

19   the overall pool of testers, the percent of students

20   who receive an offer were Asian and white is higher.

21        Q.    Okay.

22              And which other proposals in the

23   parenthetical, which other proposals would you --

24   were you referring to?

Nadiya Chadha

Page 54

1              I think it was 256 or something like

2    that?

3         A.    Yes.  Correct.

4         Q.    Good.  Yeah.  Okay.

5              So the 40 percent floor, would I be

6    correct that that reduced -- that was predicted to

7    reduce white representation in the Discovery Program

8    eligibility pool by ten percentage points?

9         A.    Correct.

10        Q.    And increase black and Hispanic

11   representation in the eligibility pool by -- I'm

12   trying to do math -- ten percentage points?

13        A.    Correct.

14        Q.    And you projected no change, then,

15   if -- if you -- if you went to 40 percent for the

16   Asian proportion?

17        A.    Yes.

18        Q.    Now, as you move down to the 60 percent

19   floor, which was ultimately what was implemented;

20   correct?

21        A.    Yes.  Yes, that ENI portion of this,

22   yeah.

23        Q.    Leaving aside whether this was the

24   20 percent expansion or not?

Nadiya Chadha

Page 55

1        A.      Correct.

2        Q.      You would agree then that the ENI floor

3   moving to 60 would decrease Asian American

4   representation in the eligibility pool by nine

5   percentage points?

6        A.      Yes.

7        Q.      And increased black and Hispanic

8   representation in the eligibility pool by 21

9   percentage points?

10       A.      Yes.

11       Q.      And then, if you were to continue to go

12   down to the 80 percent model, Asian representation in

13   the -- in the eligibility pool would fall to

14   15 percent and white representation would fall to one

15   percent?

16       A.      Yes.

17       Q.      And the -- the number under minimum

18   Discovery cut score, how did you -- how did you come

19   up with that for each model?

20       A.      So when calculating this model we would

21   have looked at the lowest score of the students who

22   we would have -- who we would have considered

23   eligible for the Discovery Program.

24       Q.      Would those cut scores have been lower,

Nadiya Chadha

Page 82

1    because it was a City-wide average at the time?

2         A.     I can't say if that's why it was

3    chosen, but that's part of some of my modeling.

4         Q.     Let me put up Exhibit M.  This is

5    page 7235 of the Discovery documents Bates stamp.

6                Do you see the e-mail that you sent

7    here to Will Mantell on December 13, 2018?

8         A.     Yes.

9         Q.     Do you recall that e-mail?

10        A.     Yes.

11        Q.     The bottom appears to be cut off, but

12   read the first sentence there that you wrote.

13        A.     Internal answer.  That was the

14   City-wide average at the time we modeled this.

15        Q.     Read the rest of it, please.

16        A.     I'm not sure we ever came up with a

17   good external response.  We have found that 60

18   percent maintained eligibility for more schools

19   without significantly altering the performance levels

20   of students entering Discovery.  Might need to

21   connect with Emmy to see if she can remember what we

22   wanted to say around this at the time.

23        Q.     So would it be fair to say that this

24   e-mail is your explanation for at least why you

Nadiya Chadha

1  thought the 60 percent floor was chosen?

2      A.    Yes.

3      Q.    And so the internal answer being that

4  was the City-wide average at the time.

5           Were you aware that in the updated

6  demographic snapshot in 2018 the City-wide average

7  ENI jumped more than ten percentage points?

8      A.    Yes.

9      Q.    Did you ever -- were you ever asked to

10  model the racial impact of the 60 percent ENI floor

11  with -- or did you consider -- first of all, did you

12  consider the ENIs from the 2018 snapshot when you

13  modeled the changes?

14     A.    No.

15     Q.    Did you know about them at the time you

16  modeled the changes?

17     A.    I don't -- I can't recall.  Yeah.

18     Q.    The demographic snapshot, I believe,

19  was released in May of 2018, which was before the

20  plan was ultimately announced in June.

21          Did anyone ever ask you to model using

22  the -- the racial impact using the new ENIs,

23  City-wide and school ENIs?

24     A.    No.

Nadiya Chadha

1        Q.      Did anyone ever ask you, or did you

2    ever have any meetings, or did you ever send any

3    e-mails about why the composition of Discovery was

4    not as much black and Hispanic students as you

5    expected?

6        A.      Yes.

7        Q.      And what was the explanation for that?

8        A.      I can't recall.  I mean, the one thing,

9    like, I know that that was an interim year, so that

10   was a big part of it.  But I don't know if we spent

11   too much time trying to figure that out.

