**Exhibit 4**

| School | SHSAT Cut Scores | | | | | |
|---|---|---|---|---|---|---|
| | Cut Score for SHSAT (For Fall 2019 Admissions) | Cut Score for SHSAT (For Fall 2018 Admissions) | Cut Score for SHSAT (For Fall 2017 Admissions) | Cut Score for SHSAT (For Fall 2016 Admissions) | Cut Score for Alternate Scenario 1 (For Fall 2019 Admissions) | Cut Score for Alternate Scenario 2 (For Fall 2019 Admissions) |
| Bronx High School of Science (10X445) | 524 | 518 | 511 | 511 | 518 | 529 |
| Brooklyn Technical High School (13K430) | 497 | 493 | 486 | 482 | 492 | 503 |
| High School for Mathematics, Science, and Engineering at City Colleg | 519 | 516 | 500 | 500 | 512 | 523 |
| High School of American Studies at Lehman College (10X696) | 518 | 516 | 505 | 506 | 512 | 521 |
| Queens High School for the Sciences at York College (28Q687) | 514 | 511 | 503 | 504 | 508 | 518 |
| Staten Island Technical High School (31R605) | 526 | 519 | 515 | 507 | 522 | 529 |
| Stuyvesant High School (02M475) | 557 | 559 | 555 | 552 | 552 | 562 |
| The Brooklyn Latin School (14K449) | 486 | 482 | 479 | 476 | 481 | 491 |
| MINIMUM ACROSS ALL SCHOOLS | 486 | 482 | 479 | 476 | 481 | 491 |

*Alternate Scenario 1: if we'd lost in court and reverted to original Discovery size and eligibility rules*
*Alternate Scenario 2: if Discovery were at full 20% of seats*

ChMc 004249

| School | Discovery Program Cut Scores | | | | | |
|---|---|---|---|---|---|---|
| | Cut Score for Discovery - ALL STUDENTS (Definitely + Maybe + Private) (Summer 2019) | Cut Score for Discovery - ALL STUDENTS (Definitely + Maybe + Private) (Summer 2018) | Cut Score for Discovery - ALL STUDENTS (Definitely + Maybe + Private) (Summer 2017) | Cut Score for Discovery - ALL STUDENTS (Definitely + Maybe + Private) (Summer 2016) | Cut Score for Alternate Scenario 1- ALL STUDENTS (Definitely + Maybe + Private) (Summer 2019) | Cut Score for Alternate Scenario 2- ALL STUDENTS (Definitely + Maybe + Private) (Summer 2019) |
| Bronx High School of Science (10X445) | 463 | 479 | 477 | N/A | 478 | 452 |
| Brooklyn Technical High School (13K430) | 461 | 472 | 469 | 467 | 473 | 453 |
| High School for Mathematics, Science, and Engineering at City Colleg | 468 | 472 | 473 | 465 | 475 | 464 |
| High School of American Studies at Lehman College (10X696) | 463 | 475 | 474 | 470 | 472 | 458 |
| Queens High School for the Sciences at York College (28Q687) | 468 | 472 | 475 | 469 | 473 | 468 |
| Staten Island Technical High School (31R605) | 459 | 472 | 470 | 463 | 471 | 451 |
| Stuyvesant High School (02M475) | 471 | 479 | N/A | N/A | 479 | 463 |
| The Brooklyn Latin School (14K449) | 458 | 469 | 467 | 463 | 470 | 449 |
| **MINIMUM ACROSS ALL SCHOOLS** | **458** | **469** | **467** | **463** | **470** | **449** |

*Alternate Scenario 1: if we'd lost in court and reverted to original Discovery size and eligibility rules*
*Alternate Scenario 2: if Discovery were at full 20% of seats*
*Data includes all rounds of invitations.*

ChMc 004250