Cited in Christa McAuliffe Int School v DeBlasio
18CV11657 Decided 2/25/19
Archived on 3/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

**POSTED:** JUN 05, 2018 08:40AM EDT

GOOD DAY

**Plan to Diversify Elite NYC schools**

NYC Schools Chancellor Richard Carranza makes the case for the de Blasio administration's plan to improve diversity at specialized high schools.

## More Videos

Filter Videos

POSTED: MAR 05, 2019 11:07AM EST

**4 rules you must break to get rich**

GOOD DAY

POSTED: MAR 05, 2019 10:15AM EST

**Murder victim's mom upset with killer's release**

NEWS

POSTED: MAR 05, 2019 10:05AM EST

**Fentanyl mill bust in suburban NY house**

GOOD DAY

POSTED: MAR 05, 2019 10:04AM EST

**Family makes plea for missing stuffed bear**

NEWS

POSTED: MAR 05, 2019 09:17AM EST

**Two dogs left abandoned locked inside Petco bathroom**

NEWS

POSTED: MAR 05, 2019 08:54AM EST

**Day care in abuse video loses license**

NEWS

POSTED: MAR 05, 2019 06:28AM EST

**Tuesday, March 5, 2019 Weather Forecast**

WEATHER

POSTED: MAR 05, 2019 06:20AM EST

**Pink house in Pflugerville**

NEWS

Cited in Christa McAuliffe Int School v DeBlasio
18Civ11657 Decided 2/25/19
Archived on 3/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

LOCAL
New York City
Long Island
New York
New Jersey
Connecticut
Fox Doc

WEATHER
Weather Blog
Closings
Traffic
Flight Delays
Gas Tracker

GOOD DAY NY
Watch Live
Entertainment
Unusual
Good Day Street Talk

HEALTH
Health Headlines
Lyme Disease

ABOUT US
Meet the Team
Fox 5 TV Schedule
Job Opportunities
Podcasts
Contact us

Money | Big Idea | Contests | Live | Videos

Follow Us

FOX5NY NEWS APP

Privacy Policy | Terms of Service | Ad Choices | FCC Public File | EEOC Public File | Children's Programing File | Closed Captioning | TV Ratings

Cited in Christa McAuliffe Int School v DeBlasio
18Civ11657 Decided 2/25/19
Archived on 3/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.