

Education

# NYC plan to diversify elite high schools challenged in court



A lawsuit filed Thursday challenges New York City's effort to diversify elite schools including Stuyvesant High School (Mary Altaffer/AP)

By Laura Meckler

December 13, 2018

New York City's plan to expand enrollment of black and Hispanic students in the city's elite public high schools is facing a legal challenge from Asian American parents, as a bitter racial dispute

moves to the courts.

Asian American civil rights groups and parents sued city officials Thursday, alleging that New York's plan amounts to unconstitutional discrimination against Asian students, who occupy more than half of all seats at eight schools that rely on testing for admissions.

The new plan, promoted by Mayor Bill de Blasio, was supposed to take effect for the 2019-2020 school year. The suit asks the court to put it on hold while the case is considered.

The dispute has largely been a political question, with New Yorkers forced to consider whether their system gives an unfair advantage to one minority group over another, and whether better integrating the city's best schools is more important than maintaining uniform admission standards, determined by one high-stakes test.

Now, the question moves to the courts, which have set a high bar for schools seeking to achieve greater racial diversity.

The city's plan would significantly expand its Discovery Program, which admits some students who did not get into elite schools through testing. But it is limited to the most socioeconomically distressed middle schools. The suit alleges that schools with large Asian American populations were purposefully excluded from this formula.

New York City Mayor Bill DeBlasio is pushing a diversity plan for the city's elite high schools. (Andrew Burton/Getty Images)

Today, the Discovery Plan admits only about 6 percent of students attending the elite high schools. If fully implemented, 20 percent of seats at each school would be set aside for students from designated low-income schools by fall 2020.

The suit, filed in federal district court in New York, argues that the Discovery Program was designed to help low-income students from across the city and that the city's move to restrict the program to certain middle schools represents an unlawful effort to manipulate the racial balance.

Will Mantell, a spokesman for the school system, said the changes would nearly double representation of black and Hispanic students at the elite schools, to 16 percent.

Today, black and Hispanic students make up 68 percent of the city's high school population overall but just 9 percent of students offered seats at specialized high schools. At the same time, 62 percent of seats in elite high schools are occupied by Asian American students.

Cited in Christa McAuliffe Int School v DeBlasio
18 Civ 11657 Decided 2/25/19
Archived on 3/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

"Our reforms will expand opportunity and raise the bar at our specialized high schools," Mantell said. "Our schools are academically stronger when they reflect the diversity of our city."

The plan, announced in June, triggered waves of angry protests from the Asian American community, with parents arguing their numbers should not be limited if their children are the most qualified.

The lawsuit's plaintiffs include Yi Fang Chen of Brooklyn, the mother of two young boys. She alleges that the new system will put her sons at a disadvantage if they choose to apply to these schools one day.

"I truly believe in merit. I think there should be equal opportunity for all," she said in an interview. "Diversity is a great thing, but do not lower the standards."

Chen immigrated to the United States with her parents as a teenager and earned a doctorate at Stanford University.

Chen said she joined the suit after talking with other parents about their frustrations. "We tried protesting, and that was not helpful," she said.

Other plaintiffs include the Parent Teacher Organization at I.S. 187, also known as Christa McAuliffe School, a predominantly Asian American school that sends a high proportion of its students to specialized high schools. Of 274 eighth-graders who graduated from the school in 2018, 205 attend specialized high schools, more than from any other middle school in the city, the suit says.

Most students at the school come from low-income families, the suit says, but the school was not considered poor enough to qualify for the expanded Discovery Program.

De Blasio's diversification plan eventually calls for a bigger change in how admission to elite high schools is determined. The plan would phase out use of the test and grant admission to top students at every middle school in the city. That change would require approval from the state legislature.

💬 **91 Comments**



## Local Headlines newsletter

Important local stories in D.C., Va. and Md., around 8 a.m. on weekdays.

E-mail address | Sign up

By signing up you agree to our Terms of Use and Privacy Policy

**Laura Meckler** Laura Meckler is a national education writer covering national trends, federal policy and the Education Department. She came to The Washington Post from the Wall Street Journal, where her beats included presidential politics, the White House, health care, immigration and demographics. Follow

Your support helps our journalists report news that matters.

Try 1 month for $10.$?

Send me this offer

Already a subscriber? Sign in

**PAID PROMOTED STORIES**   Recommended by Outbrain


[Gallery] Funny Teachers Who


[Pics] Paris Canal Drained For


U.S. Cardiologist: It's Like a

Cited in Christa McAuliffe Int School v. DeBlasio
18 Civ 11657 Decided 2/25/19
Archived on 3/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

Know How To Play The Game
History A2Z

The First Time. The Finds Are Unrealistic.
Discoverytheword

Pressure Wash for Your Insides
thegutrehab.com



Don't buy bed sheets till you read this!
homelifetips.net



[Pics] Son Comes Home With Headaches. When He Texts Mom Photos From Cafeteria, She's Alarmed
Ice Pop



Network Payment Services: Market Intelligence, Sourcing, and Procurement, Strategic ...
SpendEdge

Oxford Royale Summer Camp 2019

Experience Real Oxford Student Life with 20+ hrs weekly tuition from ORA's expert tutors

Cited in Christa McAuliffe Int School v DeBlasio 18Civ11657 Decided 2/25/19 Archived on 3/5/19 This document is protected by copyright. Further reproduction is prohibited without permission.

NYC plan to diversify elite high schools challenged in court - The Washington Post
Case 1:18-cv-11657-ER Document 165 Filed 12/29/21 Page 6 of 8

## Most Read Local

1. A school bet its future on paintings worth $2.8 million — then learned their real value
2. 'I feel like I know you': Trump compliments D.C. attorney general suing him
3. D.C.-area forecast: Very cold for the next few days before some moderation this weekend
4. Luke Perry, actor who became a teen idol on 'Beverly Hills, 90210.' dies at 52
5. Robert DeProspero, Secret Service officer who led Reagan's security detail after assassination attempt, dies at 80



Cited in Christa McAuliffe Int School v DeBlasio 18Civ11657 Decided 2/25/19
Archived on 3/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

https://www.washingtonpost.com/...ged-in-court/2018/12/13/37810eb6-ff20-11e8-862a-b6a6f3ce8199_story.html?utm_term=.831410cd02d8[3/5/2019 11:17:24 AM]



Latest episode

### A surge in border crossings that wouldn't be solved by a wall

Listen 24:46

Unparalleled reporting. Expert insight. Clear analysis. Everything you've come to expect from the newsroom of The Post -- for your ears.

### Local Headlines newsletter

Important local stories in D.C., Va. and Md., around 8 a.m. on weekdays.

**E-mail address**

Add

washingtonpost.com

© 1996-2019 The Washington Post

Help and Contact Us
Policies and Standards
Terms of Service
Privacy Policy
Print Products Terms of Sale
Digital Products Terms of Sale
Submissions and Discussion Policy
RSS Terms of Service
Ad Choices

Cited in Christa McAuliffe Int School v DeBlasio
18Civ11657 Decided 2/25/19
Archived on 3/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.