UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTA McAULIFFE INTERMEDIATE SCHOOL PTO, INC.; CHINESE AMERICAN CITIZENS ALLIANCE OF GREATER NEW YORK; ASIAN AMERICAN COALITION FOR EDUCATION; PHILLIP YAN HING WONG; YI FANG CHEN; and CHI WANG,

                            Plaintiffs,                    18 **CIVIL** 11657 (ER)

              -against-                             **JUDGMENT**

BILL de BLASIO, in his official capacity as Mayor of New York; and RICHARD A. CARRANZA, in his official capacity as Chancellor of the New York City Department of Education,

                          Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 07, 2022, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           September 08, 2022

                                                                       **RUBY J. KRAJICK**

                                                                          Clerk of Court

                                    **BY:**

                                                                           **Deputy Clerk**