UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTA McAULIFFE INTERMEDIATE SCHOOL PTO, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BILL de BLASIO, in his Official Capacity as Mayor of the City of New York, et al., <br><br> Defendants. | Case No. 1:18-cv-11657-ER-OTW <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Chinese American Citizens Alliance of Greater New York in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on September 8, 2022, granting Defendants' Motion for Summary Judgment. ECF Doc. 169.

DATED: October 11, 2022.

Respectfully submitted,

s/ Glenn E. Roper
GLENN E. ROPER,
Colo. Bar No. 38723*
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: GERoper@pacificlegal.org

*Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

s/ Glenn E. Roper
GLENN E. ROPER,
Colo. Bar No. 38723*
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: GERoper@pacificlegal.org
*Pro Hac Vice

*Counsel for Plaintiffs*