12       Q.      We discussed earlier with your

13   alternative models of Discovery with the 40 percent,

14   60 percent and 80 percent ENI floor, and I believe

15   you said that you observed that Asian American

16   enrollment -- or offers to the specialized high

17   schools decreased as you increased the ENI floor;

18   correct?

19       A.      Correct.

20       Q.      So a ten point jump in the City-wide

21   ENI, would you expect that to have an affect on the

22   racial composition of the Discovery Program?

23       A.      Yeah.  I think it would make more

24   schools and more students eligible, or fall under

Nadiya Chadha

Page 88

1              Are you aware of that, approximately

2    56,000, if I were to tell you that?

3        A.    Yeah.  That sounds right.

4        Q.    And then in the next year it dropped by

5    about 22,000.

6              Would you agree that that sounds right?

7        A.    I am not sure.  But if you're saying it

8    --

9        Q.    The court has taken judicial notice of

10   the demographic snapshot, but it's such a huge

11   document that it would be impossible to show.  But in

12   any event, I was reading off the snapshot.  And then

13   it dropped by another 12,000 the next year.

14             Were there ever any discussions as to

15   whether the matching program would have a lasting

16   affect on ENI or that the City-wide ENI would remain

17   high?

18       A.    I wasn't -- I don't think I was part of

19   any discussions on ENI in that way.

20       Q.    Would you expect as the number of

21   students classified as in poverty on the demographic

22   snapshot falls that ENI would also fall?

23       A.    Yeah.  You would -- I would expect

24   that.

Nadiya Chadha

1        Q.      So following up on that, it's

2    reasonable to expect that the City-wide ENI is not a

3    fixed number that will never change; correct?

4        A.      Correct.

5        Q.      And it's also -- the calculation of ENI

6    is entirely within the discretion of the Department

7    of Education; correct?

8        A.      I'm not sure.

9        Q.      Is the ENI a Department creation or is

10   it an external metric?

11       A.      I only know that the DOE uses it, but I

12   don't know who created it.

13       Q.      And you're not aware of any proposal to

14   increase the ENI floor to account for the rising

15   City-wide average?

16       A.      I'm not aware, no.

17       Q.      I'm going to show you what has been

18   marked as Exhibit N.  This is an attachment to your

19   Declaration.

20               Do you remember this?

21       A.      Yes.

22       Q.      What does this show?

23       A.      I believe this was showing by middle

24   school the number -- I'm sorry.

Nadiya Chadha

Page 91

1   this case, that would include -- the number one

2   school on that list is Christa McAuliffe, highest

3   187?

4        A.    Yes.

5        Q.    So would you agree that by imposing the

6   ENI floor, the program renders ineligible --

7   disproportionate -- schools disproportionately, which

8   had sent a lot of students to the specialized high

9   schools in the past?

10             MS. RICHTER:  Objection.  Objection as

11        to form.

12             MR. KIESER:  I'll rephrase.

13   BY MR. KIESER:

14        Q.    Would you agree that this chart

15   demonstrates that setting the ENI floor at 60 percent

16   would exclude a number of Discovery participants

17   based on who attended schools that sent many people

18   to the specialized high schools in the past?

19        A.    Yes.

20        Q.    We talked earlier about how the average

21   demographics of a school and over 60 percent ENI are

22   only nine percent Asian and six percent white.

23             Would it surprise you if -- I believe

24   every school -- would it surprise you if the majority

Nadiya Chadha

Page 92

1  of schools on this list were no longer eligible for

2  Discovery have a higher proportion of Asian students

3  than DOE as a whole?

4          MS. RICHTER:  Objection.  I mean, this

5          is one page of 11 and you're asking her to

6          make all kinds of conclusions about a document

7          that's 11 pages long and lists, you know, over

8          600 schools.

9          MR. KIESER:  This first page lists

10         every school that had 17 offers, at least.  So

11         I'm asking her to talk about the schools that

12         received the most offers.  And I mean, I can

13         go through and we can bring in the demographic

14         snapshot, if you'd like, but I was just asking

15         in general.

16  BY MR. KIESER:

17      Q.    Would it surprise you that the schools

18  that were rendered ineligible by the ENI floor are

19  more Asian American than DOE as a whole?

20      A.    Can you zoom in to the top part of

21  this?

22          I guess it would not surprise me, no,

23  if that's the case.

24          MR. KIESER:  Can we take a ten-minute